# EXHIBIT 1

## TO NOTICE OF REMOVAL

E-SERVED Anne Arundel Circuit Court 9/9/2025 1:23 PM System Envelope: 22851479
E-FILED; Anne Arundel Circuit Court
Docket: 9/9/2025 1:23 PM; Submission: 9/9/2025 1:23 PM
Envelope: 22851479



**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

Maryland Insurance Admin

SEP 23 2025

Received

To:   AFFILIATED FM INSURANCE COMPANY
      MARIE GRANT
      COMMISSIONER OF INSURANCE
      200 ST. PAUL PLACE SUITE 2700
      BALTIMORE, MD 21202

Case Number:                        C-02-CV-25-002597
Other Reference Number(s):
Child Support Enforcement Number:

**FUTURECARE HEALTH AND MANAGEMENT CORPORATION, ET AL. VS. AFFILIATED FM INSURANCE COMPANY**

Issue Date: 9/9/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

FUTURECARE HEALTH AND MANAGEMENT CORPORATION; BAY MANOR
REAL ESTATE LTD., PTNSHP; BAY MANOR NURSING HOME, INC.
8028 Ritchie Highway
Suite 118
Pasadena, MD  21104; 305 College Parkway
Arnold, MD  21012; 305 College Parkway
Arnold, MD  21012

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

RECEIVED
SEP 23 REC'D
MARYLAND INSURANCE
EXAMINATION & AUDITING
ADMIN

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1.   This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff m[...]

MARYLAND INSURANCE ADMINISTRATION
FORWARDED TO THE NAMED INSURANCE COMPANY
DATE    09/25/2025

CC-CV-032 (Rev. 03/2024)                                              09/09/2025 1:21 PM

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

|  |  |
|---|---|
| **FUTURECARE HEALTH AND MANAGEMENT CORPORATION**<br>8028 Ritchie Highway, Suite 118<br>Pasadena, Maryland 21104<br><br>**and**<br><br>**BAY MANOR REAL ESTATE LTD., PTNSHP**<br>305 College Parkway<br>Arnold, Maryland 21012<br><br>**and**<br><br>**BAY MANOR NURSING HOME, INC.**<br>305 College Parkway<br>Arnold, Maryland 21012<br><br>Plaintiffs,<br><br>v.<br><br>**AFFILIATED FM INSURANCE COMPANY**<br>PO Box 7500<br>Johnston, RI 02919<br>SERVE:  Marie Grant<br>    Commissioner of Insurance<br>    Maryland Insurance Commissioner<br>    200 St. Paul Place, Suite 2700<br>    Baltimore, Maryland 21202<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.: C-02-CV-25-002597<br>_____ |

## <u>COMPLAINT</u>

The Plaintiffs, FutureCare Health and Management Corporation (aka Futurecare Health and Management), Bay Manor Real Estate Ltd., PTNSHP (aka Bay Manor Real Estate Limited Partnership), and Bay Manor Nursing Home, Inc. (collectively "Plaintiff" or "Insured"), by and through counsel, files this Complaint seeking relief against Affiliated FM Insurance Company

(hereinafter "Defendant," "Affiliated" or the "Insurer") on the grounds set forth herein. This suit in part seeks a declaratory judgment against Defendant Affiliated to declare the rights and obligations of the parties under an insurance policy pursuant to Md. Code Ann., Cts. & Jud. Proc. §§3-402, 3-403, 3-406 and 3-407, and in support thereof, states as follows:

**Parties**

1.      The Plaintiff Bay Manor Real Estate Ltd Ptnshp is a Maryland limited partnership whose partners are citizens of Maryland (hereinafter "Bay Manor").

2.      Bay Manor owns the building and improvements located at 305 College Parkway, Arnold, Maryland 21012 (the "Insured Property").

3.      Bay Manor Nursing Home, Inc. is a Maryland corporation whose principal place of business is in Maryland (hereinafter "Bay Manor Nursing"). Bay Manor Nursing operates the business at the Insured Property.

4.      Futurecare Health & Management (also known as and covering FutureCare Health and Management Corporation) is the named insured under a policy of insurance (the "Policy") issued by the Defendant.

5.      The Policy described below, provides coverage for "FutureCare Health & Management, and its wholly or majority owned subsidiaries, and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds."

6.      Bay Manor Real Estate Ltd Ptnshp meets the definition as a named insured under the Policy.

7.      Bay Manor Nursing Home, Inc. meets the definition as a named insured under the Policy.

8.    Defendant Affiliated FM Insurance Company is incorporated and has its principal place of business in Rhode Island and is therefore a citizen of Rhode Island.

### Jurisdiction and Venue

9.    This Court has subject matter jurisdiction over this case pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 1-501 because the insureds under Affiliated's Policy are located in, and the policy was delivered in, Anne Arundel County, Maryland.

10.    This Court has personal jurisdiction over the Defendant pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 6-103 because Defendant conducts business in the State of Maryland and because the cause of action herein arises out of conduct in the State of Maryland.

11.    Venue is proper in this County pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 3-1701 because this is a suit for which Affiliated's lack of good faith is an issue for which a jury trial is being demanded, and because this action seeks a declaration that Affiliated's insurance policy provides coverage for the Plaintiffs' Loss as alleged herein.

### Nature of the Action

12.    This is an action brought, in part, seeking payment pursuant to the Policy issued to the Plaintiffs by the Defendant Affiliated FM Insurance Company, which arises from an existing and actual controversy between the parties concerning their rights and obligations under the Policy, and the amount of damages resulting from Affiliated's breach of the Policy.

13.    This action seeks, in part, an order directing Affiliated to appraise the amount of loss for both property and time element (business income and extra expense) components of coverage pursuant to the demand for appraisal.

14.    This action seeks in part the award of extra contractual losses pursuant to Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article.  In this matter the Insurer has failed to treat the Plaintiffs with good faith, which failures include, but are not limited to (i) the failure to provide a fair assessment of the coverage under the policy; (ii) failing to acknowledge coverage when there is clear coverage under the policy; (iii) failing to respond to the insured's communications within the time required under the applicable statutes and regulations; (iv) failing to provide a good faith assessment of the coverage under the policy; (v) failing to act in a reasonable manner as to the filing of proofs of loss; and (vi) denying coverage and then taking inconsistent positions under the policy such as requiring proofs of loss after the insurer had denied coverage.

15.    This matter arises under a commercial insurance policy on a claim with respect to which the applicable limit of liability exceeds $1,000,000 and therefore the filing of a complaint with the Maryland Insurance Administration is not a necessary precondition to an award of damages under Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article.

16.    Since attorney's fees and other extra-contractual damages are sought given the failure of Affiliated to act in good faith, this action is brought in part pursuant to MD. Code, Cts. & Jud. Proc. § 3-1701.

17.    This civil action requests a jury trial authorized by Md. Code Ann., Cts. & Jud. Proc. § 3–1701.

18.    The Policy, as defined below, was delivered to the Plaintiff in the State of Maryland, and premiums were paid from Maryland for the risks covered by the Policy to Affiliated.

19.    The damages sought herein are in excess of $75,000.

**Facts**

20.    Defendant Affiliated FM Insurance Company issued a policy of insurance to the Plaintiffs with coverage from November 15, 2022 to November 15, 2023. The Policy was a renewal from a prior policy of insurance, and Plaintiffs have been insured with Affiliated for a substantial length of time which includes insurance under the renewal policy of insurance attached hereto as Ex. 1.

21.    Defendant Affiliated FM Insurance Company issued a renewal policy of insurance to the Plaintiffs, having coverage from November 15, 2023, to November 15, 2024. A copy of the renewal policy of insurance is attached hereto as Ex. 2 (the policies will be collectively referred to herein as the "Policy").

22.    FutureCare Health and Management is the named insured under the Policy.

23.    The Policy was issued by Affiliated FM Insurance Company to the Plaintiffs to insure the building and improvements owned by the Plaintiff Bay Manor at 305 College Parkway, Arnold, Maryland.

24.    Also insured under the Policy was Bay Manor Nursing Home, Inc., which operated the business located at 305 College Parkway, Arnold Maryland.

25.    The Policy provides all risk coverage, which covers all risks of physical loss and damage within the policy period, except to the extent that the Insurer carries its burden of demonstrating that the loss is excluded through an unambiguous policy provision excluding the loss from coverage.

26.    The Policy covers loss due to a collapse and provides coverage for "collapse" as a named peril.

27.     There is no exclusion for collapse. In addition, the Policy covers losses resulting and/or ensuing from other events which may have led to a collapse.

28.     The Policy does not define collapse.

29.     When undefined in an insurance policy issued in, and covering property in Maryland, the term "collapse" means any serious impairment of structural integrity or a loss of distinctive character or usefulness as a building.

## The Property

30.     The Property was constructed between 1987 and 1989. At the time of construction, the use of chemical treatments to reduce the flammability of lumber was not only common but also required and/or permitted by the applicable building code.

31.     The chemically treated lumber was, at the time of the construction of the building, installed in accordance with industry standards and practice, and in accordance with the applicable code.

32.     The building was constructed following the approval of drawings and plans necessary for permits, necessarily and was obviously approved by County inspectors, and built to the then current codes.

33.     Some of the chemically treated lumber subsequently weakened in a manner that was unforeseen and unforeseeable at the time of construction, causing at least some of the trusses to lose strength.

34.     As a result, some of the trusses could no longer support the structural elements of the roof, causing a serious impairment of the structural integrity of the building as well as those other portions of the roof that the trusses were designed to support.

6

35.    A part of the building has "collapsed" as that term is defined, understood and applied in Maryland, such that the framing timbers can no longer support the building, resulting in the serious impairment of structural integrity of the building (the "Collapse").

36.    The Collapse occurred on or just prior to November 16, 2023 when staff observed that the ceiling above a nurse's station and walls along the corridor leading to the nursing station began to fail and created what appeared to be a dangerous condition.

37.    The Plaintiff retained a contractor to inspect and repair the observed sagging ceiling and deformations in the corridor walls.

38.    The contractor, in inspecting these conditions, expressed concerns about the structural integrity of the roof trusses and indicated that review by an engineer would be necessary.

39.    Plaintiff retained the services of an engineer to inspect the attic area above the nurse's station," where the ceiling had failed, and the adjacent corridor.  The engineer inspected the site in December 2023, and indicated that some of the roof trusses were failing, resulting in  a serious impairment of structural integrity in those areas, and, given the risk imposed, indicated that further inspection and repairs would be necessary.

40.    The engineer further indicated that the Nurse's Station and adjacent corridor leading to rooms 301-308 must be cordoned off, and personnel should be kept away from the area for safety reasons.

41.    The engineer further advised that the existing roof trusses  should be temporarily and immediately shored to safeguard against a full roofing failure.

42.    Plaintiff was unaware of the extent and cause of damage until after further engineering inspections were able to be undertaken after which the Plaintiff made a claim upon Affiliated in a timely manner.

43.    The Collapse occurred during the term of coverage provided by Affiliated to the Plaintiffs under those Policies attached hereto.

44.    The Collapse resulted from the failure of the trusses which has resulted in cracked and collapsing ceilings, and conditions which have led to a serious impairment of the structural integrity of the building.

45.    The Policy provides coverage for this collapse.

46.    Due to the collapse, the Plaintiff has taken steps to temporarily protect or preserve the insured property which protections were necessary to prevent immediately impending physical loss or damage to the Property.

47.    The repairs involved the temporary shoring.  The sequencing of repairs was such that patients and staff were required to be moved from areas of danger as the repairs were undertaken to avoid the risk of personal injury and to facilitate repairs.

48.    In addition, as a result of the repairs, the building census was greatly reduced as areas of the building were shored, braced and the damage from the collapse repaired, causing a business interruption loss as well as a physical loss to the building itself.

49.    As a result of the Collapse, the Plaintiffs have sustained, and will sustain in the future, losses which include, but are not limited to, business interruption, the loss of use of the building during the restoration process, **the loss of use of portions of the building as the** repairs to the failed trusses occur, per the sequencing repair plan, damages **building**

**components occurs,** damage related to actions undertaken to temporarily protect and preserve the insured Property, and further damage to the building.

50.    The Loss was timely reported to Affiliated.

51.    The loss is covered under the Policy attached as Exhibit 1 and under the Policy attached as Exhibit 2.

52.    Affiliated has denied the Plaintiffs' claim but requested submission of Proofs of Loss, a position inconsistent with claim denial.

53.    In February 2025, the Plaintiffs supplied a Partial Proof of Loss pursuant to Affiliated's request.

54.    A full Proof of Loss cannot yet be prepared as the full measurement of the damages cannot be documented until after the restoration is completed.  To date, work has been undertaken in an effort to render the building as safe as possible.

55.    Affiliated has incorrectly denied FutureCare's claim on several occasions.

56.    Among the rights under the Policy, is the right of the insured to demand appraisal to set the amount of Loss, however, that appraisal is not available until coverage disputes have been fully resolved.

57.    Here Affiliated has denied coverage for the loss which has deprived the insured of the right to appraise the amount of loss.

58.    Once coverage of loss is established and determined, the Plaintiffs reserve their right to have any disputes in the amount of loss determined by Appraisal.

## COUNT I
### Declaratory Judgement
(sought in addition to Count II)

59.    Paragraphs 1 - 58 are incorporated herein by reference.

60.     The Policy covers the loss sustained by the Plaintiffs as it expressly provides coverage for collapse.

61.     The Policy exclusions cannot reasonably be read to exclude a collapse loss.

62.     An actual controversy exists between Plaintiffs and Defendant in the lawsuit involving their respective rights and obligations under the Policy and Maryland law, and all parties have an interest in this Court's determination as to whether the exclusions apply insofar as they relate to the underlying claim.

63.     The Policy provides that the amount of loss can be determined by appraisal.

64.     A ruling by this Court is needed to determine the rights and obligations of the parties under the Policy, and to determine the Plaintiffs' right to have the amount of loss determined by appraisal.

65.     Appraisal is an important right under the Policy, providing the insured with the right to seek a means of determining the amount of loss in a cost-effective and timely manner, as opposed to having the loss determined by the Court or a jury.

66.     Having the amount of Loss determined by Appraisal, is an important right allowing the parties the opportunity to settle their disputes without resorting to costly litigation.

67.     However, a court order compelling an appraisal may not be appropriate when the parties' dispute centers on whether the insured is entitled to coverage at all, rather than the exact value of the loss that the parties agree is covered.

68.     Affiliated has asserted that there is no coverage for the Collapse loss.

69.     Although Affiliated has conceded that the Policy provides coverage for ensuing losses, it has maintained that there is no coverage for an ensuing loss.

70.    Once coverage is established, the Plaintiffs have the right to have the amount of loss determined by appraisal.

WHEREFORE, Plaintiffs FutureCare Health and Management Corporation, Bay Manor Real Estate Ltd., PTNSHP, and Bay Manor Nursing Home, Inc. seek the following relief against Affiliated FM Insurance Company:

(a)    that the Court issue a declaratory judgment defining the party's respective rights, status and other legal relationships and obligations under the Policy.

(b)    that the Court issue a declaratory judgment declaring that coverage for this loss is provided under the Policy.

(c)    that the Court declare that the amount of loss can be determined by appraisal if sought by either party to the Policy.

(d)    that the Court award the Plaintiff all reasonable and equitable relief available to it; and

(e)    that this Court award Plaintiff such other and further relief as the nature of this cause of action may require.

WHEREFORE, Plaintiff further requests a hearing on this matter pursuant to the Maryland Uniform Declaratory Judgment Act, Md. Code Ann., Courts and Judicial Proceedings § 3-409(e)(2002), or in the alternative, a determination under the Federal Arbitration Act.

## COUNT II
### Breach of Contract
(Sought in addition to Count I)

71.    Paragraphs 1 - 70 are incorporated herein by reference.

72.    The Policy of Insurance constitutes a contract.

11

73.    All premiums for the Policy of insurance have been paid.

74.    Affiliated breached its obligations under the Policy of insurance by wrongfully denying coverage.

75.    As a result of the Defendant's breach of contract, which breach is material, the Plaintiff has been damaged.

76.    Plaintiffs' damages from Affiliated's breach of contract include, but are not limited to, the cost to restore the building, the temporary cost to render the building safe, the loss of use of the building, the business interruption caused by the Loss and the restoration of the building, among other damages and losses.

77.    In adjusting the claim, Affiliated has failed to act in good faith as required by the Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article in this matter by failing to substantively respond to the Plaintiffs demands in the time and manner required by the Maryland Code and Maryland Insurance regulations.

WHEREFORE Plaintiffs FutureCare Health and Management Corporation, Bay Manor Real Estate Ltd., PTNSHP, and Bay Manor Nursing Home, Inc., request that this Court enter judgment against the Defendant, Affiliated FM Insurance Company, in the amount determined by appraisal, or alternatively the amount which the trier of fact determines is due, plus prejudgment interest on all actual damages incurred by the insured computed at the rate allowed under § 11-107(a) of the Courts Article from the date on which the insured's claim should have been paid; along with expenses and litigation costs incurred by the insured, including reasonable attorney's fees, and interest on all expenses and litigation costs incurred by the insured computed at the rate allowed under § 11-107(a) of the Courts Article from the applicable date or dates on which the insured's

expenses and costs were incurred; plus its costs herein incurred, along with such other relief as to which this Court deems just.

## DEMAND FOR TRIAL BY JURY

Plaintiffs, by their undersigned counsel, pursuant to Maryland Rule 2-325, hereby demand that this action be tried by a jury.

FUTURECARE HEALTH AND MANAGEMENT CORPORATION

BAY MANOR REAL ESTATE LTD., PTNSHP
BAY MANOR NURSING HOME, INC.

By Counsel

C. Thomas Brown, Esquire (AIS# 0712110469)
Erik B. Lawson, Esquire (AIS# 2001220058)
SILVER & BROWN, P.C.
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
tom@virginia-lawyers.net
erik@virginia-lawyers.net
(703) 591-6666
(703) 591-5618 – Facsimile
*Attorneys for Plaintiffs*

## CERTIFICATION PURSUANT TO RULE 1-313

C. Thomas Brown, Esquire along with Erik B. Lawson, Esquire certify that we are admitted to practice before the Maryland Courts.

C. Thomas Brown (AIS# 0712110469)                    Erik B. Lawson (AIS# 2001220058)

13

## **CERTIFICATE OF COMPLIANCE**

I CERTIFY that the attached submission does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Rule 20-201(h).

_____
C. Thomas Brown, Esquire (AIS# 0712110469)

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

# EXHIBIT 1



Member of the FM Global Group

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate.

With transaction efficiency and seamless global coverage, AFM will help protect your business. In partnering with us, you have the strength of the FM Global Group behind you. That includes a strong balance sheet, an alternative to shared and layered programs, claims advocacy and our exclusive market-leading loss prevention advice.

With nearly 200 years of consulting experience as property specialists, we are eager to identify, prioritize and reduce future loss with you and your broker in a way that makes practical and affordable sense.

This engineering expertise, combined with broad coverage, will provide you peace of mind and allow you to focus on what matters most — making your enterprise thrive. To achieve this, we are committed to a long and mutually beneficial relationship.

It is our hope that you and your broker will take advantage of the tools and resources we offer, namely project plan reviews, web-based training, onsite policy workshops and AFM Online, which provides your risk analytics and policy contract documents.

Respectfully,

Ziad Alex S Tadmoury
AFM Division Manager

# Loss Reporting and Contact Information
# Washington DC Operations



*Member of the FM Global Group*

---

**Claims Manager:**

**Craig Banta**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6307
craig.banta@fmglobal.com

**Property Loss Reporting Procedure:**

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

**Notice of Loss:**

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677** or by sending an e-mail to the following e-mail address: **NewLossWashDC@AffiliatedFM.com**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

**Leaving a Message:**

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

---

**Account Engineer:**

**Kidus Yared**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6292
kidus.yared@affiliatedfm.com

**Jurisdictional Services:**

Call to inquire about or make arrangements
for North American jurisdictional services
**1-703-860-4101**



*Member of the FM Global Group*

## Multistate
## FRAUD WARNING NOTICE

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning similar to the statement below:

| | |
|---|---|
| California | Oklahoma |
| District of Columbia | Oregon |
| Florida | Pennsylvania |
| Kentucky | Rhode Island |
| Louisiana | Tennessee |
| Maine | Virginia |
| Maryland | Washington |
| New Mexico | West Virginia |

"Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning exactly as the statement below:

New Jersey
"Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."

New York
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for commercial insurance or a statement of claim for any commercial or personal insurance benefits containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, and any person who, in connection with such application or claim, knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation."

Ohio
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

*This Notice is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the insured are contained in the policy's terms and conditions.*

AFM 7621 (11/22)                                                                 Page 1 of 1





Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

## DECLARATIONS PAGE

| Policy No. | Previous Policy No. | Date of Issue |
|---|---|---|
| 1106455 | 1091925 | 15 November 2022 |
| **Account No.**<br>86653 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **Insured:**
>
> Futurecare Health & Management
> 8028 Ritchie Highway
> #201-B
> Pasadena, Maryland, 21122
> United States of America
>
> (For complete title, see Policy.)

The term of this Policy is from **15 November 2022 at 12:01 a.m., Standard Time, to 15 November 2023 at 12:01 a.m., Standard Time,** at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Reston, Virginia, on 15 November 2022.

Christopher Braden

Malcolm Roberts

**PRO DEC 4100 (04/15)**

© 2017 AFM. All rights reserved.





Member of the FM Global Group

# DECLARATIONS

## A. POLICY TERM

FROM:        15 November 2022 12:01 a.m. Standard Time
TO:              15 November 2023 12:01 a.m. Standard Time

## B. NAMED INSURED

Futurecare Health & Management, and its wholly or majority owned subsidiaries and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C. POLICY LIMIT

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of USD 500,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D. POLICY TERRITORY

Coverage provided by this Policy is limited to property while located within the United States of America.

### Cyber Coverage Territory

Coverage provided in Data Restoration; Data Service Provider Property Damage and Business Interruption; and Owned Network Interruption is limited to anywhere in the world except Cuba; Iran; North Korea; Russian Federation; Sudan; Syria; and Crimea, Donetsk People's Republic (DPR) and Luhansk People's Republic (LPR) regions of Ukraine.

## E. INSURANCE PROVIDED

**Location Schedule**

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

See attached Schedule of Locations

**AFM**®
Member of the FM Global Group



<u>Sub-Limited Location Schedule</u>

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, not to exceed the limits of liability specified for the coverages indicated, while located as follows:

There shall be no liability under this Policy when "NOT COVERED" is shown.

See attached Schedule of Sub-Limited Locations

## F. <u>SUB-LIMITS</u>

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | |
|---|---|
| Accounts Receivable | USD 5,000,000 |
| Arson or Theft Reward | USD 100,000 |
| Attraction Property | USD 100,000 |
| **boiler and machinery** | Policy Limit |
| Brand Protection | Policy Limit |
| Change of Temperature | USD 50,000 |
| Civil or Military Authority | 30 days |
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption combined | USD 1,000 **annual aggregate**, not to exceed 12 months |
| Contractual Penalties | USD 100,000 |
| Crisis Management | USD 100,000, not to exceed 30 days |



Member of the FM Global Group



| cyber event | 1. USD 1,000 **annual aggregate** for Data Restoration and Owned Network Interruption combined |
| | 2. USD 1,000 **annual aggregate** for Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined |
| | 3. USD 50,000 **annual aggregate** for loss or damage to **stock in process** or finished goods manufactured by or for the Insured caused by or resulting from **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on. |
| Data Restoration | USD 250,000 **annual aggregate** |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined | USD 50,000 **annual aggregate** |
| Debris Removal | Policy Limit |
| Decontamination Costs | Policy Limit |
| Deferred Payment | USD 100,000 |
| Demolition and Increased Cost of Construction | Policy Limit |
| Earth Movement | USD 50,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |
| Errors and Omissions | USD 1,000,000 |
| Expediting Expenses | USD 250,000 |
| Extended Period of Liability | 365 days |
| Extra Expense | USD 1,000,000 |
| fine arts | USD 500,000 not to exceed individual limits shown on Fine Arts Schedule, not to exceed USD 10,000 per item for **irreplaceable fine arts** |
| Flood | USD 25,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |


Member of the FM Global Group



| Green Coverage | USD 50,000 not to exceed 25% of the amount of the property damage loss |
|---|---|
| Gross Earnings | Policy Limit, not to exceed 90 days for **ordinary payroll** |
| Gross Profits | Policy Limit, not to exceed the following:<br><br>1.  12 months<br><br>2.  90 days for **ordinary payroll** |
| Ingress/Egress | USD 500,000 |
| Land and Water Clean Up Expense | USD 50,000 **annual aggregate** |
| Leasehold Interest | USD 250,000 |
| Locks and Keys | USD 100,000 |
| Logistics Extra Cost | USD 100,000 |
| Money and Securities | USD 100,000 |
| Newly Acquired Property | USD 2,500,000 |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption combined | USD 1,000,000 |
| Owned Network Interruption | Included in **cyber event** limit |
| Professional Fees | USD 100,000 |
| Property Removed from a Location | Policy Limit |
| Protection and Preservation of Property - Business Interruption | Policy Limit |
| Protection and Preservation of Property - Property Damage | Policy Limit, not to exceed USD 250,000 for security costs |
| Rental Income | Policy Limit |
| Research and Development | Policy Limit |
| Soft Costs | USD 100,000 |
| Supply Chain | USD 250,000 |

© *2019 AFM. All rights reserved.*



Member of the FM Global Group



| Tax Treatment | USD 100,000 |
|---|---|
| Tenants Legal Liability | USD 50,000 |
| Terrorism | USD 100,000 **annual aggregate**, not to exceed USD 100,000 **annual aggregate** for Flood and Property Removed from a Location combined |
| Terrorism: Supplemental United States Certified Act of Terrorism Endorsement(s) | USD 500,000,000 for property located in the United States of America |
| Transit | USD 50,000, not to exceed USD 50,000 for Business Interruption |
| Unnamed Property | USD 500,000 |
| **valuable papers and records** | USD 1,000,000, not to exceed USD 100 per item for **irreplaceable valuable papers and records** |

## Healthcare Endorsement

| Emergency Evacuation Expense | USD 100,000 |
|---|---|
| Fund Raising Expense | USD 50,000 |
| Mobile Medical and Diagnostic Equipment | USD 250,000 |
| Patient and Tenant Relocation Expense | USD 100,000 |
| Patient's Personal Property | USD 100,000, not to exceed USD 10,000 per patient |
| Prizes and Giveaways | USD 100,000 |
| Professional Employee Replacement Expense | USD 100,000 |
| Removal and Restocking Expenses | USD 50,000 |
| Research and Development Animals and Experiments | USD 100,000 for research animals, not to exceed USD 100 per animal<br><br>USD 250,000 for **research experiments** |
| Spoilage | USD 50,000 |





Member of the FM Global Group

# G. QUALIFYING PERIODS AND DEDUCTIBLES

## QUALIFYING PERIODS

This Company will not be liable for loss or damage unless the Qualifying Period below is exceeded. When the Qualifying Period is exceeded, the loss will be calculated beginning from the time of loss or damage. The Qualifying Periods for the following coverages are as follows:

| | |
|---|---|
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption | 48 hours |
| Data Restoration | 48 hours |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption | 48 hours |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption | 48 hours |
| Owned Network Interruption | 48 hours |

## DEDUCTIBLES

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy.

When two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply. However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

When a day equivalent deductible is stated below it is calculated as follows. The 100% daily actual annual Business Interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues, divided by the number of annual working days.





Member of the FM Global Group

When a % percent deductible is stated below it is calculated as follows:

1. The value of property at the time such loss or damage at the **location** where loss or damage occurs, in accordance with the valuation section of this Policy.

2. The annual Business Interruption value that would have been earned at the **location** where loss or damage occurs plus that proportion of the 100% Business Interruption value at all other **locations** where Business Interruption loss ensues, in accordance with the Business Interruption section of this Policy (if any).

| | |
|---|---|
| Location No. 018, 9500 Perry Hall Boulevard, Nottingham, Maryland, 21236, USA; Location No. 019, 207 Somerset Bay Drive, #201, Glen Burnie, Maryland, 21061, USA; Location No. 020, 409 Wheaton Pl Apt G, Catonsville, Maryland, 21228-3347, USA; Location No. 022, 10 A Montrose Manor Court, Catonsville, Maryland, 21228-5675, USA and Location No. 023, 5713 Edmondson Avenue, #TA1, Baltimore, Maryland, 21228, USA | USD 2,500 |
| earthquake | USD 50,000 per **location** |
| Flood | USD 50,000 per **location**, except USD 100,000 per **location** for the following locations: Location No. 002, 305 College Parkway, Arnold, Maryland, 21012, USA and Location No. 006, 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| All Other Losses | USD 10,000 |

# H. ADDITIONAL EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

## 1. California, Hawaii, Alaska, and Puerto Rico Earth Movement Exclusion - PRO 124 (01/17)

ADDITIONAL COVERAGES, Earth Movement, does not apply to any property in the states of California, Hawaii, Alaska, and Puerto Rico.





# I. SPECIAL TERMS AND CONDITIONS

### 1. Loss Payee - PRO 68 (04/15)

Subject to the LOSS ADJUSTMENT AND SETTLEMENT, LOSS ADJUSTMENT AND PAYABLE, loss, if any, under this Policy will be adjusted with and made payable to or as directed by the Insured and the following, as their interest may appear:

| Loss Payee and Address | Location/Interest |
|---|---|
| Madison Capital<br>C/o Insurance Center<br>P.O. Box 3547<br>Bellevue, Washington, 98009<br>United States of America | Re: Hemodialysis machine (2008t hd sys cdx blue star)  - Location No. 007, 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen MC1563 and Trap MC0241  - Location No. 014, 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen - Location No. 010, 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |

The receipt by the designated payee will constitute a release in full of all liability with respect to such loss.

### 2. Fine Arts Schedule - PRO 13 (01/17)

The following limit(s) apply to each article in the schedule of **fine arts** listed below.

| Article | Description | Sub-Limit of Liability |
|---|---|---|
| E.W. Hiemer & Co. Stained Glass Windows | 16-39"x145" Sanctuary Roman Arched windows w/ventilators and 2-36"x72" Altar Roman Arched windows. | $350,000 |

The **fine arts** limit of liability shown in the SUB-LIMITS section of the DECLARATIONS will apply to unscheduled article of **fine arts** per **occurrence**.



Member of the FM Global Group



3. **Historical Replacement Cost - PRO 157 (01/17)**

LOSS ADJUSTMENT AND SETTLEMENT, VALUATION, is amended to include:

With respect to buildings designated by a local, state, or federal authority to be of historical significance or of historical value, such rebuilding, repairing or replacement shall be with modern material, workmanship processes, technologies and designs, and shall not include the cost of re-creating outdated, archaic or antiquated materials, workmanship, processes, technologies, or designs, whether or not such cost otherwise would be covered under ADDITIONAL COVERAGES, Demolition and Increased Cost of Construction.

4. **United States Certified Act of Terrorism - PRO 207 (01/20)**

As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that a **Certified Act of Terrorism** under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered **terrorism** within the terms of this Policy. Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting BUSINESS INTERRUPTION loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism** only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.





## J.  INDEX OF FORMS

The following forms are made part of this Policy:

| Title | Form No. | Edition |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/20) |
| All Risk Coverage | PRO AR 4100 | (06/21) |
| Healthcare Endorsement | PRO HC 4100 | (01/17) |
| Supplemental United States Certified Act of Terrorism Endorsement | AFM 7312 | (06/21) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |



**Member of the FM Global Group**



# SCHEDULE OF LOCATIONS

**Location Schedule**

| Loc. No. | Title | Address |
|----------|-------|---------|
| 002 | | 305 College Parkway, Arnold, Maryland, 21012, USA |
| 003 | | 12020 Reisterstown Road, Reisterstown, Maryland, 21136, USA |
| 001 | | 8028 Ritchie Highway, Pasadena, Maryland, 21122, USA |
| 004 | | 9106 Pineview Lane, Clinton, Maryland, 20735, USA |
| 005 | | 1000 North Gilmore Street, Baltimore, Maryland, 21217, USA |
| 006 | | 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| 007 | | 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| 008 | | 2614 North Charles Street, Baltimore, Maryland, 21218, USA |
| 009 | | 1300 S. Elwood Ave, Baltimore, Maryland, 21224, USA |
| 010 | | 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |
| 011 | | 2327 N Charles Street, Baltimore, Maryland, 21218, USA |
| 012 | | 4800 Seton Drive, Baltimore, Maryland, 21215, USA |
| 013 | | 1046 N Point Road, Baltimore, Maryland, 21224, USA |
| 014 | | 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| 015 | | 7920 Scott Level Road, Baltimore, Maryland, 21208, USA |
| 016 | | 1601 East Belvedere Ave., Baltimore, Maryland, 21239, USA |
| 017 | | 1051 Brightseat Rd, Landover, Maryland, 20785, USA |





# SCHEDULE OF SUB-LIMITED LOCATIONS

**Sub-Limited Location Schedule**

| Loc. No. | Title | Address |
|---|---|---|
| 018 | | 9500 Perry Hall Boulevard, Nottingham, Maryland, 21236, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 019 | | 207 Somerset Bay Drive, #201, Glen Burnie, Maryland, 21061, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 020 | | 409 Wheaton Pl Apt G, Catonsville, Maryland, 21228-3347, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 022 | | 10 A Montrose Manor Court, Catonsville, Maryland, 21228-5675, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 023 | | 5713 Edmondson Avenue, #TA1, Baltimore, Maryland, 21228, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |




# <u>ALL RISK COVERAGE</u>

## Table of Contents

**ALL RISK COVERAGE**.................................................................................................................**1**

  **A. PROPERTY INSURED**.................................................................................................**1**

  **B. PROPERTY EXCLUDED**.............................................................................................**1**

  **C. EXCLUSIONS**..............................................................................................................**2**

  **D. ADDITIONAL COVERAGES**.......................................................................................**5**

**BUSINESS INTERRUPTION**........................................................................................**18**

  **A. LOSS INSURED**.........................................................................................................**18**

  **B. BUSINESS INTERRUPTION COVERAGE**................................................................**18**

  **C. PERIOD OF LIABILITY**............................................................................................**21**

  **D. BUSINESS INTERRUPTION EXCLUSIONS**............................................................**22**

  **E. BUSINESS INTERRUPTION COVERAGE EXTENSIONS**.........................................**23**

**LOSS ADJUSTMENT AND SETTLEMENT**..................................................................**30**

  **A. ABANDONMENT**.......................................................................................................**30**

  **B. APPRAISAL**..............................................................................................................**30**

  **C. COLLECTION FROM OTHERS**...............................................................................**30**

  **D. COMPANY OPTION**.................................................................................................**30**

  **E. CURRENCY FOR LOSS PAYMENT**.........................................................................**30**

  **F. LEGAL ACTION AGAINST THIS COMPANY**..........................................................**30**

  **G. LOSS ADJUSTMENT AND PAYABLE**......................................................................**31**

  **H. OTHER INSURANCE**...............................................................................................**31**

  **I. REQUIREMENTS IN CASE OF LOSS**......................................................................**31**

  **J. SETTLEMENT OF CLAIMS**.....................................................................................**32**

  **K. SUBROGATION**........................................................................................................**32**

  **L. VALUATION**.............................................................................................................**33**





## GENERAL CONDITIONS ....................................................................................................35

A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ..................................... 35

B. CANCELLATION/NON-RENEWAL ................................................................................ 35

C. CONFORMITY TO STATUTE ......................................................................................... 35

D. FIRST NAMED INSURED .............................................................................................. 35

E. INCREASE IN HAZARD ................................................................................................. 36

F. INSPECTIONS ................................................................................................................ 36

G. LIBERALIZATION CLAUSE ........................................................................................... 36

H. MISREPRESENTATION AND FRAUD ............................................................................. 36

I. MORTGAGEE/LENDERS LOSS PAYABLE ...................................................................... 36

J. POLICY MODIFICATION ............................................................................................... 37

K. REINSTATEMENT OF LIMITS AFTER A LOSS .............................................................. 38

L. REPRESENTATION OF RISK ........................................................................................ 38

M. SUSPENSION ................................................................................................................ 38

N. TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY ........................................ 38

## DEFINITIONS .................................................................................................................39

 

# <u>ALL RISK COVERAGE</u>

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. <u>PROPERTY INSURED</u>

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location**, to the extent of the interest of the Insured in such property.

1. Real Property in which the Insured has an insurable interest.

2. Personal Property:

   a) Owned by the Insured.

   b) Consisting of improvements and betterments in which the Insured has an insurable interest.

   c) Of directors, officers and employees of the Insured.

   d) Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

   e) Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

   This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. <u>PROPERTY EXCLUDED</u>

This Policy excludes the following except as otherwise stated in this Policy:

1. Land, water or any substance in or on land.

2. Growing crops, standing timber or animals.

3. Bridges and tunnels intended for use by motor vehicles licensed for highway use.

4. Reservoirs, canals, dikes or dams.

5. Docks, piers or wharves which are not a structural part of a building.

6. Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

7. Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8. Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.



9. Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

    a) Finished goods manufactured by the Insured; or

    b) Other merchandise not manufactured by the Insured;

    or as provided by the Data Restoration coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

## C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I**: This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1. Nuclear reaction or nuclear radiation or radioactive contamination. However:

    a) If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b) This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2f of this Exclusions clause.

    This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2b of this Exclusions clause.

2. a) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

    i) Government or sovereign power (de jure or de facto);

    ii) Military, naval or air forces; or

    iii) Agent or authority of any party specified in i) or ii) above.

    b) Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

    c) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

    d) Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

    e) Risks of contraband, or illegal transportation or trade.



f)  **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2a of this Exclusions clause then Group I Item 2a applies in place of this Group I Item 2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2b of this Exclusions clause then Group I Item 2b applies in place of this Group I Item 2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2f exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2f exclusion applies in place of Group I Item 1 of this Exclusions clause.

3.  Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

a)  An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

b)  Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2f of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4.  Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Data Service Provider and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

5.  **Earth movement**, except as otherwise provided in this Policy.

6.  **Flood**, except as otherwise provided in this Policy.

7.  Seepage or influx of water from natural underground sources.

**GROUP II**: This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1.  Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2.  Faulty workmanship, material, construction or design.

3.  Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.

4.  Loss or damage caused by or resulting from:

a)  Changes of temperature, except damage to machinery or equipment including fire protective equipment;

b)  Changes in relative humidity,

All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.





5.  Settling, cracking, shrinking, bulging or expansion of:

    a)  Foundations.

    b)  Walls.

    c)  Floors.

    d)  Pavements or roadways.

    e)  Roofs.

    f)  Ceilings.

6.  Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7.  Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8.  Insect, animal or vermin damage.

9.  Loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

**GROUP III**: This Policy excludes:

1.  Indirect or remote loss or damage.

2.  Interruption of business, except to the extent provided in this Policy.

3.  Loss of market or loss of use.

4.  Loss or damage or deterioration arising from any delay.

5.  Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6.  Loss from enforcement of any law or ordinance:

    a)  Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b)  Requiring the demolition of any property, including the cost in removing its debris;

    Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

7.  Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

8.  **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

9.  Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

10. Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.

 

Member of the FM Global Group

## D. <u>ADDITIONAL COVERAGES</u>

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. Accounts Receivable

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

a) Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

b) Collection expenses in excess of normal collection costs.

c) Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

a) Bookkeeping, accounting, or billing error or omission.

b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

### 2. Arson or Theft Reward

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

a) Arson to; or

b) Theft of;

Insured property.

### 3. Brand Protection

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:

a) The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

b) The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

Physically damaged property judged by the Insured to be:

 

i)   Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

ii)  Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

(a)  Stamp "salvage" on the property or its containers; or

(b)  Remove or obliterate the brands or labels,

If doing so will not damage the property.

The Insured must relabel the property or containers in compliance with the applicable requirements of law.

c)  Any salvage proceeds received will go to the:

i)   Company at the time of loss settlement; or

ii)  Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## 4.  Change of Temperature

This Policy covers spoilage of insured stock and supplies due to:

a)  Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

## 5.  Communicable Disease – Property Damage

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)  An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

b)  A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

a)  Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

b)  Actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.





## 6.  Data Restoration

This Policy covers insured **physical loss or damage to electronic data**, programs or software while anywhere within this Policy's Territory, including while in transit.

With respect to **physical loss or damage to electronic data**, programs or software caused by or resulting from a **cyber event**, this coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of the Qualifying Period shown in the Declarations section of this Policy.

This coverage includes:

a)  The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

    i)  To temporarily protect and preserve insured electronic data, programs or software.

    ii)  For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

    iii)  To expedite the permanent repair or replacement of such damaged property.

b)  The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

a)  Finished goods manufactured by the Insured; or

b)  Other merchandise not manufactured by the Insured.

Data Restoration Exclusions: As respects Data Restoration, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a)  Errors or omissions in processing or copying.

b)  Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c)  Deterioration, inherent vice, vermin or wear and tear.

Data Restoration Valuation: On property insured under this coverage, the loss amount will not exceed:

a)  The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

b)  The blank value of the media if not repaired, replaced or restored within two years from the date of loss.

## 7.  Data Service Provider - Property Damage

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.





This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy. Such interruption is the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Conditions:

a) The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Data Service Provider - Property Damage Exclusions: As respects Data Service Provider - Property Damage, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a) **Terrorism**.

b) Accidental event to a satellite.

**8. Debris Removal**

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

a) Contaminated uninsured property; or

b) The **contaminant** in or on uninsured property;

Whether or not the contamination results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the contaminant in or on insured property only if the contamination, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

**9. Decontamination Costs**

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating contamination due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:

a) Contaminated uninsured property; or

b) The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.





## 10. Deferred Payment

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the Policy terminates or expires, whichever is first.

Deferred Payment Exclusions: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

a)   Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

b)   Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a)   The total amount of unpaid installments less finance charges.

b)   The **actual cash value** of the property on the date of loss or damage.

c)   The cost to repair or replace with material of like size, kind and quality.

## 11. Demolition and Increased Cost of Construction

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

a)   Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

b)   Such law or ordinance is in force at the time of such loss or damage; and

c)   Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

a)   Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

b)   Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

a)   The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or





b) The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

a) The **actual cash value**; and

b) The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

a) Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

b) Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 12. Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 13. Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

a) In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

b) That fails to include any **location**:

   i) Owned; or

   ii) Occupied by the Insured; or

c) That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## 14. Expediting Expenses

This Policy covers the reasonable and necessary costs incurred to:

a) Temporarily repair or replace; and





b) Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

### 15. Fine Arts and Valuable Papers and Records

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

a) Loss or damage to any **fine arts** as a result of restoring, repairing or retouching processes.

b) Errors or omissions in the processing or copying of **valuable papers and records.**

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a) The cost to repair or restore the article to the condition that existed immediately prior to the loss;

b) The cost to replace the article; or

c) The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

### 16. Flood

This Policy covers physical loss or damage caused by or resulting from **flood.**

### 17. Green Coverage

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

a) To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green.**

b) To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.

c) As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.




Member of the FM Global Group

d) For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

e) For the process of certification or recertification of the repaired or replaced insured property as **Green.**

f) For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

a) Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the Insured is legally liable, personal property of directors, officers or employees of the Insured.

b) Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

c) Any loss recoverable elsewhere in this Policy.

### 18. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

a) At any **location** insured for Personal Property only.

b) When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

### 19. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

### 20. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

a) Fire, explosion or sprinkler leakage.

### 21. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

a) When the newly acquired property is bound by this Company; or

b) When agreement is reached that the property will not be insured under this Policy; or

**AFM**
Member of the FM Global Group



c) 120 days after the date of acquisition of the property; or

d) At the termination or expiration of this Policy;

Whichever occurs first.

## 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

a) This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

a) Auditors;

b) Accountants;

c) Architects;

d) Engineers; or

e) Other professionals; and

f) The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

a) Of 120 days from the date of removal; but





Member of the FM Global Group

b)  Not beyond the termination or expiration date of this Policy.

## 25. Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

a)  Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

b)  Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

c)  Restoring and recharging fire protection systems following an insured loss.

d)  The water used for fighting a fire in, on or exposing the insured property.

e)  Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 26. Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

## 27. Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

a)  The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

b)  The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

c)  The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

a)  That part of any settlement by the Insured to which this Company has not given its prior written consent; or

b)  Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.




Additional Provisions: This Company may:

a) Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

b) Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

### 28. Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Item 2a or Group I Item 2c of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

a) That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

b) That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

c) In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

d) That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

### 29. Transit

This Policy covers the following insured personal property:

a) Owned by the Insured;

b) Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

c) Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

d) Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:


Member of the FM Global Group



    i)    When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

    ii)    When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

a)    From the time the property leaves the original point of shipment for transit; and

b)    Continuously in the due course of transit until delivered at the destination.

c)    Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

a)    Insures physical loss or damage caused by or resulting from:

    i)    Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

    ii)    Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

b)    Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

a)    Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

    i)    Released and/or undervalued bills of lading; or

    ii)    Shipping or messenger receipts.

b)    The Insured may waive subrogation against railroads under sidetrack agreements.

c)    The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

d)    This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

a)    Property shipped by mail.

b)    Shipments by air unless made by regularly scheduled airlines.

c)    Waterborne shipments via the Panama Canal or waterborne shipments to and from:

    i)    Alaska.

    ii)    Hawaii.

    iii)    Commonwealth of Puerto Rico.





Member of the FM Global Group

    iv)  Virgin Islands.

d)  Any transporting vehicle.

e)  Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

f)  Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

a)  For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

b)  For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

c)  For property not under invoice:

    i)  For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

    ii)  For other property, the actual cash value at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured.

 

# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1. To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2. Used by the Insured;

3. While at a **location** or while in transit as provided by this Policy; and

4. During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1. The use of any property or service owned or controlled by the Insured;

2. The use of any property or service obtainable from other sources;

3. Working extra time or overtime; or

4. The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1. Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2. The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3. The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. BUSINESS INTERRUPTION COVERAGE

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **gross earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.


Member of the FM Global Group



**gross earnings** means:

The net sales value of production or business operations or services less the cost of:

a) Raw stock;

b) Materials and supplies; and

c) Merchandise sold;

Used in production or business operations or services rendered by the Insured.

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

a) Wholly or partially prevented from producing goods or continuing business operations or services;

b) Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

c) Unable to continue such operations or services during the Period of Liability; and

d) Able to demonstrate a loss of sales for the production or business operations or services prevented.

2. **Gross Profits**

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

a) **Reduction in sales**; and the

b) **Increased cost of doing business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**gross profits** means:

The sum produced by adding the **net profit** to the **insured fixed charges**. If there is no **net profit** the amount of all **insured fixed charges** less that proportion of any loss from business operations as the amount of the **insured fixed charges** bears to all fixed charges.

**increased cost of doing business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **rate of gross profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**insured fixed charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**net profit** means:

The net operating profit excluding:

a) Capital receipts and accruals; and


Member of the FM Global Group



b)   Outlay properly chargeable to capital;

Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**rate of gross profit** means:

The rate of Gross Profit earned on Sales during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**reduction in sales** means:

The amount produced by applying the **rate of gross profit** to the amount by which the **sales** during the Period of Liability fall short of the **standard sales**.

**sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

a)   Goods sold and delivered; and

b)   Services rendered;

In the conduct of the Insured's business.

**standard sales** means:

The **sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

3. **Rental Income**

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

a)   The fair rental value of any portion of the property occupied by the Insured;

b)   Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

c)   The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

a)   Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

4. **Extra Expense**

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

a)   Temporarily continue as close to normal the conduct of the Insured's business; and





Member of the FM Global Group

b)   Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

a)   Any loss of income.

b)   Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   The cost of permanent repair or replacement of property that has been damaged or destroyed.

d)   Any expense recoverable elsewhere in this Policy.

5.   **BI Select™**

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

a)   Gross Earnings; or

b)   Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C. <u>PERIOD OF LIABILITY</u>

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

1.   The period starting from the time of physical loss or damage of the type insured; and

2.   Ending when, with due diligence and dispatch,

a)   The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

b)   The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

3.   For **raw materials** or supplies, the period of time:

a)   Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but

© 2021 AFM. All rights reserved.

 

Member of the FM Global Group

b)  For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.

4.  For property covered under Data Restoration:

a)  The period of time starting from the time of insured **physical loss or damage to electronic data, programs or software; and**

b)  Ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the physical loss or damage.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

1.  Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

a)  Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

b)  Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

## D. BUSINESS INTERRUPTION EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1.  Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

a)  Physical loss or damage not insured by this Policy.

b)  Planned or rescheduled shutdown.

c)  Strike or other work stoppage.

d)  Any other reason other than physical loss or damage insured under this Policy.

2.  Any increase in loss due to:

a)  The suspension, cancellation, or lapse of any lease, contract, license or order.

b)  Damages for breach of contract, or for late or non-completion of orders.

c)  Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

 

Member of the FM Global Group

    d)   Any other consequential or remote loss.

3.   Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

# E. <u>BUSINESS INTERRUPTION COVERAGE EXTENSIONS</u>

### 1. Attraction Property

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

    a)   Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

### 2. Civil or Military Authority

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

    a)   The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

### 3. Communicable Disease - Business Interruption

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

    a)   An order of an authorized governmental agency regulating such presence of **communicable disease**; or

    b)   A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease.**

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

    a)   The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

    b)   Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.





The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a) Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b) Not to exceed the time limit shown in the Sub-Limits clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

**4. Contractual Penalties**

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured.

This extension of coverage applies provided that such contractual penalties:

a) Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

b) Will be limited to the contractual sales value of such late or non-completed orders.

**5. Crisis Management**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

a) A violent crime, suicide, attempted suicide or armed robbery; or

b) A death or bodily injury caused by a workplace accident;

At that **described location**.

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

**6. Data Service Provider - Business Interruption**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy.

 

Additional General Conditions:

a)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Owned Network Interruption coverage as provided in this section of this Policy.

Data Service Provider - Business Interruption Exclusions: As respects Data Service Provider - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

a)  **Terrorism**.

b)  Accidental event to a satellite.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b)  Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c)  Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

7.  **Extended Period of Liability**

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

a)  The interruption of business as covered by Gross Earnings or Rental Income;

b)  For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c)  Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.



Member of the FM Global Group



Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Sub-Limits clause of the Declarations section of this Policy.

## 8. Ingress/Egress

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 9. Leasehold Interest

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease.

Leasehold Interest Exclusions: As respects Leasehold Interest, the following applies:

a)  Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

   This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b)  This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest:**

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

## 10. Logistics Extra Cost

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

a)  Directly between **described locations**; or





Member of the FM Global Group

b) Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;

Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

a) Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

a) Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

b) Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

c) Disruption caused by physical loss or damage to personal property of the Insured while in transit.

d) Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

e) Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

f) Loss of income.

g) Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a) Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b) Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

## 11. Off-Premises Service Interruption - Business Interruption

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

 

Member of the FM Global Group

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from terrorism regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period starting with the time when an interruption of specified services happens; and

b)  Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

## 12.  Owned Network Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a)  The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a **cyber event** directed at the Named Insured; or

b)  The Insured's reasonable action to temporarily protect the Insured's electronic data processing equipment or media against an actual or immediately impending **cyber event** directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

As respects item a) above, this coverage will apply when the Period of Liability below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's electronic data processing equipment or media could be restored to the same or equivalent operating condition that existed prior to the failure; and

b)  Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## 13.  Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.





### 14. Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)  Starting at the time of physical loss or damage of the type insured; and

b)  Ending when the property could be repaired or replaced and made ready for operations.

### 15. Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

### 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

a)  Direct suppliers, direct customers or direct contract service providers to the Insured;

b)  Any company under any royalty, licensing fee or commission agreement with the Insured; or

c)  Any company that is a direct or indirect supplier, customer or contract service provider of those described in a) above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

a)  Civil or Military Authority

b)  Extended Period of Liability

c)  Ingress/Egress

d)  Off-Premises Service Interruption - Business Interruption

e)  Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.





# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1.  The Insured has fully complied with all provisions of this Policy.

2.  This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

1.  Pay its chosen appraiser; and

2.  Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

## F. LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:





1. The Insured has fully complied with all the provisions of this Policy; and

2. Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## G. **LOSS ADJUSTMENT AND PAYABLE**

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## H. **OTHER INSURANCE**

1. If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

2. In no event will this Policy apply as contributing insurance.

3. The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

4. The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

5. If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

## I. **REQUIREMENTS IN CASE OF LOSS**

The Insured will:

1. Give immediate written notice to this Company of any loss.

2. Protect the property from further loss or damage.

3. Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4. Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:

 

Member of the FM Global Group

a) The time and origin of the loss.

b) The Insured's interest and that of all others in the property.

c) The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

d) Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

e) By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5.  Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6.  Further, the Insured, will as often as may be reasonably required:

a) Exhibit to any person designated by the Company all that remains of any property;

b) Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

c) Produce for examination at the request of the Company:

i)   All books of accounts, business records, bills, invoices and other vouchers; or

ii)  Certified copies if originals are lost,

At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J. <u>SETTLEMENT OF CLAIMS</u>

The amount of loss for which this Company may be liable will be paid within 30 days after:

1.  Proof of loss as described in this Policy is received by this Company; and

2.  When a resolution of the amount of loss is made either by:

a) Written agreement between the Insured and this Company; or

b) The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

## K. <u>SUBROGATION</u>

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.





Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1. Any applicable deductible; and/or

2. Any provable uninsured loss,

Bears to the entire provable loss amount.

## L. <u>VALUATION</u>

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1. Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

   a) The cost to repair.

   b) The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

   c) The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

   d) On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2. On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3. On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4. On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5. On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6. On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

7. On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

8. On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

9. On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

10. On property that is useless to the Insured, the **actual cash value**.

11. On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.





Member of the FM Global Group

The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a described **location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.





# <u>GENERAL CONDITIONS</u>

## A. <u>APPLICATION OF POLICY TO DATE OR TIME RECOGNITION</u>

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1. This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2. Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in 1. or 2. above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. <u>CANCELLATION/NON-RENEWAL</u>

This Policy may be:

1. Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2. Cancelled by this Company by giving the First Named Insured not less than:

    a) 60 days written notice of cancellation; or

    b) 10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3. Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. <u>CONFORMITY TO STATUTE</u>

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. <u>FIRST NAMED INSURED</u>

The First Named Insured shown in the Declarations section:

1. Is responsible for the payment of all premiums.





Member of the FM Global Group

2. Will be the payee for any return premiums.

3. May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. INCREASE IN HAZARD

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. INSPECTIONS

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1. Right to make inspections; or

2. Making of inspections; or

3. Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. LIBERALIZATION CLAUSE

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

1. Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2. Made any attempt to defraud this Company.

3. Made any false swearing.

## I. MORTGAGEE/LENDERS LOSS PAYABLE

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

1. Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.





2.  Foreclosure, notice of sale or similar proceedings with respect to the property.

3.  Change in the title or ownership of the property.

4.  Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

1.  Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

2.  This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J.  POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1.  Create a waiver, or change any part of this Policy; or

**AFM**
Member of the FM Global Group



2. Prevent the Company from asserting any rights under the provisions of this Policy.

## K. **REINSTATEMENT OF LIMITS AFTER A LOSS**

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. **REPRESENTATION OF RISK**

This Policy has been issued based on the statement of values declared by the Insured prior to inception of this Policy. The Insured will provide the Company 100% values by **location** annually no later than sixty (60) days prior to the Policy anniversary or renewal, unless otherwise agreed to. The Insured will also promptly report 100% of values for any **location(s)** purchased, leased or rented by the Insured after the inception, anniversary or renewal dates of this Policy.

Types of Values

1. Property values in accordance with the Valuation clause of the Loss Adjustment and Settlement section of this Policy.

2. Stock and Supplies values based on the average and maximum values for the previous 12-month period.

3. Business Interruption values projected for the 12 months following the inception date of this Policy and for every renewal thereof, and the actual Business Interruption values for the previous 12-month period.

If the Company determines that any of the above values reported by the Insured are not accurate, the Insured will cooperate with the Company to conduct an appraisal or analysis of such values.

## M. **SUSPENSION**

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## N. **TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY**

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.

 

# DEFINITIONS

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1. Direct physical loss or damage originating within:

   a) Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

      i) Waste disposal piping;

      ii) Any piping forming part of a fire protective system;

      iii) Furnaces; and

      iv) Any water piping other than:

         (a) Boiler feed water piping between the feed pump or injector and the boiler;

         (b) Boiler condensate return piping; or

         (c) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

   b) All mechanical, electrical, electronic or fiber optic equipment;

2. And caused by, resulting from or consisting of:

   a) Mechanical breakdown; or

   b) Electrical or electronic breakdown; or

   c) Extremes or changes of temperature; or

   d) Rupture, bursting, bulging, implosion or steam explosion.

3. **boiler and machinery** as used in this Policy does not mean:

   Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

   a) Combustion explosions, except from within combustion gas turbines; or

   b) Explosions from liquids coming in contact with molten materials; or

   c) Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

   d) Fire, or from the use of water or other means to extinguish a fire.

 

**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination**.

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**cyber event** means any act involving the malicious or unauthorized access to, operation of, or use of **electronic data processing equipment or media**, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the terms and conditions of this Policy.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

 

**named perils** means fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1. **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2. **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1. Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2. Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1. Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2. Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3. Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4. Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.





Member of the FM Global Group

**terrorism** means:

1.  Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2.  When the effect or apparent purpose is:

    To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**water damage** means the accidental discharge, escape, leakage, backup or overflow of water from piping, plumbing systems or tanks. **Water damage** does not mean or include anything defined as **flood** in this Policy.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.





# Healthcare Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of this Policy remain unchanged.

## 1. Emergency Evacuation Expense

This Policy covers the reasonable and necessary costs incurred by the Insured for the emergency evacuation and subsequent return of patients, tenants or lawful occupants when the Insured's management, using reasonable discretion, or a civil authority orders the emergency evacuation of a **described location** as a direct result of immediately impending physical loss or damage of the type insured by this Policy.

Emergency Evacuation Expense Exclusions: As respects Emergency Evacuation Expense, the following additional exclusions apply:

This Policy excludes:

a) The cost to move personal property of patients, tenants or lawful occupants.

b) The cost of temporary or permanent housing or lodging.

c) Loss caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 2. Fund Raising Expense

This Policy covers the expenses incurred by the Insured for fund raising activities or events when such fund raising activities or events are postponed or cancelled as a direct result of insured physical loss or damage to insured property at a **location**.

## 3. Mobile Medical and Diagnostic Equipment

This Policy covers mobile medical and diagnostic equipment, their associated supplies, and licensed vehicles owned, leased or operated by the Insured, in which such property is contained, while located anywhere in this Policy's Territory, including while in transit.

Property covered under this coverage is excluded from coverage provided elsewhere in this Policy.

Mobile Medical and Diagnostic Equipment Exclusions: As respects Mobile Medical and Diagnostic Equipment, the following additional exclusions apply:

This Policy excludes:

a) Loss or damage to vehicles caused by or resulting from collision, upset or overturn while such vehicles are being operated or being towed whether or not in motion at the time of loss.

## 4. Patient and Tenant Relocation Expense

This Policy covers the reasonable and necessary **patients and tenants relocation expenses** incurred by the Insured to relocate and return patients, tenants or lawful occupants to other quarters within this Policy's Territory

 

when patient rooms, rented space or living quarter(s) at a **described location** are made uninhabitable as a direct result of physical loss or damage insured by this Policy.

Patient and Tenant Relocation Expense Exclusions: As respects Patient and Tenant Relocation Expense, the following additional exclusions apply:

This Policy excludes:

**a)**  Loss caused by the termination of a lease or other agreement.

**b)**  Security deposits, rent or other payments made to the landlord or lessors of the new quarters.

**c)**  Down payments, purchase price, legal fees and closing costs for the purchase of new quarters.

**d)**  The cost of permanent housing or lodging.

**e)**  Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

For purposes of this coverage, **patient and tenant relocation expenses** means the cost to:

**a)**  Pack and transport personal property of the type insured of patients, tenants or lawful occupants.

**b)**  Store such personal property while awaiting possession of other quarters or restoration of existing quarters.

**c)**  Search for new quarters.

**d)**  Disconnect and reconnect fixtures and equipment.

**e)**  Re-establish new utility services less refunds from discontinued services.

## 5. Patients' Personal Property

This Policy covers personal property of the type insured of patients while at a described location, when such personal property is not in the Insured's custody.

## 6. Prizes and Giveaways

This Policy covers motor vehicles and watercraft that are prizes and giveaways in the Insured's fund raising activities or events, while anywhere within this Policy's Territory, including while in transit.

## 7. Professional Employee Replacement Expense

This Policy covers the reasonable and necessary additional expenses above those normally incurred by the Insured during the Period of Liability to replace professional employees consisting of:

**a)**  Administrators;

**b)**  Doctors;

**c)**  Nurses; and

**d)**  Research personnel,

Who have resigned as a direct result of insured physical loss or damage to insured property at a **location**.

**AFM**
*Member of the FM Global Group*



Professional Employee Replacement Expense Exclusions: As respects Professional Employee Replacement Expense, the following additional exclusions apply:

This Policy does not insure:

**a)** The cost of replacing third party contract employees or rehiring former employees who were employed by the Insured at the time of loss.

## 8. Removal and Restocking Expenses

This Policy covers the reasonable and necessary expenses incurred by the Insured for the removal and restocking of pharmaceutical products or medical supplies resulting from the recall of such property by the product's manufacturer or by an order of a governmental authority.

Coverage is limited to such expenses incurred in the first 90 consecutive days following the recall.

Removal and Restocking Exclusions: With respect to Removal and Restocking Expenses, the following additional exclusions apply:

This Policy does not cover:

**a)** Expenses for the recall of such property manufactured by the Insured, including products that the Insured incorporates into other products.

**b)** Expenses for the recall of such property recalled prior to the inception date of this Policy.

**c)** The cost to recall such property.

**d)** The replacement cost of such property.

## 9. Research and Development Animals and Experiments

This Policy covers the following while at a **described location**:

**a)** Research animals that are used in the Insured's research and development projects when such animals are fatally injured or their destruction is made necessary due to injuries as a direct result of insured physical loss or damage.

**b)** Insured physical loss or damage to **research experiments**.

Research and Development Animal and Experiments Exclusions: As respects Research and Development Animals and Experiments, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following:

**a)** Sickness, disease, infection, infestation, death, destruction, injury, or any medical condition, all from natural causes; escape; failure to provide adequate care, nourishment, medicine or sanitary conditions; contamination of animals, food or medicine; errors in testing, experimenting or other work performed.

Research and Development Animals and Experiments Valuation: On property insured under this coverage, the loss amount will not exceed the following:





a)  On research animals, the purchase price of commercially available laboratory animals plus **project restoration costs.** If the research animal is not replaced or the project not restored, the purchase price of the animal.

b)  On **research experiments, the** cost to repair, replace or restore the **research experiments** with others of like kind and quality plus **project restoration costs.** If the **research experiment** is not replaced or the project not restored, the replacement cost of the stock and supplies.

c)  **Project restoration** costs shall be limited to a 24 month period.

For purposes of this coverage:

**Project restoration costs** means the costs of researching, gathering and/or assembling information to restore the research animals or research experiments to the same degree of completion as existed prior to physical loss or damage insured by this Policy

**Research experiments** means supplies, materials or equipment that are used or consumed solely in the research and development project.

## 10. Spoilage

Change of Temperature under Additional Property Damage Coverages in the Property Damage section of this Policy is replaced with the following:

This Policy covers spoilage of insured stock and supplies due to:

a)  Changes of temperature or changes in relative humidity,

Directly resulting from an accidental event at a **location.**

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all property in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for Certified Act of Terrorism Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD 9,000, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism**.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a **Certified Act of Terrorism** as defined herein. This amendment does not apply to any limit of liability for a **Certified Act of Terrorism**, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more **Certified Act(s) of Terrorism**, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD 100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD 100,000,000,000. If the aggregate insured losses for all insurers exceed USD 100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for a **Certified Act of Terrorism** will be partially reimbursed by the United States Government under a formula established by Federal Law. Under this formula, the United States pays 80% of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy. The premium charged for this coverage is provided above.

The terms and limitations of any **terrorism** exclusion, or the inapplicability or omission of **terrorism** exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a **Certified Act of Terrorism**.

For the purposes of this Endorsement, a **Certified Act of Terrorism** means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended. The criteria contained in that Act for a **Certified Act of Terrorism** include the following:

a.  The act resulted in aggregate losses in excess of USD 5,000,000; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 

# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION –** The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE -** If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY -** A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD -** This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**AFM 6498 (04/15)**                                                                                     **Page 1 of 1**

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

# EXHIBIT 2



Member of the FM Global Group

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate.

With transaction efficiency and seamless global coverage, AFM will help protect your business. In partnering with us, you have the strength of the FM Global Group behind you. That includes a strong balance sheet, an alternative to shared and layered programs, claims advocacy and our exclusive market-leading loss prevention advice.

With nearly 200 years of consulting experience as property specialists, we are eager to identify, prioritize and reduce future loss with you and your broker in a way that makes practical and affordable sense.

This engineering expertise, combined with broad coverage, will provide you peace of mind and allow you to focus on what matters most — making your enterprise thrive. To achieve this, we are committed to a long and mutually beneficial relationship.

It is our hope that you and your broker will take advantage of the tools and resources we offer, namely project plan reviews, web-based training, onsite policy workshops and AFM Online, which provides your risk analytics and policy contract documents.

Respectfully,

Ziad Alex S Tadmoury
AFM Division Manager

# Loss Reporting and Contact Information
# Washington DC Operations



*Member of the FM Global Group*

**Claims Manager:**

**Craig Banta**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6307
craig.banta@fmglobal.com

**Property Loss Reporting Procedure:**

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

**Notice of Loss:**

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677** or by sending an e-mail to the following e-mail address: **NewLossWashDC@AffiliatedFM.com**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

**Leaving a Message:**

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

**Account Engineer:**

**Kidus Yared**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6292
kidus.yared@affiliatedfm.com

**Jurisdictional Services:**

Call to inquire about or make arrangements
for North American jurisdictional services
**1-703-860-4101**



*Member of the FM Global Group*

## Multistate
## FRAUD WARNING NOTICE

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning similar to the statement below:

| | |
|---|---|
| California | Oklahoma |
| District of Columbia | Oregon |
| Florida | Pennsylvania |
| Kentucky | Rhode Island |
| Louisiana | Tennessee |
| Maine | Virginia |
| Maryland | Washington |
| New Mexico | West Virginia |

"Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning exactly as the statement below:

New Jersey
"Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."

New York
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for commercial insurance or a statement of claim for any commercial or personal insurance benefits containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, and any person who, in connection with such application or claim, knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation."

Ohio
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

*This Notice is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the insured are contained in the policy's terms and conditions.*

AFM 7621 (11/22)                                                                    Page 1 of 1





Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

## DECLARATIONS PAGE

| Policy No. | Previous Policy No. | Date of Issue |
|---|---|---|
| 1124608 | 1106455 | 15 November 2023 |
| **Account No.** | | |
| 86653 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **Insured:**
>
> Futurecare Health & Management
> 8028 Ritchie Highway
> #201-B
> Pasadena, Maryland, 21122
> United States of America
>
> (For complete title, see Policy.)

The term of this Policy is from **15 November 2023 at 12:01 a.m., Standard Time, to 15 November 2024 at 12:01 a.m., Standard Time,** at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Reston, Virginia, on 15 November 2023.

Christopher Braden                Malcolm Roberts

**PRO DEC 4100 (04/15)**                *© 2017 AFM. All rights reserved.*





**Member of the FM Global Group**

# DECLARATIONS

## A. POLICY TERM

FROM:    15 November 2023 12:01 a.m. Standard Time
TO:        15 November 2024 12:01 a.m. Standard Time

## B. NAMED INSURED

Futurecare Health & Management and its wholly or majority owned subsidiaries, and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C. POLICY LIMIT

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of USD 500,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D. POLICY TERRITORY

Coverage provided by this Policy is limited to property while located within the United States of America.

### Cyber Coverage Territory

Coverage provided in Data Restoration; Data Service Provider Property Damage and Business Interruption; and Owned Network Interruption is limited to anywhere in the world except Cuba; Iran; North Korea; Russian Federation; Sudan; Syria; and Crimea, Donetsk People's Republic (DPR) and Luhansk People's Republic (LPR) regions of Ukraine.

## E. INSURANCE PROVIDED

**Location Schedule**

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

See attached Schedule of Locations

© 2019 AFM. All rights reserved.





**Member of the FM Global Group**

**Sub-Limited Location Schedule**

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, not to exceed the limits of liability specified for the coverages indicated, while located as follows:

There shall be no liability under this Policy when "NOT COVERED" is shown.

See attached Schedule of Sub-Limited Locations

## F.  SUB-LIMITS

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | |
|---|---|
| Accounts Receivable | USD 5,000,000 |
| Arson or Theft Reward | USD 100,000 |
| Attraction Property | USD 100,000 |
| **boiler and machinery** | Policy Limit |
| Brand Protection | Policy Limit |
| Change of Temperature | USD 50,000 |
| Civil or Military Authority | 30 days |
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption combined | USD 1,000 **annual aggregate**, not to exceed 12 months |
| Contractual Penalties | USD 100,000 |
| Crisis Management | USD 100,000, not to exceed 30 days |



Member of the FM Global Group



| | |
|---|---|
| **cyber event** | 1. USD 1,000 **annual aggregate** for Data Restoration and Owned Network Interruption combined<br><br>2. USD 1,000 **annual aggregate** for Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined<br><br>3. USD 50,000 **annual aggregate** for loss or damage to **stock in process** or finished goods manufactured by or for the Insured caused by or resulting from **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on. |
| Data Restoration | USD 250,000 **annual aggregate** |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined | USD 50,000 **annual aggregate** |
| Debris Removal | Policy Limit |
| Decontamination Costs | Policy Limit |
| Deferred Payment | USD 100,000 |
| Demolition and Increased Cost of Construction | Policy Limit |
| Earth Movement | USD 50,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |
| Errors and Omissions | USD 1,000,000 |
| Expediting Expenses | USD 250,000 |
| Extended Period of Liability | 365 days |
| Extra Expense | USD 1,000,000 |
| **fine arts** | USD 500,000 not to exceed individual limits shown on Fine Arts Schedule, not to exceed USD 10,000 per item for **irreplaceable fine arts** |
| Flood | USD 25,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |

© 2019 AFM. All rights reserved.

**AFM**®
Member of the FM Global Group



| Green Coverage | USD 50,000 not to exceed 25% of the amount of the property damage loss |
|---|---|
| Gross Earnings | Policy Limit, not to exceed 90 days for **ordinary payroll** |
| Gross Profits | Policy Limit, not to exceed the following:<br><br>1.   12 months<br><br>2.   90 days for **ordinary payroll** |
| Ingress/Egress | USD 500,000 |
| Land and Water Clean Up Expense | USD 50,000 **annual aggregate** |
| Leasehold Interest | USD 250,000 |
| Locks and Keys | USD 100,000 |
| Logistics Extra Cost | USD 100,000 |
| Money and Securities | USD 100,000 |
| Newly Acquired Property | USD 2,500,000 |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption combined | USD 1,000,000 |
| Owned Network Interruption | Included in **cyber event** limit |
| Professional Fees | USD 100,000 |
| Property Removed from a Location | Policy Limit |
| Protection and Preservation of Property - Business Interruption | Policy Limit |
| Protection and Preservation of Property - Property Damage | Policy Limit, not to exceed USD 250,000 for security costs |
| Rental Income | Policy Limit |
| Research and Development | Policy Limit |
| Soft Costs | USD 100,000 |
| Supply Chain | USD 250,000 |



Member of the FM Global Group



| Tax Treatment | USD 100,000 |
|---|---|
| Tenants Legal Liability | USD 50,000 |
| Terrorism | USD 100,000 **annual aggregate**, not to exceed USD 100,000 **annual aggregate** for Flood and Property Removed from a Location combined |
| Terrorism: Supplemental United States Certified Act of Terrorism Endorsement(s) | USD 100,000 for property located in the United States of America |
| Transit | USD 50,000, not to exceed USD 50,000 for Business Interruption |
| Unnamed Property | USD 500,000 |
| **valuable papers and records** | USD 1,000,000, not to exceed USD 100 per item for **irreplaceable valuable papers and records** |

## Healthcare Endorsement

| Emergency Evacuation Expense | USD 100,000 |
|---|---|
| Fund Raising Expense | USD 50,000 |
| Mobile Medical and Diagnostic Equipment | USD 250,000 |
| Patient and Tenant Relocation Expense | USD 100,000 |
| Patient's Personal Property | USD 100,000, not to exceed USD 10,000 per patient |
| Prizes and Giveaways | USD 100,000 |
| Professional Employee Replacement Expense | USD 100,000 |
| Removal and Restocking Expenses | USD 50,000 |
| Research and Development Animals and Experiments | USD 100,000 for research animals, not to exceed USD 100 per animal<br><br>USD 250,000 for **research experiments** |
| Spoilage | USD 50,000 |



Member of the FM Global Group



## G. QUALIFYING PERIODS AND DEDUCTIBLES

### QUALIFYING PERIODS

This Company will not be liable for loss or damage unless the Qualifying Period below is exceeded. When the Qualifying Period is exceeded, the loss will be calculated beginning from the time of loss or damage. The Qualifying Periods for the following coverages are as follows:

| | |
|---|---|
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption | 48 hours |
| Data Restoration | 48 hours |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption | 48 hours |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption | 48 hours |
| Owned Network Interruption | 48 hours |

### DEDUCTIBLES

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy.

When two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply. However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

When a day equivalent deductible is stated below it is calculated as follows. The 100% daily actual annual Business Interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues, divided by the number of annual working days.

 

Member of the FM Global Group

When a % percent deductible is stated below it is calculated as follows:

1.  The value of property at the time such loss or damage at the **location** where loss or damage occurs, in accordance with the valuation section of this Policy.

2.  The annual Business Interruption value that would have been earned at the **location** where loss or damage occurs plus that proportion of the 100% Business Interruption value at all other **locations** where Business Interruption loss ensues, in accordance with the Business Interruption section of this Policy (if any).

| | |
|---|---|
| Location No. 024, 2510 Queen Anne Rd Apt 2, Baltimore, Maryland, 21216-2045, USA and Location No. 029, 2800 Guilford Ave, Unit 1, Baltimore, Maryland, 21218-4674, USA | USD 2,500 |
| earthquake | USD 50,000 per **location** |
| Flood | USD 50,000 per **location**, except USD 100,000 per **location** for the following locations: Location No. 002, 305 College Parkway, Arnold, Maryland, 21012, USA and Location No. 006, 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| All Other Losses | USD 10,000 |

## H. <u>ADDITIONAL EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

### 1. **California, Hawaii, Alaska, and Puerto Rico Earth Movement Exclusion - PRO 124 (01/17)**

ADDITIONAL COVERAGES, Earth Movement, does not apply to any property in the states of California, Hawaii, Alaska, and Puerto Rico.

PRO S-1 4100 (01/20)
Policy No. 1124608

Page 7 of 12
© 2019 AFM. All rights reserved.

23/24 Policy Bates no. 000011





Member of the FM Global Group

# I. SPECIAL TERMS AND CONDITIONS

### 1. Loss Payee - PRO 68 (04/15)

Subject to the LOSS ADJUSTMENT AND SETTLEMENT, LOSS ADJUSTMENT AND PAYABLE, loss, if any, under this Policy will be adjusted with and made payable to or as directed by the Insured and the following, as their interest may appear:

| Loss Payee and Address | Location/Interest |
|---|---|
| Madison Capital<br>C/o Insurance Center<br>P.O. Box 3547<br>Bellevue, Washington, 98009<br>United States of America | Re: Hemodialysis machine (2008t hd sys cdx blue star) - Location No. 007, 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen MC1563 and Trap MC0241 - Location No. 014, 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen - Location No. 010, 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |

The receipt by the designated payee will constitute a release in full of all liability with respect to such loss.

### 2. Fine Arts Schedule - PRO 13 (01/17)

The following limit(s) apply to each article in the schedule of **fine arts** listed below.

| Article | Description | Sub-Limit of Liability |
|---|---|---|
| E.W. Hiemer & Co. Stained Glass Windows | 16-39"x145" Sanctuary Roman Arched windows w/ventilators and 2-36"x72" Altar Roman Arched windows. | $350,000 |

The **fine arts** limit of liability shown in the SUB-LIMITS section of the DECLARATIONS will apply to unscheduled article of **fine arts** per **occurrence**.





Member of the FM Global Group

### 3. Historical Replacement Cost - PRO 157 (01/17)

LOSS ADJUSTMENT AND SETTLEMENT, VALUATION, is amended to include:

With respect to buildings designated by a local, state, or federal authority to be of historical significance or of historical value, such rebuilding, repairing or replacement shall be with modern material, workmanship processes, technologies and designs, and shall not include the cost of re-creating outdated, archaic or antiquated materials, workmanship, processes, technologies, or designs, whether or not such cost otherwise would be covered under ADDITIONAL COVERAGES, Demolition and Increased Cost of Construction.

### 4. United States Certified Act of Terrorism - PRO 207 (01/20)

As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that a **Certified Act of Terrorism** under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered **terrorism** within the terms of this Policy. Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting BUSINESS INTERRUPTION loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism** only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.





Member of the FM Global Group

## J. INDEX OF FORMS

The following forms are made part of this Policy:

| Title | Form No. | Edition |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/20) |
| All Risk Coverage | PRO AR 4100 | (01/23) |
| Healthcare Endorsement | PRO HC 4100 | (01/17) |
| Supplemental United States Certified Act of Terrorism Endorsement | AFM 7312 | (06/21) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |

© 2019 AFM. All rights reserved.

23/24 Policy Bates no. 000014


Member of the FM Global Group



# SCHEDULE OF LOCATIONS

**Location Schedule**

| Loc. No. | Title | Address |
|---|---|---|
| 002 | | 305 College Parkway, Arnold, Maryland, 21012, USA |
| 003 | | 12020 Reisterstown Road, Reisterstown, Maryland, 21136, USA |
| 001 | | 8028 Ritchie Highway, Pasadena, Maryland, 21122, USA |
| 004 | | 9106 Pineview Lane, Clinton, Maryland, 20735, USA |
| 005 | | 1000 North Gilmore Street, Baltimore, Maryland, 21217, USA |
| 006 | | 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| 007 | | 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| 008 | | 2614 North Charles Street, Baltimore, Maryland, 21218, USA |
| 009 | | 1300 S. Elwood Ave, Baltimore, Maryland, 21224, USA |
| 010 | | 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |
| 011 | | 2327 N Charles Street, Baltimore, Maryland, 21218, USA |
| 012 | | 4800 Seton Drive, Baltimore, Maryland, 21215, USA |
| 013 | | 1046 N Point Road, Baltimore, Maryland, 21224, USA |
| 014 | | 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| 015 | | 7920 Scott Level Road, Baltimore, Maryland, 21208, USA |
| 016 | | 1601 East Belvedere Ave., Baltimore, Maryland, 21239, USA |
| 017 | | 1051 Brightseat Rd, Landover, Maryland, 20785, USA |





# SCHEDULE OF SUB-LIMITED LOCATIONS

**Sub-Limited Location Schedule**

| Loc. No. | Title | Address |
|---|---|---|
| 024 | | 2510 Queen Anne Rd Apt 2, Baltimore, Maryland, 21216-2045, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |

| Loc. No. | Title | Address |
|---|---|---|
| 029 | | 2800 Guilford Ave, Unit 1, Baltimore, Maryland, 21218-4674, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |





# <u>ALL RISK COVERAGE</u>

## Table of Contents

ALL RISK COVERAGE...................................................................................................1

A.    PROPERTY INSURED ................................................................................................. 1

B.    PROPERTY EXCLUDED.............................................................................................. 1

C.    EXCLUSIONS ............................................................................................................... 2

D.    ADDITIONAL COVERAGES....................................................................................... 5

BUSINESS INTERRUPTION ....................................................................................18

A.    LOSS INSURED............................................................................................................ 18

B.    BUSINESS INTERRUPTION COVERAGE................................................................ 18

C.    PERIOD OF LIABILITY ............................................................................................. 21

D.    BUSINESS INTERRUPTION EXCLUSIONS............................................................. 22

E.    BUSINESS INTERRUPTION COVERAGE EXTENSIONS ..................................... 23

LOSS ADJUSTMENT AND SETTLEMENT .........................................................30

A.    ABANDONMENT.......................................................................................................... 30

B.    APPRAISAL ................................................................................................................... 30

C.    COLLECTION FROM OTHERS ................................................................................ 30

D.    COMPANY OPTION .................................................................................................... 30

E.    CURRENCY FOR LOSS PAYMENT ......................................................................... 30

F.    LEGAL ACTION AGAINST THIS COMPANY ........................................................ 30

G.    LOSS ADJUSTMENT AND PAYABLE...................................................................... 31

H.    OTHER INSURANCE................................................................................................... 31

I.    REQUIREMENTS IN CASE OF LOSS....................................................................... 31

J.    SETTLEMENT OF CLAIMS ....................................................................................... 32

K.    SUBROGATION ............................................................................................................ 32

L.    VALUATION ................................................................................................................. 33

23/24 Policy Bates no. 000017





**GENERAL CONDITIONS** .................................................................................................................**35**

**A.**    APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ..................................................... 35

**B.**    CANCELLATION/NON-RENEWAL ................................................................................................... 35

**C.**    CONFORMITY TO STATUTE ............................................................................................................ 35

**D.**    FIRST NAMED INSURED .................................................................................................................. 35

**E.**    INCREASE IN HAZARD ..................................................................................................................... 36

**F.**    INSPECTIONS ..................................................................................................................................... 36

**G.**    LIBERALIZATION CLAUSE .............................................................................................................. 36

**H.**    MISREPRESENTATION AND FRAUD .............................................................................................. 36

**I.**    MORTGAGEE/LENDERS LOSS PAYABLE ...................................................................................... 36

**J.**    POLICY MODIFICATION ................................................................................................................... 37

**K.**    REINSTATEMENT OF LIMITS AFTER A LOSS ............................................................................... 38

**L.**    REPRESENTATION OF RISK ............................................................................................................ 38

**M.**    SANCTIONS ........................................................................................................................................ 38

**N.**    SUSPENSION ...................................................................................................................................... 38

**O.**    TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY ...................................................... 38

**DEFINITIONS** ....................................................................................................................................**39**

 

# ALL RISK COVERAGE

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. PROPERTY INSURED

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location**, to the extent of the interest of the Insured in such property.

1. Real Property in which the Insured has an insurable interest.

2. Personal Property:

   a) Owned by the Insured.

   b) Consisting of improvements and betterments in which the Insured has an insurable interest.

   c) Of directors, officers and employees of the Insured.

   d) Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

   e) Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

   This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. PROPERTY EXCLUDED

This Policy excludes the following except as otherwise stated in this Policy:

1. Land, water or any substance in or on land.

2. Growing crops, standing timber or animals.

3. Bridges and tunnels intended for use by motor vehicles licensed for highway use.

4. Reservoirs, canals, dikes or dams.

5. Docks, piers or wharves which are not a structural part of a building.

6. Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

7. Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8. Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.



9. Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

    a) Finished goods manufactured by the Insured; or

    b) Other merchandise not manufactured by the Insured;

    or as provided by the Data Restoration coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

## C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I**: This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1. Nuclear reaction or nuclear radiation or radioactive contamination. However:

    a) If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b) This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location,** provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2g of this Exclusions clause.

    This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2c of this Exclusions clause.

2. a) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

    i) Government or sovereign power (de jure or de facto);

    ii) Military, naval or air forces; or

    iii) Agent or authority of any party specified in i) or ii) above.

    b) Hostile or warlike cyberattack in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected cyberattack by any:

    i) Government or sovereign power (de jure or de facto);

    ii) Military, naval or air force; or

    iii) Agent or authority of any party specified in i) or ii) above.

    c) Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.





d) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

e) Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

f) Risks of contraband, or illegal transportation or trade.

g) **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Items 2a or 2b of this Exclusions clause then Group I Items 2a or 2b applies in place of this Group I Item 2g exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2g exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2d of this Exclusions clause then Group I Item 2d applies in place of this Group I Item 2g exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2g exclusion applies in place of Group I Item 1 of this Exclusions clause.

3. Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

a) An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

b) Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2g of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4. Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Data Service Provider and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

5. **Earth movement**, except as otherwise provided in this Policy.

6. **Flood**, except as otherwise provided in this Policy.

7. Seepage or influx of water from natural underground sources.

**GROUP II**: This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1. Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2. Faulty workmanship, material, construction or design.

3. Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.

 

4.  Loss or damage caused by or resulting from:

    a)  Changes of temperature, except damage to machinery or equipment including fire protective equipment;

    b)  Changes in relative humidity,

    All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.

5.  Settling, cracking, shrinking, bulging or expansion of:

    a)  Foundations.

    b)  Walls.

    c)  Floors.

    d)  Pavements or roadways.

    e)  Roofs.

    f)  Ceilings.

6.  Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7.  Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8.  Insect, animal or vermin damage.

9.  Loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

**GROUP III**: This Policy excludes:

1.  Indirect or remote loss or damage.

2.  Interruption of business, except to the extent provided in this Policy.

3.  Loss of market or loss of use.

4.  Loss or damage or deterioration arising from any delay.

5.  Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6.  Loss from enforcement of any law or ordinance:

    a)  Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b)  Requiring the demolition of any property, including the cost in removing its debris;

       Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

7.  Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

8.  **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage




caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

9. Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

10. Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.

## D. ADDITIONAL COVERAGES

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. Accounts Receivable

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

a) Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

b) Collection expenses in excess of normal collection costs.

c) Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

a) Bookkeeping, accounting, or billing error or omission.

b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

### 2. Arson or Theft Reward

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

a) Arson to; or

b) Theft of;

Insured property.

### 3. Brand Protection

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:

 

Member of the FM Global Group

a) The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

b) The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

Physically damaged property judged by the Insured to be:

i) Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

ii) Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

(a) Stamp "salvage" on the property or its containers; or

(b) Remove or obliterate the brands or labels,

If doing so will not damage the property.

The Insured must relabel the property or containers in compliance with the applicable requirements of law.

c) Any salvage proceeds received will go to the:

i) Company at the time of loss settlement; or

ii) Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

**4. Change of Temperature**

This Policy covers spoilage of insured stock and supplies due to:

a) Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

**5. Communicable Disease – Property Damage**

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a) An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

b) A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

a) Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

b) Actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

23/24 Policy Bates no. 000024

**AFM**
Member of the FM Global Group



Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

6. **Data Restoration**

This Policy covers insured **physical loss or damage to electronic data, programs or software** while anywhere within this Policy's Territory, including while in transit.

With respect to **physical loss or damage to electronic data, programs or software** caused by or resulting from a **cyber event**, this coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of the Qualifying Period shown in the Declarations section of this Policy.

This coverage includes:

a) The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

   i) To temporarily protect and preserve insured electronic data, programs or software.

   ii) For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

   iii) To expedite the permanent repair or replacement of such damaged property.

b) The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

a) Finished goods manufactured by the Insured; or

b) Other merchandise not manufactured by the Insured.

Data Restoration Exclusions: As respects Data Restoration, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a) Errors or omissions in processing or copying.

b) Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c) Deterioration, inherent vice, vermin or wear and tear.

Data Restoration Valuation: On property insured under this coverage, the loss amount will not exceed:

a) The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

b) The blank value of the media if not repaired, replaced or restored within two years from the date of loss.





## 7. Data Service Provider - Property Damage

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy. Such interruption is the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Conditions:

a)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Data Service Provider - Property Damage Exclusions: As respects Data Service Provider - Property Damage, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)  Terrorism.

b)  Accidental event to a satellite.

## 8. Debris Removal

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

a)  Contaminated uninsured property; or

b)  The **contaminant** in or on uninsured property;

Whether or not the contamination results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the contaminant in or on insured property only if the contamination, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## 9. Decontamination Costs

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating contamination due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:





a) Contaminated uninsured property; or

b) The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

### 10. Deferred Payment

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the Policy terminates or expires, whichever is first.

Deferred Payment Exclusions: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

a) Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

b) Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a) The total amount of unpaid installments less finance charges.

b) The **actual cash value** of the property on the date of loss or damage.

c) The cost to repair or replace with material of like size, kind and quality.

### 11. Demolition and Increased Cost of Construction

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

a) Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

b) Such law or ordinance is in force at the time of such loss or damage; and

c) Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

a) Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

b) Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.





Member of the FM Global Group

The Company's maximum liability for this Coverage A at each **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

a)  The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

b)  The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

a)  The actual cash value; and

b)  The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

a)  Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

b)  Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 12. Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 13. Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

a)  In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

b)  That fails to include any **location**:

    i)   Owned; or

    ii)  Occupied by the Insured; or

c)  That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.





14. **Expediting Expenses**

This Policy covers the reasonable and necessary costs incurred to:

a)  Temporarily repair or replace; and

b)  Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

15. **Fine Arts and Valuable Papers and Records**

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

a)  Loss or damage to any fine arts as a result of restoring, repairing or retouching processes.

b)  Errors or omissions in the processing or copying of valuable papers and records.

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a)  The cost to repair or restore the article to the condition that existed immediately prior to the loss;

b)  The cost to replace the article; or

c)  The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

16. **Flood**

This Policy covers physical loss or damage caused by or resulting from **flood**.

17. **Green Coverage**

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

a)  To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green**.

b)  To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.





Member of the FM Global Group

c)   As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.

d)   For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

e)   For the process of certification or recertification of the repaired or replaced insured property as **Green.**

f)   For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

a)   Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the Insured is legally liable, personal property of directors, officers or employees of the Insured.

b)   Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

c)   Any loss recoverable elsewhere in this Policy.

## 18. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

a)   At any **location** insured for Personal Property only.

b)   When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

## 19. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

## 20. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

a)   Fire, explosion or sprinkler leakage.

## 21. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

a)   When the newly acquired property is bound by this Company; or


Member of the FM Global Group



b) When agreement is reached that the property will not be insured under this Policy; or

c) 120 days after the date of acquisition of the property; or

d) At the termination or expiration of this Policy;

Whichever occurs first.

## 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

a) This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

a) Auditors;

b) Accountants;

c) Architects;

d) Engineers; or

e) Other professionals; and

f) The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

a) Of 120 days from the date of removal; but





Member of the FM Global Group

b)   Not beyond the termination or expiration date of this Policy.

### 25.  Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

a)   Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

b)   Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

c)   Restoring and recharging fire protection systems following an insured loss.

d)   The water used for fighting a fire in, on or exposing the insured property.

e)   Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

### 26.  Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

### 27.  Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

a)   The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

b)   The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

c)   The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

a)   That part of any settlement by the Insured to which this Company has not given its prior written consent; or

b)   Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.

 

Additional Provisions: This Company may:

a)  Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

b)  Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 28.  Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Items 2a, 2b or 2d of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

a)  That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

b)  That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

c)  In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

d)  That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## 29.  Transit

This Policy covers the following insured personal property:

a)  Owned by the Insured;

b)  Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

c)  Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

d)  Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:





    i)   When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

    ii)  When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

a)   From the time the property leaves the original point of shipment for transit; and

b)   Continuously in the due course of transit until delivered at the destination.

c)   Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

a)   Insures physical loss or damage caused by or resulting from:

    i)   Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

    ii)  Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

b)   Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

a)   Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

    i)   Released and/or undervalued bills of lading; or

    ii)  Shipping or messenger receipts.

b)   The Insured may waive subrogation against railroads under sidetrack agreements.

c)   The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

d)   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

a)   Property shipped by mail.

b)   Shipments by air unless made by regularly scheduled airlines.

c)   Waterborne shipments via the Panama Canal or waterborne shipments to and from:

    i)   Alaska.

    ii)  Hawaii.

    iii)  Commonwealth of Puerto Rico.



Member of the FM Global Group



    iv) Virgin Islands.

d) Any transporting vehicle.

e) Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

f) Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

a) For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

b) For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

c) For property not under invoice:

    i) For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

    ii) For other property, the actual cash value at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured.

PRO AR 4100 (01/23)

© 2021 AFM. All rights reserved.

Page 17 of 42

23/24 Policy Bates no. 000035





# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1.  To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2.  Used by the Insured;

3.  While at a **location** or while in transit as provided by this Policy; and

4.  During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1.  The use of any property or service owned or controlled by the Insured;

2.  The use of any property or service obtainable from other sources;

3.  Working extra time or overtime; or

4.  The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1.  Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2.  The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3.  The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. BUSINESS INTERRUPTION COVERAGE

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **gross earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.





**gross earnings** means:

The net sales value of production or business operations or services less the cost of:

a)   Raw stock;

b)   Materials and supplies; and

c)   Merchandise sold;

Used in production or business operations or services rendered by the Insured.

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

a)   Wholly or partially prevented from producing goods or continuing business operations or services;

b)   Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

c)   Unable to continue such operations or services during the Period of Liability; and

d)   Able to demonstrate a loss of sales for the production or business operations or services prevented.

2.   **Gross Profits**

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

a)   Reduction in sales; and the

b)   **Increased cost of doing business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**gross profits** means:

The sum produced by adding the **net profit** to the **insured fixed charges**. If there is no **net profit** the amount of all **insured fixed charges** less that proportion of any loss from business operations as the amount of the **insured fixed charges** bears to all fixed charges.

**increased cost of doing business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **rate of gross profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**insured fixed charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**net profit** means:

The net operating profit excluding:

a)   Capital receipts and accruals; and

b)   Outlay properly chargeable to capital;

 

Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**rate of gross profit** means:

The rate of Gross Profit earned on Sales during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**reduction in sales** means:

The amount produced by applying the **rate of gross profit** to the amount by which the **sales** during the Period of Liability fall short of the **standard sales**.

**sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

a)   Goods sold and delivered; and

b)   Services rendered;

In the conduct of the Insured's business.

**standard sales** means:

The **sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

3.   **Rental Income**

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

a)   The fair rental value of any portion of the property occupied by the Insured;

b)   Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

c)   The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

a)   Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

4.   **Extra Expense**

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

a)   Temporarily continue as close to normal the conduct of the Insured's business; and

b)   Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.


Member of the FM Global Group



If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

a)   Any loss of income.

b)   Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   The cost of permanent repair or replacement of property that has been damaged or destroyed.

d)   Any expense recoverable elsewhere in this Policy.

**5.   BI Select™**

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

a)   Gross Earnings; or

b)   Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C. <u>PERIOD OF LIABILITY</u>

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

1.   The period starting from the time of physical loss or damage of the type insured; and

2.   Ending when, with due diligence and dispatch,

a)   The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

b)   The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

3.   For **raw materials** or supplies, the period of time:

a)   Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but

b)   For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.


Member of the FM Global Group



4. For property covered under Data Restoration:

    a) The period of time starting from the time of insured physical loss or damage to electronic data, programs or software; and

    b) Ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the physical loss or damage.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

1. Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

    a) Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

    b) Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

## D. BUSINESS INTERRUPTION EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1. Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

    a) Physical loss or damage not insured by this Policy.

    b) Planned or rescheduled shutdown.

    c) Strike or other work stoppage.

    d) Any other reason other than physical loss or damage insured under this Policy.

2. Any increase in loss due to:

    a) The suspension, cancellation, or lapse of any lease, contract, license or order.

    b) Damages for breach of contract, or for late or non-completion of orders.

    c) Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

    d) Any other consequential or remote loss.




3.  Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

# E. **BUSINESS INTERRUPTION COVERAGE EXTENSIONS**

## 1. **Attraction Property**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 2. **Civil or Military Authority**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 3. **Communicable Disease - Business Interruption**

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)  An order of an authorized governmental agency regulating such presence of **communicable disease**; or

b)  A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease.**

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

a)  The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

b)  Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:




a)  Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b)  Not to exceed the time limit shown in the Sub-Limits clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

### 4.  Contractual Penalties

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured.

This extension of coverage applies provided that such contractual penalties:

a)  Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

b)  Will be limited to the contractual sales value of such late or non-completed orders.

### 5.  Crisis Management

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

a)  A violent crime, suicide, attempted suicide or armed robbery; or

b)  A death or bodily injury caused by a workplace accident;

At that **described location**.

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

### 6.  Data Service Provider - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy.

Additional General Conditions:

a)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.





b) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Owned Network Interruption coverage as provided in this section of this Policy.

Data Service Provider - Business Interruption Exclusions: As respects Data Service Provider - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

a) Terrorism.

b) Accidental event to a satellite.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b) Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c) Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

7. **Extended Period of Liability**

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

a) The interruption of business as covered by Gross Earnings or Rental Income;

b) For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c) Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Sub-Limits clause of the Declarations section of this Policy.


Member of the FM Global Group



## 8. Ingress/Egress

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 9. Leasehold Interest

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease.

Leasehold Interest Exclusions: As respects Leasehold Interest, the following applies:

a)  Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b)  This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest**:

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

## 10. Logistics Extra Cost

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

a)  Directly between **described locations**; or

b)  Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;

 

Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

a)  Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

a)  Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

b)  Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

c)  Disruption caused by physical loss or damage to personal property of the Insured while in transit.

d)  Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

e)  Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

f)  Loss of income.

g)  Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)  Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b)  Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

11. **Off-Premises Service Interruption - Business Interruption**

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:





This Policy excludes loss or damage directly or indirectly caused by or resulting from terrorism regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period starting with the time when an interruption of specified services happens; and

b) Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

## 12. Owned Network Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a) The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a **cyber event** directed at the Named Insured; or

b) The Insured's reasonable action to temporarily protect the Insured's electronic data processing equipment or media against an actual or immediately impending **cyber event** directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

As respects item a) above, this coverage will apply when the Period of Liability below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's electronic data processing equipment or media could be restored to the same or equivalent operating condition that existed prior to the failure; and

b) Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## 13. Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 14. Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:





The period of time:

a) Starting at the time of physical loss or damage of the type insured; and

b) Ending when the property could be repaired or replaced and made ready for operations.

## 15. Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

## 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

a) Direct suppliers, direct customers or direct contract service providers to the Insured;

b) Any company under any royalty, licensing fee or commission agreement with the Insured; or

c) Any company that is a direct or indirect supplier, customer or contract service provider of those described in a) above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

a) Civil or Military Authority

b) Extended Period of Liability

c) Ingress/Egress

d) Off-Premises Service Interruption - Business Interruption

e) Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

 

Member of the FM Global Group

# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1.  The Insured has fully complied with all provisions of this Policy.

2.  This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

1.  Pay its chosen appraiser; and

2.  Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

## F. LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

© 2021 AFM. All rights reserved.

 

Member of the FM Global Group

1.  The Insured has fully complied with all the provisions of this Policy; and

2.  Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## G. LOSS ADJUSTMENT AND PAYABLE

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## H. OTHER INSURANCE

1.  If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

2.  In no event will this Policy apply as contributing insurance.

3.  The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

4.  The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

5.  If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

## I. REQUIREMENTS IN CASE OF LOSS

The Insured will:

1.  Give immediate written notice to this Company of any loss.

2.  Protect the property from further loss or damage.

3.  Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4.  Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:





a) The time and origin of the loss.

b) The Insured's interest and that of all others in the property.

c) The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

d) Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

e) By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5. Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6. Further, the Insured, will as often as may be reasonably required:

a) Exhibit to any person designated by the Company all that remains of any property;

b) Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

c) Produce for examination at the request of the Company:

i) All books of accounts, business records, bills, invoices and other vouchers; or

ii) Certified copies if originals are lost,

At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J. <u>SETTLEMENT OF CLAIMS</u>

The amount of loss for which this Company may be liable will be paid within 30 days after:

1. Proof of loss as described in this Policy is received by this Company; and

2. When a resolution of the amount of loss is made either by:

a) Written agreement between the Insured and this Company; or

b) The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

## K. <u>SUBROGATION</u>

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.





Member of the FM Global Group

Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1.  Any applicable deductible; and/or

2.  Any provable uninsured loss,

Bears to the entire provable loss amount.

## L. <u>VALUATION</u>

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1.  Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

    a)  The cost to repair.

    b)  The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

    c)  The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

    d)  On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2.  On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3.  On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4.  On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5.  On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6.  On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

7.  On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

8.  On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

9.  On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

10. On property that is useless to the Insured, the **actual cash value**.

11. On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.

 

The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a described **location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.

**AFM**
Member of the FM Global Group



# <u>GENERAL CONDITIONS</u>

## A. <u>APPLICATION OF POLICY TO DATE OR TIME RECOGNITION</u>

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1. This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2. Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in 1. or 2. above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. <u>CANCELLATION/NON-RENEWAL</u>

This Policy may be:

1. Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2. Cancelled by this Company by giving the First Named Insured not less than:

   a) 60 days written notice of cancellation; or

   b) 10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3. Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. <u>CONFORMITY TO STATUTE</u>

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. <u>FIRST NAMED INSURED</u>

The First Named Insured shown in the Declarations section:

1. Is responsible for the payment of all premiums.





Member of the FM Global Group

2. Will be the payee for any return premiums.

3. May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. INCREASE IN HAZARD

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. INSPECTIONS

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1. Right to make inspections; or

2. Making of inspections; or

3. Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. LIBERALIZATION CLAUSE

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

1. Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2. Made any attempt to defraud this Company.

3. Made any false swearing.

## I. MORTGAGEE/LENDERS LOSS PAYABLE

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

1. Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.





2. Foreclosure, notice of sale or similar proceedings with respect to the property.

3. Change in the title or ownership of the property.

4. Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

1. Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

2. This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J. **POLICY MODIFICATION**

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1. Create a waiver, or change any part of this Policy; or

**AFM**

Member of the FM Global Group



2.  Prevent the Company from asserting any rights under the provisions of this Policy.

## K. <u>REINSTATEMENT OF LIMITS AFTER A LOSS</u>

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. <u>REPRESENTATION OF RISK</u>

This Policy has been issued based on the statement of values declared by the Insured prior to inception of this Policy. The Insured will provide the Company 100% values by **location** annually no later than sixty (60) days prior to the Policy anniversary or renewal, unless otherwise agreed to. The Insured will also promptly report 100% of values for any **location(s)** purchased, leased or rented by the Insured after the inception, anniversary or renewal dates of this Policy.

Types of Values

1.  Property values in accordance with the Valuation clause of the Loss Adjustment and Settlement section of this Policy.

2.  Stock and Supplies values based on the average and maximum values for the previous 12-month period.

3.  Business Interruption values projected for the 12 months following the inception date of this Policy and for every renewal thereof, and the actual Business Interruption values for the previous 12-month period.

If the Company determines that any of the above values reported by the Insured are not accurate, the Insured will cooperate with the Company to conduct an appraisal or analysis of such values.

## M. <u>SANCTIONS</u>

This Policy shall not provide coverage for any claim, under any provision, if coverage and payment of such claim would expose this Company to any sanctions, prohibitions or restrictions under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

## N. <u>SUSPENSION</u>

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## O. <u>TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY</u>

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.

**AFM**
Member of the FM Global Group



# <u>DEFINITIONS</u>

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1. Direct physical loss or damage originating within:

   a) Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

      i) Waste disposal piping;

      ii) Any piping forming part of a fire protective system;

      iii) Furnaces; and

      iv) Any water piping other than:

         (a) Boiler feed water piping between the feed pump or injector and the boiler;

         (b) Boiler condensate return piping; or

         (c) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

   b) All mechanical, electrical, electronic or fiber optic equipment;

1. And caused by, resulting from or consisting of:

   a) Mechanical breakdown; or

   b) Electrical or electronic breakdown; or

   c) Extremes or changes of temperature; or

   d) Rupture, bursting, bulging, implosion or steam explosion.

2. **boiler and machinery** as used in this Policy does not mean:

   Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

   a) Combustion explosions, except from within combustion gas turbines; or

   b) Explosions from liquids coming in contact with molten materials; or

   c) Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

   d) Fire, or from the use of water or other means to extinguish a fire.


Member of the FM Global Group



**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination**.

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**cyber event** means any act involving the malicious or unauthorized access to, operation of, or use of **electronic data processing equipment or media,** regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the terms and conditions of this Policy.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

 

**named perils** means fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1. **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2. **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1. Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2. Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1. Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2. Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3. Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4. Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.





Member of the FM Global Group

**terrorism** means:

1.  Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2.  When the effect or apparent purpose is:

    To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**water damage** means the accidental discharge, escape, leakage, backup or overflow of water from piping, plumbing systems or tanks. **Water damage** does not mean or include anything defined as **flood** in this Policy.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

**AFM**
*Member of the FM Global Group*



# Healthcare Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of this Policy remain unchanged.

## 1. Emergency Evacuation Expense

This Policy covers the reasonable and necessary costs incurred by the Insured for the emergency evacuation and subsequent return of patients, tenants or lawful occupants when the Insured's management, using reasonable discretion, or a civil authority orders the emergency evacuation of a **described location** as a direct result of immediately impending physical loss or damage of the type insured by this Policy.

Emergency Evacuation Expense Exclusions: As respects Emergency Evacuation Expense, the following additional exclusions apply:

This Policy excludes:

a) The cost to move personal property of patients, tenants or lawful occupants.

b) The cost of temporary or permanent housing or lodging.

c) Loss caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 2. Fund Raising Expense

This Policy covers the expenses incurred by the Insured for fund raising activities or events when such fund raising activities or events are postponed or cancelled as a direct result of insured physical loss or damage to insured property at a **location**.

## 3. Mobile Medical and Diagnostic Equipment

This Policy covers mobile medical and diagnostic equipment, their associated supplies, and licensed vehicles owned, leased or operated by the Insured, in which such property is contained, while located anywhere in this Policy's Territory, including while in transit.

Property covered under this coverage is excluded from coverage provided elsewhere in this Policy.

Mobile Medical and Diagnostic Equipment Exclusions: As respects Mobile Medical and Diagnostic Equipment, the following additional exclusions apply:

This Policy excludes:

a) Loss or damage to vehicles caused by or resulting from collision, upset or overturn while such vehicles are being operated or being towed whether or not in motion at the time of loss.

## 4. Patient and Tenant Relocation Expense

This Policy covers the reasonable and necessary **patients and tenants relocation expenses** incurred by the Insured to relocate and return patients, tenants or lawful occupants to other quarters within this Policy's Territory





when patient rooms, rented space or living quarter(s) at a **described location** are made uninhabitable as a direct result of physical loss or damage insured by this Policy.

Patient and Tenant Relocation Expense Exclusions: As respects Patient and Tenant Relocation Expense, the following additional exclusions apply:

This Policy excludes:

**a)** Loss caused by the termination of a lease or other agreement.

**b)** Security deposits, rent or other payments made to the landlord or lessors of the new quarters.

**c)** Down payments, purchase price, legal fees and closing costs for the purchase of new quarters.

**d)** The cost of permanent housing or lodging.

**e)** Loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

For purposes of this coverage, **patient and tenant relocation expenses** means the cost to:

**a)** Pack and transport personal property of the type insured of patients, tenants or lawful occupants.

**b)** Store such personal property while awaiting possession of other quarters or restoration of existing quarters.

**c)** Search for new quarters.

**d)** Disconnect and reconnect fixtures and equipment.

**e)** Re-establish new utility services less refunds from discontinued services.

## 5. Patients' Personal Property

This Policy covers personal property of the type insured of patients while at a described location, when such personal property is not in the Insured's custody.

## 6. Prizes and Giveaways

This Policy covers motor vehicles and watercraft that are prizes and giveaways in the Insured's fund raising activities or events, while anywhere within this Policy's Territory, including while in transit.

## 7. Professional Employee Replacement Expense

This Policy covers the reasonable and necessary additional expenses above those normally incurred by the Insured during the Period of Liability to replace professional employees consisting of:

**a)** Administrators;

**b)** Doctors;

**c)** Nurses; and

**d)** Research personnel,

Who have resigned as a direct result of insured physical loss or damage to insured property at a **location.**

23/24 Policy Bates no. 000062

  

Professional Employee Replacement Expense Exclusions: As respects Professional Employee Replacement Expense, the following additional exclusions apply:

This Policy does not insure:

a) The cost of replacing third party contract employees or rehiring former employees who were employed by the Insured at the time of loss.

## 8. Removal and Restocking Expenses

This Policy covers the reasonable and necessary expenses incurred by the Insured for the removal and restocking of pharmaceutical products or medical supplies resulting from the recall of such property by the product's manufacturer or by an order of a governmental authority.

Coverage is limited to such expenses incurred in the first 90 consecutive days following the recall.

Removal and Restocking Exclusions: With respect to Removal and Restocking Expenses, the following additional exclusions apply:

This Policy does not cover:

a) Expenses for the recall of such property manufactured by the Insured, including products that the Insured incorporates into other products.

b) Expenses for the recall of such property recalled prior to the inception date of this Policy.

c) The cost to recall such property.

d) The replacement cost of such property.

## 9. Research and Development Animals and Experiments

This Policy covers the following while at a **described location**:

a) Research animals that are used in the Insured's research and development projects when such animals are fatally injured or their destruction is made necessary due to injuries as a direct result of insured physical loss or damage.

b) Insured physical loss or damage to **research experiments**.

Research and Development Animal and Experiments Exclusions: As respects Research and Development Animals and Experiments, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following:

a) Sickness, disease, infection, infestation, death, destruction, injury, or any medical condition, all from natural causes; escape; failure to provide adequate care, nourishment, medicine or sanitary conditions; contamination of animals, food or medicine; errors in testing, experimenting or other work performed.

Research and Development Animals and Experiments Valuation: On property insured under this coverage, the loss amount will not exceed the following:





a) On research animals, the purchase price of commercially available laboratory animals plus **project restoration costs.** If the research animal is not replaced or the project not restored, the purchase price of the animal.

b) On **research experiments, the** cost to repair, replace or restore the **research experiments** with others of like kind and quality plus **project restoration costs.** If the **research experiment** is not replaced or the project not restored, the replacement cost of the stock and supplies.

c) **Project restoration** costs shall be limited to a 24 month period.

For purposes of this coverage:

**Project restoration costs** means the costs of researching, gathering and/or assembling information to restore the research animals or research experiments to the same degree of completion as existed prior to physical loss or damage insured by this Policy

**Research experiments** means supplies, materials or equipment that are used or consumed solely in the research and development project.

## 10. Spoilage

Change of Temperature under Additional Property Damage Coverages in the Property Damage section of this Policy is replaced with the following:

This Policy covers spoilage of insured stock and supplies due to:

a) Changes of temperature or changes in relative humidity,

Directly resulting from an accidental event at a **location.**

**PRO HC 4100 (01/17)**
© 2017 AFM. All rights reserved.

Page 4 of 4

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all property in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for Certified Act of Terrorism Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD 0, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism**.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a **Certified Act of Terrorism** as defined herein. This amendment does not apply to any limit of liability for a **Certified Act of Terrorism**, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more **Certified Act(s) of Terrorism**, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD 100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD 100,000,000,000. If the aggregate insured losses for all insurers exceed USD 100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for a **Certified Act of Terrorism** will be partially reimbursed by the United States Government under a formula established by Federal Law. Under this formula, the United States pays 80% of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy. The premium charged for this coverage is provided above.

The terms and limitations of any **terrorism** exclusion, or the inapplicability or omission of **terrorism** exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a **Certified Act of Terrorism**.

For the purposes of this Endorsement, a **Certified Act of Terrorism** means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended. The criteria contained in that Act for a **Certified Act of Terrorism** include the following:

    a.   The act resulted in aggregate losses in excess of USD 5,000,000; and

    b.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

AFM 7312 (06/21)                                                                                                                  Page 1 of 1

 

# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION** – The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE** - If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY** - A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD** - This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

E-SERVED Anne Arundel Circuit Court 9/9/2025 1:23 PM System SystemEnvelope: 22851479
Docket: 9/9/2025 1:23 PM; Submission: 9/9/2025 1:23 PM
Envelope: 22851479



**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
MARYLAND**
8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

To:  AFFILIATED FM INSURANCE COMPANY
MARIE GRANT
COMMISSIONER OF INSURANCE
200 ST. PAUL PLACE SUITE 2700
BALTIMORE, MD 21202

|  |  |
|---|---|
| **Case Number:** | C-02-CV-25-002597 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**FUTURECARE HEALTH AND MANAGEMENT CORPORATION, ET AL. VS. AFFILIATED FM INSURANCE COMPANY**

Issue Date: 9/9/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

FUTURECARE HEALTH AND MANAGEMENT CORPORATION; BAY MANOR
REAL ESTATE LTD., PTNSHP; BAY MANOR NURSING HOME, INC.
8028 Ritchie Highway
Suite 118
Pasadena, MD  21104; 305 College Parkway
Arnold, MD  21012; 305 College Parkway
Arnold, MD  21012

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

**Circuit Court for Anne Arundel County**

**FUTURECARE HEALTH AND MANAGEMENT CORPORATION, et al. vs. AFFILIATED FM INSURANCE COMPANY**                    **Case Number: C-02-CV-25-002597**

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Circuit Court for Anne Arundel County**

**FUTURECARE HEALTH AND MANAGEMENT CORPORATION, et al. vs. AFFILIATED FM**
**INSURANCE COMPANY**                                    **Case Number: C-02-CV-25-002597**

### SHERIFF'S RETURN
### (please print)

To:  AFFILIATED FM INSURANCE COMPANY

_____ ID# _____ of the _____
            Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                                            Name of person served

on _____ at _____
        Date of service                                    Location of service

_____ by _____ with the following:
                                                Manner of service

☐ Summons                          ☐ Counter-Complaint

☐ Complaint                        ☐ Domestic Case Information Report

☐ Motions                          ☐ Financial Statement

☐ Petition and Show Cause Order    ☐ Interrogatories

☐ Other _____
                        Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address     ☐ No such address

☐ Address not in jurisdiction          ☐ Other _____
                                                        Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____          _____
        Date              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

|  |  |
|---|---|
| **FUTURECARE HEALTH AND MANAGEMENT CORPORATION**<br>8028 Ritchie Highway, Suite 118<br>Pasadena, Maryland 21104<br><br>**and**<br><br>**BAY MANOR REAL ESTATE LTD., PTNSHP**<br>305 College Parkway<br>Arnold, Maryland 21012<br><br>**and**<br><br>**BAY MANOR NURSING HOME, INC.**<br>305 College Parkway<br>Arnold, Maryland 21012<br><br>Plaintiffs,<br><br>v.<br><br>**AFFILIATED FM INSURANCE COMPANY**<br>PO Box 7500<br>Johnston, RI 02919<br>SERVE:    Marie Grant<br>            Commissioner of Insurance<br>            Maryland Insurance Commissioner<br>            200 St. Paul Place, Suite 2700<br>            Baltimore, Maryland 21202<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: C-02-CV-25-002597<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

The Plaintiffs, FutureCare Health and Management Corporation (aka Futurecare Health and Management), Bay Manor Real Estate Ltd., PTNSHP (aka Bay Manor Real Estate Limited Partnership), and Bay Manor Nursing Home, Inc. (collectively "Plaintiff" or "Insured"), by and through counsel, files this Complaint seeking relief against Affiliated FM Insurance Company

(hereinafter "Defendant," "Affiliated" or the "Insurer") on the grounds set forth herein. This suit in part seeks a declaratory judgment against Defendant Affiliated to declare the rights and obligations of the parties under an insurance policy pursuant to Md. Code Ann., Cts. & Jud. Proc. §§3-402, 3-403, 3-406 and 3-407, and in support thereof, states as follows:

## Parties

1.    The Plaintiff Bay Manor Real Estate Ltd Ptnshp is a Maryland limited partnership whose partners are citizens of Maryland (hereinafter "Bay Manor").

2.    Bay Manor owns the building and improvements located at 305 College Parkway, Arnold, Maryland 21012 (the "Insured Property").

3.    Bay Manor Nursing Home, Inc. is a Maryland corporation whose principal place of business is in Maryland (hereinafter "Bay Manor Nursing"). Bay Manor Nursing operates the business at the Insured Property.

4.    Futurecare Health & Management (also known as and covering FutureCare Health and Management Corporation) is the named insured under a policy of insurance (the "Policy") issued by the Defendant.

5.    The Policy described below, provides coverage for "FutureCare Health & Management, and its wholly or majority owned subsidiaries, and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds."

6.    Bay Manor Real Estate Ltd Ptnshp meets the definition as a named insured under the Policy.

7.    Bay Manor Nursing Home, Inc. meets the definition as a named insured under the Policy.

8.   Defendant Affiliated FM Insurance Company is incorporated and has its principal place of business in Rhode Island and is therefore a citizen of Rhode Island.

## Jurisdiction and Venue

9.   This Court has subject matter jurisdiction over this case pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 1-501 because the insureds under Affiliated's Policy are located in, and the policy was delivered in, Anne Arundel County, Maryland.

10.   This Court has personal jurisdiction over the Defendant pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 6-103 because Defendant conducts business in the State of Maryland and because the cause of action herein arises out of conduct in the State of Maryland.

11.   Venue is proper in this County pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 3-1701 because this is a suit for which Affiliated's lack of good faith is an issue for which a jury trial is being demanded, and because this action seeks a declaration that Affiliated's insurance policy provides coverage for the Plaintiffs' Loss as alleged herein.

## Nature of the Action

12.   This is an action brought, in part, seeking payment pursuant to the Policy issued to the Plaintiffs by the Defendant Affiliated FM Insurance Company, which arises from an existing and actual controversy between the parties concerning their rights and obligations under the Policy, and the amount of damages resulting from Affiliated's breach of the Policy.

13.   This action seeks, in part, an order directing Affiliated to appraise the amount of loss for both property and time element (business income and extra expense) components of coverage pursuant to the demand for appraisal.

3

14.    This action seeks in part the award of extra contractual losses pursuant to Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article.  In this matter the Insurer has failed to treat the Plaintiffs with good faith, which failures include, but are not limited to (i) the failure to provide a fair assessment of the coverage under the policy; (ii) failing to acknowledge coverage when there is clear coverage under the policy; (iii) failing to respond to the insured's communications within the time required under the applicable statutes and regulations; (iv) failing to provide a good faith assessment of the coverage under the policy; (v) failing to act in a reasonable manner as to the filing of proofs of loss; and (vi) denying coverage and then taking inconsistent positions under the policy such as requiring proofs of loss after the insurer had denied coverage.

15.    This matter arises under a commercial insurance policy on a claim with respect to which the applicable limit of liability exceeds $1,000,000 and therefore the filing of a complaint with the Maryland Insurance Administration is not a necessary precondition to an award of damages under Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article.

16.    Since attorney's fees and other extra-contractual damages are sought given the failure of Affiliated to act in good faith, this action is brought in part pursuant to MD. Code, Cts. & Jud. Proc. § 3-1701.

17.    This civil action requests a jury trial authorized by Md. Code Ann., Cts. & Jud. Proc. § 3–1701.

18.    The Policy, as defined below, was delivered to the Plaintiff in the State of Maryland, and premiums were paid from Maryland for the risks covered by the Policy to Affiliated.

19.    The damages sought herein are in excess of $75,000.

## Facts

20.    Defendant Affiliated FM Insurance Company issued a policy of insurance to the Plaintiffs with coverage from November 15, 2022 to November 15, 2023. The Policy was a renewal from a prior policy of insurance, and Plaintiffs have been insured with Affiliated for a substantial length of time which includes insurance under the renewal policy of insurance attached hereto as Ex. 1.

21.    Defendant Affiliated FM Insurance Company issued a renewal policy of insurance to the Plaintiffs, having coverage from November 15, 2023, to November 15, 2024. A copy of the renewal policy of insurance is attached hereto as Ex. 2 (the policies will be collectively referred to herein as the "Policy").

22.    FutureCare Health and Management is the named insured under the Policy.

23.    The Policy was issued by Affiliated FM Insurance Company to the Plaintiffs to insure the building and improvements owned by the Plaintiff Bay Manor at 305 College Parkway, Arnold, Maryland.

24.    Also insured under the Policy was Bay Manor Nursing Home, Inc., which operated the business located at 305 College Parkway, Arnold Maryland.

25.    The Policy provides all risk coverage, which covers all risks of physical loss and damage within the policy period, except to the extent that the Insurer carries its burden of demonstrating that the loss is excluded through an unambiguous policy provision excluding the loss from coverage.

26.    The Policy covers loss due to a collapse and provides coverage for "collapse" as a named peril.

27.    There is no exclusion for collapse. In addition, the Policy covers losses resulting and/or ensuing from other events which may have led to a collapse.

28.    The Policy does not define collapse.

29.    When undefined in an insurance policy issued in, and covering property in Maryland, the term "collapse" means any serious impairment of structural integrity or a loss of distinctive character or usefulness as a building.

### The Property

30.    The Property was constructed between 1987 and 1989. At the time of construction, the use of chemical treatments to reduce the flammability of lumber was not only common but also required and/or permitted by the applicable building code.

31.    The chemically treated lumber was, at the time of the construction of the building, installed in accordance with industry standards and practice, and in accordance with the applicable code.

32.    The building was constructed following the approval of drawings and plans necessary for permits, necessarily and was obviously approved by County inspectors, and built to the then current codes.

33.    Some of the chemically treated lumber subsequently weakened in a manner that was unforeseen and unforeseeable at the time of construction, causing at least some of the trusses to lose strength.

34.    As a result, some of the trusses could no longer support the structural elements of the roof, causing a serious impairment of the structural integrity of the building as well as those other portions of the roof that the trusses were designed to support.

6

35.    A part of the building has "collapsed" as that term is defined, understood and applied in Maryland, such that the framing timbers can no longer support the building, resulting in the serious impairment of structural integrity of the building (the "Collapse").

36.    The Collapse occurred on or just prior to November 16, 2023 when staff observed that the ceiling above a nurse's station and walls along the corridor leading to the nursing station began to fail and created what appeared to be a dangerous condition.

37.    The Plaintiff retained a contractor to inspect and repair the observed sagging ceiling and deformations in the corridor walls.

38.    The contractor, in inspecting these conditions, expressed concerns about the structural integrity of the roof trusses and indicated that review by an engineer would be necessary.

39.    Plaintiff retained the services of an engineer to inspect the attic area above the nurse's station,`` where the ceiling had failed, and the adjacent corridor.  The engineer inspected the site in December 2023, and indicated that some of the roof trusses were failing, resulting in  a serious impairment of structural integrity in those areas, and, given the risk imposed, indicated that further inspection and repairs would be necessary.

40.    The engineer further indicated that the Nurse's Station and adjacent corridor leading to rooms 301-308 must be cordoned off, and personnel should be kept away from the area for safety reasons.

41.    The engineer further advised that the existing roof trusses  should be temporarily and immediately shored to safeguard against a full roofing failure.

7

42.    Plaintiff was unaware of the extent and cause of damage until after further engineering inspections were able to be undertaken after which the Plaintiff made a claim upon Affiliated in a timely manner.

43.    The Collapse occurred during the term of coverage provided by Affiliated to the Plaintiffs under those Policies attached hereto.

44.    The Collapse resulted from the failure of the trusses which has resulted in cracked and collapsing ceilings, and conditions which have led to a serious impairment of the structural integrity of the building.

45.    The Policy provides coverage for this collapse.

46.    Due to the collapse, the Plaintiff has taken steps to temporarily protect or preserve the insured property which protections were necessary to prevent immediately impending physical loss or damage to the Property.

47.    The repairs involved the temporary shoring.  The sequencing of repairs was such that patients and staff were required to be moved from areas of danger as the repairs were undertaken to avoid the risk of personal injury and to facilitate repairs.

48.    In addition, as a result of the repairs, the building census was greatly reduced as areas of the building were shored, braced and the damage from the collapse repaired, causing a business interruption loss as well as a physical loss to the building itself.

49.    As a result of the Collapse, the Plaintiffs have sustained, and will sustain in the future, losses which include, but are not limited to, business interruption, the loss of use of the building during the restoration process, **the loss of use of portions of the building as the** repairs to the failed trusses occur, per the sequencing repair plan, damages **building**

**components occurs,** damage related to actions undertaken to temporarily protect and preserve the insured Property, and further damage to the building.

50.    The Loss was timely reported to Affiliated.

51.    The loss is covered under the Policy attached as Exhibit 1 and under the Policy attached as Exhibit 2.

52.    Affiliated has denied the Plaintiffs' claim but requested submission of Proofs of Loss, a position inconsistent with claim denial.

53.    In February 2025, the Plaintiffs supplied a Partial Proof of Loss pursuant to Affiliated's request.

54.    A full Proof of Loss cannot yet be prepared as the full measurement of the damages cannot be documented until after the restoration is completed.  To date, work has been undertaken in an effort to render the building as safe as possible.

55.    Affiliated has incorrectly denied FutureCare's claim on several occasions.

56.    Among the rights under the Policy, is the right of the insured to demand appraisal to set the amount of Loss, however, that appraisal is not available until coverage disputes have been fully resolved.

57.    Here Affiliated has denied coverage for the loss which has deprived the insured of the right to appraise the amount of loss.

58.    Once coverage of loss is established and determined, the Plaintiffs reserve their right to have any disputes in the amount of loss determined by Appraisal.

### COUNT I
### Declaratory Judgement
(sought in addition to Count II)

59.    Paragraphs 1 - 58 are incorporated herein by reference.

60. The Policy covers the loss sustained by the Plaintiffs as it expressly provides coverage for collapse.

61. The Policy exclusions cannot reasonably be read to exclude a collapse loss.

62. An actual controversy exists between Plaintiffs and Defendant in the lawsuit involving their respective rights and obligations under the Policy and Maryland law, and all parties have an interest in this Court's determination as to whether the exclusions apply insofar as they relate to the underlying claim.

63. The Policy provides that the amount of loss can be determined by appraisal.

64. A ruling by this Court is needed to determine the rights and obligations of the parties under the Policy, and to determine the Plaintiffs' right to have the amount of loss determined by appraisal.

65. Appraisal is an important right under the Policy, providing the insured with the right to seek a means of determining the amount of loss in a cost-effective and timely manner, as opposed to having the loss determined by the Court or a jury.

66. Having the amount of Loss determined by Appraisal, is an important right allowing the parties the opportunity to settle their disputes without resorting to costly litigation.

67. However, a court order compelling an appraisal may not be appropriate when the parties' dispute centers on whether the insured is entitled to coverage at all, rather than the exact value of the loss that the parties agree is covered.

68. Affiliated has asserted that there is no coverage for the Collapse loss.

69. Although Affiliated has conceded that the Policy provides coverage for ensuing losses, it has maintained that there is no coverage for an ensuing loss.

10

70.     Once coverage is established, the Plaintiffs have the right to have the amount of loss determined by appraisal.

WHEREFORE, Plaintiffs FutureCare Health and Management Corporation, Bay Manor Real Estate Ltd., PTNSHP, and Bay Manor Nursing Home, Inc. seek the following relief against Affiliated FM Insurance Company:

(a)  that the Court issue a declaratory judgment defining the party's respective rights, status and other legal relationships and obligations under the Policy.

(b)  that the Court issue a declaratory judgment declaring that coverage for this loss is provided under the Policy.

(c)  that the Court declare that the amount of loss can be determined by appraisal if sought by either party to the Policy.

(d)  that the Court award the Plaintiff all reasonable and equitable relief available to it; and

(e)  that this Court award Plaintiff such other and further relief as the nature of this cause of action may require.

WHEREFORE, Plaintiff further requests a hearing on this matter pursuant to the Maryland Uniform Declaratory Judgment Act, Md. Code Ann., Courts and Judicial Proceedings § 3-409(e)(2002), or in the alternative, a determination under the Federal Arbitration Act.

**COUNT II**
**Breach of Contract**
(Sought in addition to Count I)

71.     Paragraphs 1 - 70 are incorporated herein by reference.

72.     The Policy of Insurance constitutes a contract.

73.    All premiums for the Policy of insurance have been paid.

74.    Affiliated breached its obligations under the Policy of insurance by wrongfully denying coverage.

75.    As a result of the Defendant's breach of contract, which breach is material, the Plaintiff has been damaged.

76.    Plaintiffs' damages from Affiliated's breach of contract include, but are not limited to, the cost to restore the building, the temporary cost to render the building safe, the loss of use of the building, the business interruption caused by the Loss and the restoration of the building, among other damages and losses.

77.    In adjusting the claim, Affiliated has failed to act in good faith as required by the Md. Insur. Art. § 27-1001 and under § 3-1701 of the Court's Article in this matter by failing to substantively respond to the Plaintiffs demands in the time and manner required by the Maryland Code and Maryland Insurance regulations.

WHEREFORE Plaintiffs FutureCare Health and Management Corporation, Bay Manor Real Estate Ltd., PTNSHP, and Bay Manor Nursing Home, Inc., request that this Court enter judgment against the Defendant, Affiliated FM Insurance Company, in the amount determined by appraisal, or alternatively the amount which the trier of fact determines is due, plus prejudgment interest on all actual damages incurred by the insured computed at the rate allowed under § 11-107(a) of the Courts Article from the date on which the insured's claim should have been paid; along with expenses and litigation costs incurred by the insured, including reasonable attorney's fees, and interest on all expenses and litigation costs incurred by the insured computed at the rate allowed under § 11-107(a) of the Courts Article from the applicable date or dates on which the insured's

expenses and costs were incurred; plus its costs herein incurred, along with such other relief as to which this Court deems just.

## DEMAND FOR TRIAL BY JURY

Plaintiffs, by their undersigned counsel, pursuant to Maryland Rule 2-325, hereby demand that this action be tried by a jury.

FUTURECARE HEALTH AND MANAGEMENT CORPORATION

BAY MANOR REAL ESTATE LTD., PTNSHP
BAY MANOR NURSING HOME, INC.

By Counsel

C. Thomas Brown, Esquire (AIS# 0712110469)
Erik B. Lawson, Esquire (AIS# 2001220058)
SILVER & BROWN, P.C.
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
tom@virginia-lawyers.net
erik@virginia-lawyers.net
(703) 591-6666
(703) 591-5618 – Facsimile
*Attorneys for Plaintiffs*

## CERTIFICATION PURSUANT TO RULE 1-313

C. Thomas Brown, Esquire along with Erik B. Lawson, Esquire certify that we are admitted to practice before the Maryland Courts.

C. Thomas Brown (AIS# 0712110469)                Erik B. Lawson (AIS# 2001220058)

## CERTIFICATE OF COMPLIANCE

I CERTIFY that the attached submission does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Rule 20-201(h).

_____

C. Thomas Brown, Esquire (AIS# 0712110469)

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

# EXHIBIT 1



**Member of the FM Global Group**

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate.

With transaction efficiency and seamless global coverage, AFM will help protect your business. In partnering with us, you have the strength of the FM Global Group behind you. That includes a strong balance sheet, an alternative to shared and layered programs, claims advocacy and our exclusive market-leading loss prevention advice.

With nearly 200 years of consulting experience as property specialists, we are eager to identify, prioritize and reduce future loss with you and your broker in a way that makes practical and affordable sense.

This engineering expertise, combined with broad coverage, will provide you peace of mind and allow you to focus on what matters most — making your enterprise thrive. To achieve this, we are committed to a long and mutually beneficial relationship.

It is our hope that you and your broker will take advantage of the tools and resources we offer, namely project plan reviews, web-based training, onsite policy workshops and AFM Online, which provides your risk analytics and policy contract documents.

Respectfully,

Ziad Alex S Tadmoury
AFM Division Manager

# Loss Reporting and Contact Information
# Washington DC Operations



*Member of the FM Global Group*

---

**Claims Manager:**                          **Craig Banta**
                                             2100 Reston Parkway, Suite 600, Reston, VA 20191
                                             Tel: 703-262-6307
                                             craig.banta@fmglobal.com

**Property Loss Reporting Procedure:**

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

**Notice of Loss:**

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677** or by sending an e-mail to the following e-mail address: **NewLossWashDC@AffiliatedFM.com**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

**Leaving a Message:**

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

---

**Account Engineer:**                        **Kidus Yared**
                                             2100 Reston Parkway, Suite 600, Reston, VA 20191
                                             Tel: 703-262-6292
                                             kidus.yared@affiliatedfm.com

**Jurisdictional Services:**                 Call to inquire about or make arrangements
                                             for North American jurisdictional services
                                             **1-703-860-4101**



*Member of the FM Global Group*

**Multistate**
**FRAUD WARNING NOTICE**

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning similar to the statement below:

| | |
|---|---|
| California | Oklahoma |
| District of Columbia | Oregon |
| Florida | Pennsylvania |
| Kentucky | Rhode Island |
| Louisiana | Tennessee |
| Maine | Virginia |
| Maryland | Washington |
| New Mexico | West Virginia |

"Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning exactly as the statement below:

New Jersey
"Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."

New York
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for commercial insurance or a statement of claim for any commercial or personal insurance benefits containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, and any person who, in connection with such application or claim, knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation."

Ohio
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

*This Notice is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the insured are contained in the policy's terms and conditions.*

AFM 7621 (11/22)                                                                                          Page 1 of 1





Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

## DECLARATIONS PAGE

| Policy No. | Previous Policy No. | Date of Issue |
|---|---|---|
| 1106455 | 1091925 | 15 November 2022 |
| **Account No.** | | |
| 86653 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **Insured:**
>
> Futurecare Health & Management
> 8028 Ritchie Highway
> #201-B
> Pasadena, Maryland, 21122
> United States of America
>
> (For complete title, see Policy.)

The term of this Policy is from **15 November 2022 at 12:01 a.m., Standard Time, to 15 November 2023 at 12:01 a.m., Standard Time,** at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Reston, Virginia, on 15 November 2022.

Christopher Braden

Malcolm Roberts

**PRO DEC 4100 (04/15)**

*© 2017 AFM. All rights reserved.*



**Member of the FM Global Group**



# DECLARATIONS

## A. POLICY TERM

FROM:     15 November 2022 12:01 a.m. Standard Time
TO:          15 November 2023 12:01 a.m. Standard Time

## B. NAMED INSURED

Futurecare Health & Management, and its wholly or majority owned subsidiaries and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C. POLICY LIMIT

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of USD 500,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D. POLICY TERRITORY

Coverage provided by this Policy is limited to property while located within the United States of America.

### Cyber Coverage Territory

Coverage provided in Data Restoration; Data Service Provider Property Damage and Business Interruption; and Owned Network Interruption is limited to anywhere in the world except Cuba; Iran; North Korea; Russian Federation; Sudan; Syria; and Crimea, Donetsk People's Republic (DPR) and Luhansk People's Republic (LPR) regions of Ukraine.

## E. INSURANCE PROVIDED

**Location Schedule**

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

See attached Schedule of Locations

**PRO S-1 4100 (01/20)**
**Policy No. 1106455**

**Page 1 of 12**
© *2019 AFM. All rights reserved.*





Member of the FM Global Group

<u>**Sub-Limited Location Schedule**</u>

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, not to exceed the limits of liability specified for the coverages indicated, while located as follows:

There shall be no liability under this Policy when "NOT COVERED" is shown.

See attached Schedule of Sub-Limited Locations

## F. <u>SUB-LIMITS</u>

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | |
|---|---|
| Accounts Receivable | USD 5,000,000 |
| Arson or Theft Reward | USD 100,000 |
| Attraction Property | USD 100,000 |
| **boiler and machinery** | Policy Limit |
| Brand Protection | Policy Limit |
| Change of Temperature | USD 50,000 |
| Civil or Military Authority | 30 days |
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption combined | USD 1,000 **annual aggregate**, not to exceed 12 months |
| Contractual Penalties | USD 100,000 |
| Crisis Management | USD 100,000, not to exceed 30 days |





| cyber event | 1. USD 1,000 **annual aggregate** for Data Restoration and Owned Network Interruption combined |
|---|---|
| | 2. USD 1,000 **annual aggregate** for Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined |
| | 3. USD 50,000 **annual aggregate** for loss or damage to **stock in process** or finished goods manufactured by or for the Insured caused by or resulting from **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on. |
| Data Restoration | USD 250,000 **annual aggregate** |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined | USD 50,000 **annual aggregate** |
| Debris Removal | Policy Limit |
| Decontamination Costs | Policy Limit |
| Deferred Payment | USD 100,000 |
| Demolition and Increased Cost of Construction | Policy Limit |
| Earth Movement | USD 50,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |
| Errors and Omissions | USD 1,000,000 |
| Expediting Expenses | USD 250,000 |
| Extended Period of Liability | 365 days |
| Extra Expense | USD 1,000,000 |
| fine arts | USD 500,000 not to exceed individual limits shown on Fine Arts Schedule, not to exceed USD 10,000 per item for **irreplaceable fine arts** |
| Flood | USD 25,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |





| | |
|---|---|
| Green Coverage | USD 50,000 not to exceed 25% of the amount of the property damage loss |
| Gross Earnings | Policy Limit, not to exceed 90 days for **ordinary payroll** |
| Gross Profits | Policy Limit, not to exceed the following:<br><br>1.  12 months<br><br>2.  90 days for **ordinary payroll** |
| Ingress/Egress | USD 500,000 |
| Land and Water Clean Up Expense | USD 50,000 **annual aggregate** |
| Leasehold Interest | USD 250,000 |
| Locks and Keys | USD 100,000 |
| Logistics Extra Cost | USD 100,000 |
| Money and Securities | USD 100,000 |
| Newly Acquired Property | USD 2,500,000 |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption combined | USD 1,000,000 |
| Owned Network Interruption | Included in **cyber event** limit |
| Professional Fees | USD 100,000 |
| Property Removed from a Location | Policy Limit |
| Protection and Preservation of Property - Business Interruption | Policy Limit |
| Protection and Preservation of Property - Property Damage | Policy Limit, not to exceed USD 250,000 for security costs |
| Rental Income | Policy Limit |
| Research and Development | Policy Limit |
| Soft Costs | USD 100,000 |
| Supply Chain | USD 250,000 |





Member of the FM Global Group

| Tax Treatment | USD 100,000 |
|---|---|
| Tenants Legal Liability | USD 50,000 |
| Terrorism | USD 100,000 **annual aggregate**, not to exceed USD 100,000 **annual aggregate** for Flood and Property Removed from a Location combined |
| Terrorism: Supplemental United States Certified Act of Terrorism Endorsement(s) | USD 500,000,000 for property located in the United States of America |
| Transit | USD 50,000, not to exceed USD 50,000 for Business Interruption |
| Unnamed Property | USD 500,000 |
| **valuable papers and records** | USD 1,000,000, not to exceed USD 100 per item for **irreplaceable valuable papers and records** |

## Healthcare Endorsement

| Emergency Evacuation Expense | USD 100,000 |
|---|---|
| Fund Raising Expense | USD 50,000 |
| Mobile Medical and Diagnostic Equipment | USD 250,000 |
| Patient and Tenant Relocation Expense | USD 100,000 |
| Patient's Personal Property | USD 100,000, not to exceed USD 10,000 per patient |
| Prizes and Giveaways | USD 100,000 |
| Professional Employee Replacement Expense | USD 100,000 |
| Removal and Restocking Expenses | USD 50,000 |
| Research and Development Animals and Experiments | USD 100,000 for research animals, not to exceed USD 100 per animal<br><br>USD 250,000 for **research experiments** |
| Spoilage | USD 50,000 |



**AFM**

Member of the FM Global Group

# G. QUALIFYING PERIODS AND DEDUCTIBLES

### QUALIFYING PERIODS

This Company will not be liable for loss or damage unless the Qualifying Period below is exceeded. When the Qualifying Period is exceeded, the loss will be calculated beginning from the time of loss or damage. The Qualifying Periods for the following coverages are as follows:

| | |
|---|---|
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption | 48 hours |
| Data Restoration | 48 hours |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption | 48 hours |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption | 48 hours |
| Owned Network Interruption | 48 hours |

### DEDUCTIBLES

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy.

When two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply. However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

When a day equivalent deductible is stated below it is calculated as follows. The 100% daily actual annual Business Interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues, divided by the number of annual working days.





Member of the FM Global Group

When a % percent deductible is stated below it is calculated as follows:

1.  The value of property at the time such loss or damage at the **location** where loss or damage occurs, in accordance with the valuation section of this Policy.

2.  The annual Business Interruption value that would have been earned at the **location** where loss or damage occurs plus that proportion of the 100% Business Interruption value at all other **locations** where Business Interruption loss ensues, in accordance with the Business Interruption section of this Policy (if any).

| Location No. 018, 9500 Perry Hall Boulevard, Nottingham, Maryland, 21236, USA; Location No. 019, 207 Somerset Bay Drive, #201, Glen Burnie, Maryland, 21061, USA; Location No. 020, 409 Wheaton Pl Apt G, Catonsville, Maryland, 21228-3347, USA; Location No. 022, 10 A Montrose Manor Court, Catonsville, Maryland, 21228-5675, USA and Location No. 023, 5713 Edmondson Avenue, #TA1, Baltimore, Maryland, 21228, USA | USD 2,500 |
| --- | --- |
| earthquake | USD 50,000 per **location** |
| Flood | USD 50,000 per **location**, except USD 100,000 per **location** for the following locations:<br>    Location No. 002, 305 College Parkway, Arnold, Maryland, 21012, USA and<br>    Location No. 006, 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| All Other Losses | USD 10,000 |

# H. ADDITIONAL EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

## 1.  California, Hawaii, Alaska, and Puerto Rico Earth Movement Exclusion - PRO 124 (01/17)

ADDITIONAL COVERAGES, Earth Movement, does not apply to any property in the states of California, Hawaii, Alaska, and Puerto Rico.





# I.  SPECIAL TERMS AND CONDITIONS

## 1.  Loss Payee - PRO 68 (04/15)

Subject to the LOSS ADJUSTMENT AND SETTLEMENT, LOSS ADJUSTMENT AND PAYABLE, loss, if any, under this Policy will be adjusted with and made payable to or as directed by the Insured and the following, as their interest may appear:

| Loss Payee and Address | Location/Interest |
|---|---|
| Madison Capital<br>C/o Insurance Center<br>P.O. Box 3547<br>Bellevue, Washington, 98009<br>United States of America | Re: Hemodialysis machine (2008t hd sys cdx blue star)  - Location No. 007, 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen MC1563 and Trap MC0241  - Location No. 014, 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen - Location No. 010, 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |

The receipt by the designated payee will constitute a release in full of all liability with respect to such loss.

## 2.  Fine Arts Schedule - PRO 13 (01/17)

The following limit(s) apply to each article in the schedule of **fine arts** listed below.

| Article | Description | Sub-Limit of Liability |
|---|---|---|
| E.W. Hiemer & Co. Stained Glass Windows | 16-39"x145" Sanctuary Roman Arched windows w/ventilators and 2-36"x72" Altar Roman Arched windows. | $350,000 |

The **fine arts** limit of liability shown in the SUB-LIMITS section of the DECLARATIONS will apply to unscheduled article of **fine arts** per **occurrence**.



Member of the FM Global Group



### 3.   Historical Replacement Cost - PRO 157 (01/17)

LOSS ADJUSTMENT AND SETTLEMENT, VALUATION, is amended to include:

With respect to buildings designated by a local, state, or federal authority to be of historical significance or of historical value, such rebuilding, repairing or replacement shall be with modern material, workmanship processes, technologies and designs, and shall not include the cost of re-creating outdated, archaic or antiquated materials, workmanship, processes, technologies, or designs, whether or not such cost otherwise would be covered under ADDITIONAL COVERAGES, Demolition and Increased Cost of Construction.

### 4.   United States Certified Act of Terrorism - PRO 207 (01/20)

As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that a **Certified Act of Terrorism** under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered **terrorism** within the terms of this Policy. Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting BUSINESS INTERRUPTION loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism** only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.





Member of the FM Global Group

## J. INDEX OF FORMS

The following forms are made part of this Policy:

| Title | Form No. | Edition |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/20) |
| All Risk Coverage | PRO AR 4100 | (06/21) |
| Healthcare Endorsement | PRO HC 4100 | (01/17) |
| Supplemental United States Certified Act of Terrorism Endorsement | AFM 7312 | (06/21) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |



Member of the FM Global Group



# SCHEDULE OF LOCATIONS

**Location Schedule**

| Loc. No. | Title | Address |
|----------|-------|---------|
| 002 | | 305 College Parkway, Arnold, Maryland, 21012, USA |
| 003 | | 12020 Reisterstown Road, Reisterstown, Maryland, 21136, USA |
| 001 | | 8028 Ritchie Highway, Pasadena, Maryland, 21122, USA |
| 004 | | 9106 Pineview Lane, Clinton, Maryland, 20735, USA |
| 005 | | 1000 North Gilmore Street, Baltimore, Maryland, 21217, USA |
| 006 | | 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| 007 | | 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| 008 | | 2614 North Charles Street, Baltimore, Maryland, 21218, USA |
| 009 | | 1300 S. Elwood Ave, Baltimore, Maryland, 21224, USA |
| 010 | | 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |
| 011 | | 2327 N Charles Street, Baltimore, Maryland, 21218, USA |
| 012 | | 4800 Seton Drive, Baltimore, Maryland, 21215, USA |
| 013 | | 1046 N Point Road, Baltimore, Maryland, 21224, USA |
| 014 | | 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| 015 | | 7920 Scott Lével Road, Baltimore, Maryland, 21208, USA |
| 016 | | 1601 East Belvedere Ave., Baltimore, Maryland, 21239, USA |
| 017 | | 1051 Brightseat Rd, Landover, Maryland, 20785, USA |





Member of the FM Global Group

# SCHEDULE OF SUB-LIMITED LOCATIONS

**Sub-Limited Location Schedule**

| Loc. No. | Title | Address |
|---|---|---|
| 018 | | 9500 Perry Hall Boulevard, Nottingham, Maryland, 21236, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 019 | | 207 Somerset Bay Drive, #201, Glen Burnie, Maryland, 21061, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 020 | | 409 Wheaton Pl Apt G, Catonsville, Maryland, 21228-3347, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 022 | | 10 A Montrose Manor Court, Catonsville, Maryland, 21228-5675, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |
| 023 | | 5713 Edmondson Avenue, #TA1, Baltimore, Maryland, 21228, USA |
| Sub-limit of liability: | | |
| Personal Property | | USD 15,000 |
| Real Property | | NOT COVERED |
| Business Interruption | | NOT COVERED |





# ALL RISK COVERAGE

## Table of Contents

**ALL RISK COVERAGE** .................................................................................................................. 1

   A.  **PROPERTY INSURED** ...................................................................................................... 1

   B.  **PROPERTY EXCLUDED** ................................................................................................. 1

   C.  **EXCLUSIONS** ..................................................................................................................... 2

   D.  **ADDITIONAL COVERAGES** ......................................................................................... 5

**BUSINESS INTERRUPTION** .................................................................................................... 18

   A.  **LOSS INSURED** .............................................................................................................. 18

   B.  **BUSINESS INTERRUPTION COVERAGE** ............................................................... 18

   C.  **PERIOD OF LIABILITY** ............................................................................................... 21

   D.  **BUSINESS INTERRUPTION EXCLUSIONS** ............................................................ 22

   E.  **BUSINESS INTERRUPTION COVERAGE EXTENSIONS** ...................................... 23

**LOSS ADJUSTMENT AND SETTLEMENT** ........................................................................... 30

   A.  **ABANDONMENT** ........................................................................................................... 30

   B.  **APPRAISAL** .................................................................................................................... 30

   C.  **COLLECTION FROM OTHERS** ................................................................................. 30

   D.  **COMPANY OPTION** ..................................................................................................... 30

   E.  **CURRENCY FOR LOSS PAYMENT** ......................................................................... 30

   F.  **LEGAL ACTION AGAINST THIS COMPANY** ........................................................ 30

   G.  **LOSS ADJUSTMENT AND PAYABLE** ...................................................................... 31

   H.  **OTHER INSURANCE** ................................................................................................... 31

   I.  **REQUIREMENTS IN CASE OF LOSS** ...................................................................... 31

   J.  **SETTLEMENT OF CLAIMS** ....................................................................................... 32

   K.  **SUBROGATION** ............................................................................................................. 32

   L.  **VALUATION** .................................................................................................................. 33





**GENERAL CONDITIONS** ................................................................................................................**35**

A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ....................................................... 35

B. CANCELLATION/NON-RENEWAL ................................................................................................... 35

C. CONFORMITY TO STATUTE ........................................................................................................... 35

D. FIRST NAMED INSURED ................................................................................................................ 35

E. INCREASE IN HAZARD ................................................................................................................... 36

F. INSPECTIONS ................................................................................................................................ 36

G. LIBERALIZATION CLAUSE ............................................................................................................ 36

H. MISREPRESENTATION AND FRAUD............................................................................................. 36

I. MORTGAGEE/LENDERS LOSS PAYABLE...................................................................................... 36

J. POLICY MODIFICATION ................................................................................................................. 37

K. REINSTATEMENT OF LIMITS AFTER A LOSS .............................................................................. 38

L. REPRESENTATION OF RISK ......................................................................................................... 38

M. SUSPENSION ................................................................................................................................ 38

N. TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY ....................................................... 38

**DEFINITIONS** ..............................................................................................................................**39**





# ALL RISK COVERAGE

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. PROPERTY INSURED

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location**, to the extent of the interest of the Insured in such property.

1. Real Property in which the Insured has an insurable interest.

2. Personal Property:

   a) Owned by the Insured.

   b) Consisting of improvements and betterments in which the Insured has an insurable interest.

   c) Of directors, officers and employees of the Insured.

   d) Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

   e) Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

   This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. PROPERTY EXCLUDED

This Policy excludes the following except as otherwise stated in this Policy:

1. Land, water or any substance in or on land.

2. Growing crops, standing timber or animals.

3. Bridges and tunnels intended for use by motor vehicles licensed for highway use.

4. Reservoirs, canals, dikes or dams.

5. Docks, piers or wharves which are not a structural part of a building.

6. Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

7. Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8. Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.





9. Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

    a) Finished goods manufactured by the Insured; or

    b) Other merchandise not manufactured by the Insured;

    or as provided by the Data Restoration coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

## C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I:** This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1. Nuclear reaction or nuclear radiation or radioactive contamination. However:

    a) If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b) This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2f of this Exclusions clause.

This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2b of this Exclusions clause.

2.   a) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

        i) Government or sovereign power (de jure or de facto);

        ii) Military, naval or air forces; or

        iii) Agent or authority of any party specified in i) or ii) above.

    b) Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

    c) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

    d) Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

    e) Risks of contraband, or illegal transportation or trade.





Member of the FM Global Group

    f)   **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy.

       Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

       If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2a of this Exclusions clause then Group I Item 2a applies in place of this Group I Item 2f exclusion.

       If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2b of this Exclusions clause then Group I Item 2b applies in place of this Group I Item 2f exclusion.

       If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2f exclusion.

       If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2f exclusion applies in place of Group I Item 1 of this Exclusions clause.

3.   Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

    a)   An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

    b)   Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

    This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2f of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4.   Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Data Service Provider and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

5.   **Earth movement**, except as otherwise provided in this Policy.

6.   **Flood**, except as otherwise provided in this Policy.

7.   Seepage or influx of water from natural underground sources.

**GROUP II**: This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1.   Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2.   Faulty workmanship, material, construction or design.

3.   Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.

4.   Loss or damage caused by or resulting from:

    a)   Changes of temperature, except damage to machinery or equipment including fire protective equipment;

    b)   Changes in relative humidity,

    All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.

**AFM**
Member of the FM Global Group



5. Settling, cracking, shrinking, bulging or expansion of:

   a) Foundations.

   b) Walls.

   c) Floors.

   d) Pavements or roadways.

   e) Roofs.

   f) Ceilings.

6. Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7. Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8. Insect, animal or vermin damage.

9. Loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

**GROUP III**: This Policy excludes:

1. Indirect or remote loss or damage.

2. Interruption of business, except to the extent provided in this Policy.

3. Loss of market or loss of use.

4. Loss or damage or deterioration arising from any delay.

5. Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6. Loss from enforcement of any law or ordinance:

   a) Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

   b) Requiring the demolition of any property, including the cost in removing its debris;

   Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

7. Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

8. **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

9. Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

10. Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.





## D. <u>ADDITIONAL COVERAGES</u>

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. Accounts Receivable

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

a) Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

b) Collection expenses in excess of normal collection costs.

c) Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

a) Bookkeeping, accounting, or billing error or omission.

b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

### 2. Arson or Theft Reward

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

a) Arson to; or

b) Theft of;

Insured property.

### 3. Brand Protection

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:

a) The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

b) The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

Physically damaged property judged by the Insured to be:





Member of the FM Global Group

    i)   Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

    ii)   Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

        (a)  Stamp "salvage" on the property or its containers; or

        (b)  Remove or obliterate the brands or labels,

        If doing so will not damage the property.

        The Insured must relabel the property or containers in compliance with the applicable requirements of law.

c)   Any salvage proceeds received will go to the:

    i)   Company at the time of loss settlement; or

    ii)   Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## 4.  Change of Temperature

This Policy covers spoilage of insured stock and supplies due to:

a)   Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

## 5.  Communicable Disease – Property Damage

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)   An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

b)   A decision of an Officer of the Insured as a result of such presence of **communicable disease,**

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

a)   Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

b)   Actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.





6. **Data Restoration**

This Policy covers insured **physical loss or damage to electronic data**, programs or software while anywhere within this Policy's Territory, including while in transit.

With respect to **physical loss or damage to electronic data**, programs or software caused by or resulting from a **cyber event**, this coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of the Qualifying Period shown in the Declarations section of this Policy.

This coverage includes:

a)  The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

   i)   To temporarily protect and preserve insured electronic data, programs or software.

   ii)  For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

   iii) To expedite the permanent repair or replacement of such damaged property.

b)  The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

a)  Finished goods manufactured by the Insured; or

b)  Other merchandise not manufactured by the Insured.

Data Restoration Exclusions: As respects Data Restoration, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a)  Errors or omissions in processing or copying.

b)  Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c)  Deterioration, inherent vice, vermin or wear and tear.

Data Restoration Valuation: On property insured under this coverage, the loss amount will not exceed:

a)  The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

b)  The blank value of the media if not repaired, replaced or restored within two years from the date of loss.

7. **Data Service Provider - Property Damage**

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.





Member of the FM Global Group

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy. Such interruption is the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Conditions:

a)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Data Service Provider - Property Damage .Exclusions: As respects Data Service Provider - Property Damage, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a)  **Terrorism**.

b)  Accidental event to a satellite.

8.  **Debris Removal**

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

a)  Contaminated uninsured property; or

b)  The **contaminant** in or on uninsured property;

Whether or not the contamination results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the contaminant in or on insured property only if the contamination, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

9.  **Decontamination Costs**

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating contamination due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:

a)  Contaminated uninsured property; or

b)  The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

© 2021 AFM. All rights reserved.



## 10. Deferred Payment

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the Policy terminates or expires, whichever is first.

Deferred Payment Exclusions: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

a)  Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

b)  Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a)  The total amount of unpaid installments less finance charges.

b)  The **actual cash value** of the property on the date of loss or damage.

c)  The cost to repair or replace with material of like size, kind and quality.

## 11. Demolition and Increased Cost of Construction

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

a)  Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

b)  Such law or ordinance is in force at the time of such loss or damage; and

c)  Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

a)  Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

b)  Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

a)  The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or



Member of the FM Global Group



b)   The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

a)   The **actual cash value**; and

b)   The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

a)   Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

b)   Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 12.   Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 13.   Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

a)   In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

b)   That fails to include any **location**:

   i)   Owned; or

   ii)  Occupied by the Insured; or

c)   That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## 14.   Expediting Expenses

This Policy covers the reasonable and necessary costs incurred to:

a)   Temporarily repair or replace; and


Member of the FM Global Group



b) Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

### 15. Fine Arts and Valuable Papers and Records

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

a) Loss or damage to any **fine arts** as a result of restoring, repairing or retouching processes.

b) Errors or omissions in the processing or copying of **valuable papers and records.**

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a) The cost to repair or restore the article to the condition that existed immediately prior to the loss;

b) The cost to replace the article; or

c) The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

### 16. Flood

This Policy covers physical loss or damage caused by or resulting from **flood**.

### 17. Green Coverage

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

a) To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green**.

b) To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.

c) As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.





d) For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

e) For the process of certification or recertification of the repaired or replaced insured property as **Green.**

f) For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

a) Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the Insured is legally liable, personal property of directors, officers or employees of the Insured.

b) Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

c) Any loss recoverable elsewhere in this Policy.

## 18. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

a) At any **location** insured for Personal Property only.

b) When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

## 19. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

## 20. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

a) Fire, explosion or sprinkler leakage.

## 21. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

a) When the newly acquired property is bound by this Company; or

b) When agreement is reached that the property will not be insured under this Policy; or

**PRO AR 4100 (06/21)**
*© 2021 AFM. All rights reserved.*

**AFM**
Member of the FM Global Group



c)   120 days after the date of acquisition of the property; or

d)   At the termination or expiration of this Policy;

Whichever occurs first.

## 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

a)   This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

a)   Auditors;

b)   Accountants;

c)   Architects;

d)   Engineers; or

e)   Other professionals; and

f)   The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

a)   Of 120 days from the date of removal; but

**AFM**
Member of the FM Global Group



b) Not beyond the termination or expiration date of this Policy.

## 25. Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

a) Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

b) Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

c) Restoring and recharging fire protection systems following an insured loss.

d) The water used for fighting a fire in, on or exposing the insured property.

e) Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 26. Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

## 27. Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

a) The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

b) The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

c) The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

a) That part of any settlement by the Insured to which this Company has not given its prior written consent; or

b) Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.





Additional Provisions: This Company may:

a) Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

b) Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 28. Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Item 2a or Group I Item 2c of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

a) That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

b) That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

c) In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

d) That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## 29. Transit

This Policy covers the following insured personal property:

a) Owned by the Insured;

b) Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

c) Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

d) Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:





Member of the FM Global Group

   i)    When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

   ii)   When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

a)   From the time the property leaves the original point of shipment for transit; and

b)   Continuously in the due course of transit until delivered at the destination.

c)   Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

a)   Insures physical loss or damage caused by or resulting from:

   i)    Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

   ii)   Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

b)   Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

a)   Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

   i)    Released and/or undervalued bills of lading; or

   ii)   Shipping or messenger receipts.

b)   The Insured may waive subrogation against railroads under sidetrack agreements.

c)   The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

d)   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

a)   Property shipped by mail.

b)   Shipments by air unless made by regularly scheduled airlines.

c)   Waterborne shipments via the Panama Canal or waterborne shipments to and from:

   i)    Alaska.

   ii)   Hawaii.

   iii)  Commonwealth of Puerto Rico.





iv) Virgin Islands.

d) Any transporting vehicle.

e) Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

f) Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

a) For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

b) For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

c) For property not under invoice:

    i) For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

    ii) For other property, the actual cash value at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured.

 

# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1. To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2. Used by the Insured;

3. While at a **location** or while in transit as provided by this Policy; and

4. During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1. The use of any property or service owned or controlled by the Insured;

2. The use of any property or service obtainable from other sources;

3. Working extra time or overtime; or

4. The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1. Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2. The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3. The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. BUSINESS INTERRUPTION COVERAGE

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **gross earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.

 

**gross earnings** means:

The net sales value of production or business operations or services less the cost of:

a)  Raw stock;

b)  Materials and supplies; and

c)  Merchandise sold;

Used in production or business operations or services rendered by the Insured.

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

a)  Wholly or partially prevented from producing goods or continuing business operations or services;

b)  Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

c)  Unable to continue such operations or services during the Period of Liability; and

d)  Able to demonstrate a loss of sales for the production or business operations or services prevented.

## 2. Gross Profits

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

a)  **Reduction in sales**; and the

b)  **Increased cost of doing business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**gross profits** means:

The sum produced by adding the **net profit** to the **insured fixed charges**. If there is no **net profit** the amount of all **insured fixed charges** less that proportion of any loss from business operations as the amount of the **insured fixed charges** bears to all fixed charges.

**increased cost of doing business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **rate of gross profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**insured fixed charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**net profit** means:

The net operating profit excluding:

a)  Capital receipts and accruals; and

 

Member of the FM Global Group

b) Outlay properly chargeable to capital;

Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**rate of gross profit** means:

The rate of Gross Profit earned on Sales during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**reduction in sales** means:

The amount produced by applying the **rate of gross profit** to the amount by which the **sales** during the Period of Liability fall short of the **standard sales**.

**sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

a) Goods sold and delivered; and

b) Services rendered;

In the conduct of the Insured's business.

**standard sales** means:

The **sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

3. **Rental Income**

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

a) The fair rental value of any portion of the property occupied by the Insured;

b) Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

c) The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

a) Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

4. **Extra Expense**

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

a) Temporarily continue as close to normal the conduct of the Insured's business; and

 

b) Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

a) Any loss of income.

b) Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c) The cost of permanent repair or replacement of property that has been damaged or destroyed.

d) Any expense recoverable elsewhere in this Policy.

5. **BI Select™**

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

a) Gross Earnings; or

b) Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C. <u>PERIOD OF LIABILITY</u>

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

1. The period starting from the time of physical loss or damage of the type insured; and

2. Ending when, with due diligence and dispatch,

   a) The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

   b) The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

3. For **raw materials** or supplies, the period of time:

   a) Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but





Member of the FM Global Group

b) For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.

4. For property covered under Data Restoration:

a) The period of time starting from the time of insured **physical loss or damage to electronic data, programs or software; and**

b) Ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the physical loss or damage.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

1. Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

a) Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

b) Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

## D. <u>BUSINESS INTERRUPTION EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1. Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

a) Physical loss or damage not insured by this Policy.

b) Planned or rescheduled shutdown.

c) Strike or other work stoppage.

d) Any other reason other than physical loss or damage insured under this Policy.

2. Any increase in loss due to:

a) The suspension, cancellation, or lapse of any lease, contract, license or order.

b) Damages for breach of contract, or for late or non-completion of orders.

c) Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

**AFM**°
Member of the FM Global Group



d)  Any other consequential or remote loss.

3.  Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

# E. BUSINESS INTERRUPTION COVERAGE EXTENSIONS

## 1. Attraction Property

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 2. Civil or Military Authority

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 3. Communicable Disease - Business Interruption

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)  An order of an authorized governmental agency regulating such presence of **communicable disease**; or

b)  A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

a)  The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

b)  Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

**PRO AR 4100 (06/21)**
© *2021 AFM. All rights reserved.*

**Page 23 of 42**

22/23 Policy Bates No. 000045





The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)  Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b)  Not to exceed the time limit shown in the Sub-Limits clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

## 4.  Contractual Penalties

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured.

This extension of coverage applies provided that such contractual penalties:

a)  Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

b)  Will be limited to the contractual sales value of such late or non-completed orders.

## 5.  Crisis Management

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

a)  A violent crime, suicide, attempted suicide or armed robbery; or

b)  A death or bodily injury caused by a workplace accident;

At that **described location**.

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 6.  Data Service Provider - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location of off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy.





Additional General Conditions:

a)  The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b)  The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Owned Network Interruption coverage as provided in this section of this Policy.

Data Service Provider - Business Interruption Exclusions: As respects Data Service Provider - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

a)  **Terrorism**.

b)  Accidental event to a satellite.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)  The period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b)  Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c)  Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

7. **Extended Period of Liability**

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

a)  The interruption of business as covered by Gross Earnings or Rental Income;

b)  For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c)  Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

 

Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Sub-Limits clause of the Declarations section of this Policy.

## 8. Ingress/Egress

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)   Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 9. Leasehold Interest

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease.

Leasehold Interest Exclusions: As respects Leasehold Interest, the following applies:

a)   Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

   This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b)   This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest:**

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

## 10. Logistics Extra Cost

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

a)   Directly between **described locations**; or





b) Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;

Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

a) Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

a) Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

b) Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

c) Disruption caused by physical loss or damage to personal property of the Insured while in transit.

d) Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

e) Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

f) Loss of income.

g) Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a) Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b) Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

## 11. Off-Premises Service Interruption - Business Interruption

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

 

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from terrorism regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period starting with the time when an interruption of specified services happens; and

b) Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

## 12. Owned Network Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a) The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a **cyber event** directed at the Named Insured; or

b) The Insured's reasonable action to temporarily protect the Insured's electronic data processing equipment or media against an actual or immediately impending **cyber event** directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

As respects item a) above, this coverage will apply when the Period of Liability below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's electronic data processing equipment or media could be restored to the same or equivalent operating condition that existed prior to the failure; and

b) Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media.**

## 13. Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

 

Member of the FM Global Group

### 14. Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)  Starting at the time of physical loss or damage of the type insured; and

b)  Ending when the property could be repaired or replaced and made ready for operations.

### 15. Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

### 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

a)  Direct suppliers, direct customers or direct contract service providers to the Insured;

b)  Any company under any royalty, licensing fee or commission agreement with the Insured; or

c)  Any company that is a direct or indirect supplier, customer or contract service provider of those described in a) above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

a)  Civil or Military Authority

b)  Extended Period of Liability

c)  Ingress/Egress

d)  Off-Premises Service Interruption - Business Interruption

e)  Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)  Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.





# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1.  The Insured has fully complied with all provisions of this Policy.

2.  This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

1.  Pay its chosen appraiser; and

2.  Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

## F. LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:





1. The Insured has fully complied with all the provisions of this Policy; and

2. Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## G. **LOSS ADJUSTMENT AND PAYABLE**

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## H. **OTHER INSURANCE**

1. If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

2. In no event will this Policy apply as contributing insurance.

3. The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

4. The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

5. If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

## I. **REQUIREMENTS IN CASE OF LOSS**

The Insured will:

1. Give immediate written notice to this Company of any loss.

2. Protect the property from further loss or damage.

3. Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4. Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:





a) The time and origin of the loss.

b) The Insured's interest and that of all others in the property.

c) The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

d) Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

e) By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5. Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6. Further, the Insured, will as often as may be reasonably required:

a) Exhibit to any person designated by the Company all that remains of any property;

b) Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

c) Produce for examination at the request of the Company:

i) All books of accounts, business records, bills, invoices and other vouchers; or

ii) Certified copies if originals are lost,

At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J.  SETTLEMENT OF CLAIMS

The amount of loss for which this Company may be liable will be paid within 30 days after:

1. Proof of loss as described in this Policy is received by this Company; and

2. When a resolution of the amount of loss is made either by:

a) Written agreement between the Insured and this Company; or

b) The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

## K.  SUBROGATION

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.

**AFM**
Member of the FM Global Group



Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1.  Any applicable deductible; and/or

2.  Any provable uninsured loss,

Bears to the entire provable loss amount.

## L. **VALUATION**

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1.  Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

    a)  The cost to repair.

    b)  The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

    c)  The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

    d)  On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2.  On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3.  On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4.  On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5.  On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6.  On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

7.  On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

8.  On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

9.  On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

10. On property that is useless to the Insured, the **actual cash value**.

11. On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.

 

Member of the FM Global Group

The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a described **location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.





# GENERAL CONDITIONS

## A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1.  This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2.  Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in 1. or 2. above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. CANCELLATION/NON-RENEWAL

This Policy may be:

1.  Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2.  Cancelled by this Company by giving the First Named Insured not less than:

    a)  60 days written notice of cancellation; or

    b)  10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3.  Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. CONFORMITY TO STATUTE

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. FIRST NAMED INSURED

The First Named Insured shown in the Declarations section:

1.  Is responsible for the payment of all premiums.





2.  Will be the payee for any return premiums.

3.  May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. INCREASE IN HAZARD

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. INSPECTIONS

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1.  Right to make inspections; or

2.  Making of inspections; or

3.  Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. LIBERALIZATION CLAUSE

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

1.  Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2.  Made any attempt to defraud this Company.

3.  Made any false swearing.

## I. MORTGAGEE/LENDERS LOSS PAYABLE

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

1.  Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.



2. Foreclosure, notice of sale or similar proceedings with respect to the property.

3. Change in the title or ownership of the property.

4. Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

1. Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

2. This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J. POLICY MODIFICATION

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1. Create a waiver, or change any part of this Policy; or


Member of the FM Global Group



2. Prevent the Company from asserting any rights under the provisions of this Policy.

## K. <u>REINSTATEMENT OF LIMITS AFTER A LOSS</u>

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. <u>REPRESENTATION OF RISK</u>

This Policy has been issued based on the statement of values declared by the Insured prior to inception of this Policy. The Insured will provide the Company 100% values by **location** annually no later than sixty (60) days prior to the Policy anniversary or renewal, unless otherwise agreed to. The Insured will also promptly report 100% of values for any **location(s)** purchased, leased or rented by the Insured after the inception, anniversary or renewal dates of this Policy.

Types of Values

1. Property values in accordance with the Valuation clause of the Loss Adjustment and Settlement section of this Policy.

2. Stock and Supplies values based on the average and maximum values for the previous 12-month period.

3. Business Interruption values projected for the 12 months following the inception date of this Policy and for every renewal thereof, and the actual Business Interruption values for the previous 12-month period.

If the Company determines that any of the above values reported by the Insured are not accurate, the Insured will cooperate with the Company to conduct an appraisal or analysis of such values.

## M. <u>SUSPENSION</u>

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## N. <u>TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY</u>

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.





# DEFINITIONS

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1.  Direct physical loss or damage originating within:

    a)  Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        i)   Waste disposal piping;

        ii)  Any piping forming part of a fire protective system;

        iii) Furnaces; and

        iv)  Any water piping other than:

            (a) Boiler feed water piping between the feed pump or injector and the boiler;

            (b) Boiler condensate return piping; or

            (c) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

    b)  All mechanical, electrical, electronic or fiber optic equipment;

2.  And caused by, resulting from or consisting of:

    a)  Mechanical breakdown; or

    b)  Electrical or electronic breakdown; or

    c)  Extremes or changes of temperature; or

    d)  Rupture, bursting, bulging, implosion or steam explosion.

3.  **boiler and machinery** as used in this Policy does not mean:

    Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

    a)  Combustion explosions, except from within combustion gas turbines; or

    b)  Explosions from liquids coming in contact with molten materials; or

    c)  Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

    d)  Fire, or from the use of water or other means to extinguish a fire.




Member of the FM Global Group

**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination**.

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**cyber event** means any act involving the malicious or unauthorized access to, operation of, or use of **electronic data processing equipment or media**, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the terms and conditions of this Policy.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

     

Member of the FM Global Group

**named perils** means fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1. **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2. **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1. Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2. Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1. Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2. Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3. Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4. Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.





Member of the FM Global Group

**terrorism** means:

1. Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2. When the effect or apparent purpose is:

   To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**water damage** means the accidental discharge, escape, leakage, backup or overflow of water from piping, plumbing systems or tanks. **Water damage** does not mean or include anything defined as **flood** in this Policy.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.





# Healthcare Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of this Policy remain unchanged.

## 1. Emergency Evacuation Expense

This Policy covers the reasonable and necessary costs incurred by the Insured for the emergency evacuation and subsequent return of patients, tenants or lawful occupants when the Insured's management, using reasonable discretion, or a civil authority orders the emergency evacuation of a **described location** as a direct result of immediately impending physical loss or damage of the type insured by this Policy.

Emergency Evacuation Expense Exclusions: As respects Emergency Evacuation Expense, the following additional exclusions apply:

This Policy excludes:

a) The cost to move personal property of patients, tenants or lawful occupants.

b) The cost of temporary or permanent housing or lodging.

c) Loss caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 2. Fund Raising Expense

This Policy covers the expenses incurred by the Insured for fund raising activities or events when such fund raising activities or events are postponed or cancelled as a direct result of insured physical loss or damage to insured property at a **location**.

## 3. Mobile Medical and Diagnostic Equipment

This Policy covers mobile medical and diagnostic equipment, their associated supplies, and licensed vehicles owned, leased or operated by the Insured, in which such property is contained, while located anywhere in this Policy's Territory, including while in transit.

Property covered under this coverage is excluded from coverage provided elsewhere in this Policy.

Mobile Medical and Diagnostic Equipment Exclusions: As respects Mobile Medical and Diagnostic Equipment, the following additional exclusions apply:

This Policy excludes:

a) Loss or damage to vehicles caused by or resulting from collision, upset or overturn while such vehicles are being operated or being towed whether or not in motion at the time of loss.

## 4. Patient and Tenant Relocation Expense

This Policy covers the reasonable and necessary **patients and tenants relocation expenses** incurred by the Insured to relocate and return patients, tenants or lawful occupants to other quarters within this Policy's Territory

**PRO HC 4100 (01/17)**
*© 2017 AFM. All rights reserved.*

**Page 1 of 4**





when patient rooms, rented space or living quarter(s) at a **described location** are made uninhabitable as a direct result of physical loss or damage insured by this Policy.

Patient and Tenant Relocation Expense Exclusions: As respects Patient and Tenant Relocation Expense, the following additional exclusions apply:

This Policy excludes:

**a)** Loss caused by the termination of a lease or other agreement.

**b)** Security deposits, rent or other payments made to the landlord or lessors of the new quarters.

**c)** Down payments, purchase price, legal fees and closing costs for the purchase of new quarters.

**d)** The cost of permanent housing or lodging.

**e)** Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

For purposes of this coverage, **patient and tenant relocation expenses** means the cost to:

**a)** Pack and transport personal property of the type insured of patients, tenants or lawful occupants.

**b)** Store such personal property while awaiting possession of other quarters or restoration of existing quarters.

**c)** Search for new quarters.

**d)** Disconnect and reconnect fixtures and equipment.

**e)** Re-establish new utility services less refunds from discontinued services.

## 5. Patients' Personal Property

This Policy covers personal property of the type insured of patients while at a described location, when such personal property is not in the Insured's custody.

## 6. Prizes and Giveaways

This Policy covers motor vehicles and watercraft that are prizes and giveaways in the Insured's fund raising activities or events, while anywhere within this Policy's Territory, including while in transit.

## 7. Professional Employee Replacement Expense

This Policy covers the reasonable and necessary additional expenses above those normally incurred by the Insured during the Period of Liability to replace professional employees consisting of:

**a)** Administrators;

**b)** Doctors;

**c)** Nurses; and

**d)** Research personnel,

Who have resigned as a direct result of insured physical loss or damage to insured property at a **location.**

**AFM**
*A member of the FM Global Group*



Professional Employee Replacement Expense Exclusions: As respects Professional Employee Replacement Expense, the following additional exclusions apply:

This Policy does not insure:

**a)** The cost of replacing third party contract employees or rehiring former employees who were employed by the Insured at the time of loss.

## 8. Removal and Restocking Expenses

This Policy covers the reasonable and necessary expenses incurred by the Insured for the removal and restocking of pharmaceutical products or medical supplies resulting from the recall of such property by the product's manufacturer or by an order of a governmental authority.

Coverage is limited to such expenses incurred in the first 90 consecutive days following the recall.

Removal and Restocking Exclusions: With respect to Removal and Restocking Expenses, the following additional exclusions apply:

This Policy does not cover:

**a)** Expenses for the recall of such property manufactured by the Insured, including products that the Insured incorporates into other products.

**b)** Expenses for the recall of such property recalled prior to the inception date of this Policy.

**c)** The cost to recall such property.

**d)** The replacement cost of such property.

## 9. Research and Development Animals and Experiments

This Policy covers the following while at a **described location**:

**a)** Research animals that are used in the Insured's research and development projects when such animals are fatally injured or their destruction is made necessary due to injuries as a direct result of insured physical loss or damage.

**b)** Insured physical loss or damage to **research experiments**.

Research and Development Animal and Experiments Exclusions: As respects Research and Development Animals and Experiments, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following:

**a)** Sickness, disease, infection, infestation, death, destruction, injury, or any medical condition, all from natural causes; escape; failure to provide adequate care, nourishment, medicine or sanitary conditions; contamination of animals, food or medicine; errors in testing, experimenting or other work performed.

Research and Development Animals and Experiments Valuation: On property insured under this coverage, the loss amount will not exceed the following:

**PRO HC 4100 (01/17)**
*© 2017 AFM. All rights reserved.*

**Page 3 of 4**





   **a)** On research animals, the purchase price of commercially available laboratory animals plus **project restoration costs.** If the research animal is not replaced or the project not restored, the purchase price of the animal.

   **b)** On **research experiments, the** cost to repair, replace or restore the **research experiments** with others of like kind and quality plus **project restoration costs.** If the **research experiment** is not replaced or the project not restored, the replacement cost of the stock and supplies.

   **c)**   **Project restoration** costs shall be limited to a 24 month period.

For purposes of this coverage:

**Project restoration costs** means the costs of researching, gathering and/or assembling information to restore the research animals or research experiments to the same degree of completion as existed prior to physical loss or damage insured by this Policy

**Research experiments** means supplies, materials or equipment that are used or consumed solely in the research and development project.

## 10. Spoilage

Change of Temperature under Additional Property Damage Coverages in the Property Damage section of this Policy is replaced with the following:

This Policy covers spoilage of insured stock and supplies due to:

   **a)**   Changes of temperature or changes in relative humidity,

Directly resulting from an accidental event at a **location**.

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all property in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for Certified Act of Terrorism Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD 9,000, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism**.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a **Certified Act of Terrorism** as defined herein. This amendment does not apply to any limit of liability for a **Certified Act of Terrorism**, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more **Certified Act(s) of Terrorism**, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD 100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD 100,000,000,000. If the aggregate insured losses for all insurers exceed USD 100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for a **Certified Act of Terrorism** will be partially reimbursed by the United States Government under a formula established by Federal Law. Under this formula, the United States pays 80% of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy. The premium charged for this coverage is provided above.

The terms and limitations of any **terrorism** exclusion, or the inapplicability or omission of **terrorism** exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a **Certified Act of Terrorism**.

For the purposes of this Endorsement, a **Certified Act of Terrorism** means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended. The criteria contained in that Act for a **Certified Act of Terrorism** include the following:

  a. The act resulted in aggregate losses in excess of USD 5,000,000; and

  b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.





# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION** – The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE** - If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY** - A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD** - This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

E-FILED; Anne Arundel Circuit Court
Docket: 9/4/2025 10:30 AM; Submission: 9/4/2025 10:30 AM
Envelope: 22782608

# EXHIBIT 2



Member of the FM Global Group

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate.

With transaction efficiency and seamless global coverage, AFM will help protect your business. In partnering with us, you have the strength of the FM Global Group behind you. That includes a strong balance sheet, an alternative to shared and layered programs, claims advocacy and our exclusive market-leading loss prevention advice.

With nearly 200 years of consulting experience as property specialists, we are eager to identify, prioritize and reduce future loss with you and your broker in a way that makes practical and affordable sense.

This engineering expertise, combined with broad coverage, will provide you peace of mind and allow you to focus on what matters most — making your enterprise thrive. To achieve this, we are committed to a long and mutually beneficial relationship.

It is our hope that you and your broker will take advantage of the tools and resources we offer, namely project plan reviews, web-based training, onsite policy workshops and AFM Online, which provides your risk analytics and policy contract documents.

Respectfully,

Ziad Alex S Tadmoury
AFM Division Manager

# Loss Reporting and Contact Information
# Washington DC Operations



*Member of the FM Global Group*

**Claims Manager:**                    **Craig Banta**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6307
craig.banta@fmglobal.com

**Property Loss Reporting Procedure:**

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

**Notice of Loss:**

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677** or by sending an e-mail to the following e-mail address: **NewLossWashDC@AffiliatedFM.com**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

**Leaving a Message:**

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

**Account Engineer:**                    **Kidus Yared**
2100 Reston Parkway, Suite 600, Reston, VA 20191
Tel: 703-262-6292
kidus.yared@affiliatedfm.com

**Jurisdictional Services:**            Call to inquire about or make arrangements
for North American jurisdictional services
**1-703-860-4101**



*Member of the FM Global Group*

## Multistate
## FRAUD WARNING NOTICE

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning similar to the statement below:

| | |
|---|---|
| California | Oklahoma |
| District of Columbia | Oregon |
| Florida | Pennsylvania |
| Kentucky | Rhode Island |
| Louisiana | Tennessee |
| Maine | Virginia |
| Maryland | Washington |
| New Mexico | West Virginia |

"Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

The following states require Affiliated FM Insurance Company to provide insureds with a Fraud Warning exactly as the statement below:

New Jersey
"Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."

New York
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for commercial insurance or a statement of claim for any commercial or personal insurance benefits containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, and any person who, in connection with such application or claim, knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation."

Ohio
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

*This Notice is provided only for informational purposes. It does not modify, limit or enlarge insurance policy provisions. The actual rights and responsibilities of the insurer and the insured are contained in the policy's terms and conditions.*

AFM 7621 (11/22)                                                                 Page 1 of 1





Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

**DECLARATIONS PAGE**

| Policy No. 1124608 | Previous Policy No. 1106455 | Date of Issue 15 November 2023 |
|---|---|---|
| **Account No.** 86653 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **Insured:**
>
> Futurecare Health & Management
> 8028 Ritchie Highway
> #201-B
> Pasadena, Maryland, 21122
> United States of America
>
> (For complete title, see Policy.)

The term of this Policy is from **15 November 2023 at 12:01 a.m., Standard Time, to 15 November 2024 at 12:01 a.m., Standard Time,** at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Reston, Virginia, on 15 November 2023.

Christopher Braden                    Malcolm Roberts

**PRO DEC 4100 (04/15)**                    © 2017 AFM. All rights reserved.





# DECLARATIONS

## A. POLICY TERM

FROM:    15 November 2023 12:01 a.m. Standard Time
TO:      15 November 2024 12:01 a.m. Standard Time

## B. NAMED INSURED

Futurecare Health & Management and its wholly or majority owned subsidiaries, and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C. POLICY LIMIT

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of USD 500,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D. POLICY TERRITORY

Coverage provided by this Policy is limited to property while located within the United States of America.

### Cyber Coverage Territory

Coverage provided in Data Restoration; Data Service Provider Property Damage and Business Interruption; and Owned Network Interruption is limited to anywhere in the world except Cuba; Iran; North Korea; Russian Federation; Sudan; Syria; and Crimea, Donetsk People's Republic (DPR) and Luhansk People's Republic (LPR) regions of Ukraine.

## E. INSURANCE PROVIDED

### Location Schedule

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

See attached Schedule of Locations





Member of the FM Global Group

Sub-Limited Location Schedule

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, not to exceed the limits of liability specified for the coverages indicated, while located as follows:

There shall be no liability under this Policy when "NOT COVERED" is shown.

See attached Schedule of Sub-Limited Locations

## F. SUB-LIMITS

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | |
|---|---|
| Accounts Receivable | USD 5,000,000 |
| Arson or Theft Reward | USD 100,000 |
| Attraction Property | USD 100,000 |
| **boiler and machinery** | Policy Limit |
| Brand Protection | Policy Limit |
| Change of Temperature | USD 50,000 |
| Civil or Military Authority | 30 days |
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption combined | USD 1,000 **annual aggregate**, not to exceed 12 months |
| Contractual Penalties | USD 100,000 |
| Crisis Management | USD 100,000, not to exceed 30 days |



Member of the FM Global Group



| | |
|---|---|
| **cyber event** | 1.    USD 1,000 **annual aggregate** for Data Restoration and Owned Network Interruption combined<br><br>2.    USD 1,000 **annual aggregate** for Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined<br><br>3.    USD 50,000 **annual aggregate** for loss or damage to **stock in process** or finished goods manufactured by or for the Insured caused by or resulting from **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on. |
| Data Restoration | USD 250,000 **annual aggregate** |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined | USD 50,000 **annual aggregate** |
| Debris Removal | Policy Limit |
| Decontamination Costs | Policy Limit |
| Deferred Payment | USD 100,000 |
| Demolition and Increased Cost of Construction | Policy Limit |
| Earth Movement | USD 50,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |
| Errors and Omissions | USD 1,000,000 |
| Expediting Expenses | USD 250,000 |
| Extended Period of Liability | 365 days |
| Extra Expense | USD 1,000,000 |
| **fine arts** | USD 500,000 not to exceed individual limits shown on Fine Arts Schedule, not to exceed USD 10,000 per item for **irreplaceable fine arts** |
| Flood | USD 25,000,000 **annual aggregate**, not to exceed USD 50,000 **annual aggregate** for Data Service Provider - Business Interruption, Data Service Provider - Property Damage, Errors and Omissions, Off-Premises Service Interruption - Business Interruption, Off-Premises Service Interruption - Property Damage, Supply Chain and Unnamed Property, combined |

*© 2019 AFM. All rights reserved.*

23/24 Policy Bates no. 000007





| | |
|---|---|
| Green Coverage | USD 50,000 not to exceed 25% of the amount of the property damage loss |
| Gross Earnings | Policy Limit, not to exceed 90 days for **ordinary payroll** |
| Gross Profits | Policy Limit, not to exceed the following:<br><br>1. 12 months<br><br>2. 90 days for **ordinary payroll** |
| Ingress/Egress | USD 500,000 |
| Land and Water Clean Up Expense | USD 50,000 **annual aggregate** |
| Leasehold Interest | USD 250,000 |
| Locks and Keys | USD 100,000 |
| Logistics Extra Cost | USD 100,000 |
| Money and Securities | USD 100,000 |
| Newly Acquired Property | USD 2,500,000 |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption combined | USD 1,000,000 |
| Owned Network Interruption | Included in **cyber event** limit |
| Professional Fees | USD 100,000 |
| Property Removed from a Location | Policy Limit |
| Protection and Preservation of Property - Business Interruption | Policy Limit |
| Protection and Preservation of Property - Property Damage | Policy Limit, not to exceed USD 250,000 for security costs |
| Rental Income | Policy Limit |
| Research and Development | Policy Limit |
| Soft Costs | USD 100,000 |
| Supply Chain | USD 250,000 |





| | |
|---|---|
| Tax Treatment | USD 100,000 |
| Tenants Legal Liability | USD 50,000 |
| Terrorism | USD 100,000 **annual aggregate**, not to exceed USD 100,000 **annual aggregate** for Flood and Property Removed from a Location combined |
| Terrorism: Supplemental United States Certified Act of Terrorism Endorsement(s) | USD 100,000 for property located in the United States of America |
| Transit | USD 50,000, not to exceed USD 50,000 for Business Interruption |
| Unnamed Property | USD 500,000 |
| **valuable papers and records** | USD 1,000,000, not to exceed USD 100 per item for **irreplaceable valuable papers and records** |

### Healthcare Endorsement

| | |
|---|---|
| Emergency Evacuation Expense | USD 100,000 |
| Fund Raising Expense | USD 50,000 |
| Mobile Medical and Diagnostic Equipment | USD 250,000 |
| Patient and Tenant Relocation Expense | USD 100,000 |
| Patient's Personal Property | USD 100,000, not to exceed USD 10,000 per patient |
| Prizes and Giveaways | USD 100,000 |
| Professional Employee Replacement Expense | USD 100,000 |
| Removal and Restocking Expenses | USD 50,000 |
| Research and Development Animals and Experiments | USD 100,000 for research animals, not to exceed USD 100 per animal<br><br>USD 250,000 for **research experiments** |
| Spoilage | USD 50,000 |



Member of the FM Global Group



# G. QUALIFYING PERIODS AND DEDUCTIBLES

### QUALIFYING PERIODS

This Company will not be liable for loss or damage unless the Qualifying Period below is exceeded. When the Qualifying Period is exceeded, the loss will be calculated beginning from the time of loss or damage. The Qualifying Periods for the following coverages are as follows:

| | |
|---|---|
| Communicable Disease - Property Damage and Communicable Disease - Business Interruption | 48 hours |
| Data Restoration | 48 hours |
| Data Service Provider - Property Damage and Data Service Provider - Business Interruption | 48 hours |
| Off-Premises Service Interruption - Property Damage and Off-Premises Service Interruption - Business Interruption | 48 hours |
| Owned Network Interruption | 48 hours |

### DEDUCTIBLES

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy.

When two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply. However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

When a day equivalent deductible is stated below it is calculated as follows. The 100% daily actual annual Business Interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues, divided by the number of annual working days.



**Member of the FM Global Group**



When a % percent deductible is stated below it is calculated as follows:

1. The value of property at the time such loss or damage at the **location** where loss or damage occurs, in accordance with the valuation section of this Policy.

2. The annual Business Interruption value that would have been earned at the **location** where loss or damage occurs plus that proportion of the 100% Business Interruption value at all other **locations** where Business Interruption loss ensues, in accordance with the Business Interruption section of this Policy (if any).

| | |
|---|---|
| Location No. 024, 2510 Queen Anne Rd Apt 2, Baltimore, Maryland, 21216-2045, USA and Location No. 029, 2800 Guilford Ave, Unit 1, Baltimore, Maryland, 21218-4674, USA | USD 2,500 |
| earthquake | USD 50,000 per **location** |
| Flood | USD 50,000 per **location**, except USD 100,000 per **location** for the following locations:<br>  Location No. 002, 305 College Parkway, Arnold, Maryland, 21012, USA and<br>  Location No. 006, 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| All Other Losses | USD 10,000 |

# H. **ADDITIONAL EXCLUSIONS**

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

## 1. **California, Hawaii, Alaska, and Puerto Rico Earth Movement Exclusion - PRO 124 (01/17)**

ADDITIONAL COVERAGES, Earth Movement, does not apply to any property in the states of California, Hawaii, Alaska, and Puerto Rico.





# I.  SPECIAL TERMS AND CONDITIONS

## 1.  Loss Payee - PRO 68 (04/15)

Subject to the LOSS ADJUSTMENT AND SETTLEMENT, LOSS ADJUSTMENT AND PAYABLE, loss, if any, under this Policy will be adjusted with and made payable to or as directed by the Insured and the following, as their interest may appear:

| Loss Payee and Address | Location/Interest |
|---|---|
| Madison Capital<br>C/o Insurance Center<br>P.O. Box 3547<br>Bellevue, Washington, 98009<br>United States of America | Re: Hemodialysis machine (2008t hd sys cdx blue star)  -<br>Location No. 007, 2700 North Charles Street, Baltimore,<br>Maryland, 21218, USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen MC1563 and Trap MC0241  - Location<br>No. 014, 4700 Harford Road, Baltimore, Maryland, 21214,<br>USA |
| U.S. Mobile Kitchens<br>4 Glyndon Dr. 2L<br>Reisterstown, Maryland, 21136<br>United States of America | Re: Mobile Kitchen - Location No. 010, 22-30 S Athol<br>Avenue, Baltimore, Maryland, 21229, USA |

The receipt by the designated payee will constitute a release in full of all liability with respect to such loss.

## 2.  Fine Arts Schedule - PRO 13 (01/17)

The following limit(s) apply to each article in the schedule of **fine arts** listed below.

| Article | Description | Sub-Limit of Liability |
|---|---|---|
| E.W. Hiemer & Co. Stained Glass<br>Windows | 16-39"x145" Sanctuary Roman Arched<br>windows w/ventilators and 2-36"x72"<br>Altar Roman Arched windows. | $350,000 |

The **fine arts** limit of liability shown in the SUB-LIMITS section of the DECLARATIONS will apply to unscheduled article of **fine arts** per **occurrence**.





Member of the FM Global Group

### 3. Historical Replacement Cost - PRO 157 (01/17)

LOSS ADJUSTMENT AND SETTLEMENT, VALUATION, is amended to include:

With respect to buildings designated by a local, state, or federal authority to be of historical significance or of historical value, such rebuilding, repairing or replacement shall be with modern material, workmanship processes, technologies and designs, and shall not include the cost of re-creating outdated, archaic or antiquated materials, workmanship, processes, technologies, or designs, whether or not such cost otherwise would be covered under ADDITIONAL COVERAGES, Demolition and Increased Cost of Construction.

### 4. United States Certified Act of Terrorism - PRO 207 (01/20)

As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that a **Certified Act of Terrorism** under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered **terrorism** within the terms of this Policy. Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting BUSINESS INTERRUPTION loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism** only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.





Member of the FM Global Group

## J. **INDEX OF FORMS**

The following forms are made part of this Policy:

| **Title** | **Form No.** | **Edition** |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/20) |
| All Risk Coverage | PRO AR 4100 | (01/23) |
| Healthcare Endorsement | PRO HC 4100 | (01/17) |
| Supplemental United States Certified Act of Terrorism Endorsement | AFM 7312 | (06/21) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |





# SCHEDULE OF LOCATIONS

**Location Schedule**

| Loc. No. | Title | Address |
|----------|-------|---------|
| 002 | | 305 College Parkway, Arnold, Maryland, 21012, USA |
| 003 | | 12020 Reisterstown Road, Reisterstown, Maryland, 21136, USA |
| 001 | | 8028 Ritchie Highway, Pasadena, Maryland, 21122, USA |
| 004 | | 9106 Pineview Lane, Clinton, Maryland, 20735, USA |
| 005 | | 1000 North Gilmore Street, Baltimore, Maryland, 21217, USA |
| 006 | | 5412 Old Court Road, Randallstown, Maryland, 21133, USA |
| 007 | | 2700 North Charles Street, Baltimore, Maryland, 21218, USA |
| 008 | | 2614 North Charles Street, Baltimore, Maryland, 21218, USA |
| 009 | | 1300 S. Elwood Ave, Baltimore, Maryland, 21224, USA |
| 010 | | 22-30 S Athol Avenue, Baltimore, Maryland, 21229, USA |
| 011 | | 2327 N Charles Street, Baltimore, Maryland, 21218, USA |
| 012 | | 4800 Seton Drive, Baltimore, Maryland, 21215, USA |
| 013 | | 1046 N Point Road, Baltimore, Maryland, 21224, USA |
| 014 | | 4700 Harford Road, Baltimore, Maryland, 21214, USA |
| 015 | | 7920 Scott Level Road, Baltimore, Maryland, 21208, USA |
| 016 | | 1601 East Belvedere Ave., Baltimore, Maryland, 21239, USA |
| 017 | | 1051 Brightseat Rd, Landover, Maryland, 20785, USA |



Member of the FM Global Group



# SCHEDULE OF SUB-LIMITED LOCATIONS

**Sub-Limited Location Schedule**

| Loc. No. | Title | Address |
|---|---|---|
| 024 | | 2510 Queen Anne Rd Apt 2, Baltimore, Maryland, 21216-2045, USA |
| | Sub-limit of liability: | |
| | Personal Property | USD 15,000 |
| | Real Property | NOT COVERED |
| | Business Interruption | NOT COVERED |

| Loc. No. | Title | Address |
|---|---|---|
| 029 | | 2800 Guilford Ave, Unit 1, Baltimore, Maryland, 21218-4674, USA |
| | Sub-limit of liability: | |
| | Personal Property | USD 15,000 |
| | Real Property | NOT COVERED |
| | Business Interruption | NOT COVERED |





# ALL RISK COVERAGE

## Table of Contents

**ALL RISK COVERAGE** ................................................................................................................. 1

A.   **PROPERTY INSURED** .............................................................................................................. 1

B.   **PROPERTY EXCLUDED** .......................................................................................................... 1

C.   **EXCLUSIONS** ........................................................................................................................... 2

D.   **ADDITIONAL COVERAGES** ................................................................................................. 5

**BUSINESS INTERRUPTION** ....................................................................................................... 18

A.   **LOSS INSURED** ...................................................................................................................... 18

B.   **BUSINESS INTERRUPTION COVERAGE** ........................................................................ 18

C.   **PERIOD OF LIABILITY** ....................................................................................................... 21

D.   **BUSINESS INTERRUPTION EXCLUSIONS** ..................................................................... 22

E.   **BUSINESS INTERRUPTION COVERAGE EXTENSIONS** .............................................. 23

**LOSS ADJUSTMENT AND SETTLEMENT** .............................................................................. 30

A.   **ABANDONMENT** ................................................................................................................... 30

B.   **APPRAISAL** ............................................................................................................................ 30

C.   **COLLECTION FROM OTHERS** .......................................................................................... 30

D.   **COMPANY OPTION** .............................................................................................................. 30

E.   **CURRENCY FOR LOSS PAYMENT** ................................................................................... 30

F.   **LEGAL ACTION AGAINST THIS COMPANY** .................................................................. 30

G.   **LOSS ADJUSTMENT AND PAYABLE** ............................................................................... 31

H.   **OTHER INSURANCE** ............................................................................................................ 31

I.   **REQUIREMENTS IN CASE OF LOSS** ................................................................................. 31

J.   **SETTLEMENT OF CLAIMS** ................................................................................................. 32

K.   **SUBROGATION** ..................................................................................................................... 32

L.   **VALUATION** ........................................................................................................................... 33




## GENERAL CONDITIONS .................................................................................................................. 35

A.   APPLICATION OF POLICY TO DATE OR TIME RECOGNITION ................................... 35

B.   CANCELLATION/NON-RENEWAL .................................................................................... 35

C.   CONFORMITY TO STATUTE .............................................................................................. 35

D.   FIRST NAMED INSURED .................................................................................................... 35

E.   INCREASE IN HAZARD ....................................................................................................... 36

F.   INSPECTIONS ........................................................................................................................ 36

G.   LIBERALIZATION CLAUSE ............................................................................................... 36

H.   MISREPRESENTATION AND FRAUD ............................................................................... 36

I.   MORTGAGEE/LENDERS LOSS PAYABLE ....................................................................... 36

J.   POLICY MODIFICATION ..................................................................................................... 37

K.   REINSTATEMENT OF LIMITS AFTER A LOSS ............................................................... 38

L.   REPRESENTATION OF RISK .............................................................................................. 38

M.   SANCTIONS ........................................................................................................................... 38

N.   SUSPENSION ......................................................................................................................... 38

O.   TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY ...................................... 38

## DEFINITIONS ............................................................................................................................... 39





# ALL RISK COVERAGE

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. PROPERTY INSURED

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location**, to the extent of the interest of the Insured in such property.

1. Real Property in which the Insured has an insurable interest.

2. Personal Property:

   a) Owned by the Insured.

   b) Consisting of improvements and betterments in which the Insured has an insurable interest.

   c) Of directors, officers and employees of the Insured.

   d) Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

   e) Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

   This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. PROPERTY EXCLUDED

This Policy excludes the following except as otherwise stated in this Policy:

1. Land, water or any substance in or on land.

2. Growing crops, standing timber or animals.

3. Bridges and tunnels intended for use by motor vehicles licensed for highway use.

4. Reservoirs, canals, dikes or dams.

5. Docks, piers or wharves which are not a structural part of a building.

6. Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

7. Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8. Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.

**PRO AR 4100 (01/23)**                                                                                    Page **1** of 42
*© 2021 AFM. All rights reserved.*




9. Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

    a) Finished goods manufactured by the Insured; or

    b) Other merchandise not manufactured by the Insured;

    or as provided by the Data Restoration coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

## C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I**: This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1. Nuclear reaction or nuclear radiation or radioactive contamination. However:

    a) If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b) This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location,** provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2g of this Exclusions clause.

    This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2c of this Exclusions clause.

2.  a) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

    i)   Government or sovereign power (de jure or de facto);

    ii)  Military, naval or air forces; or

    iii) Agent or authority of any party specified in i) or ii) above.

    b) Hostile or warlike cyberattack in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected cyberattack by any:

    i)   Government or sovereign power (de jure or de facto);

    ii)  Military, naval or air force; or

    iii) Agent or authority of any party specified in i) or ii) above.

    c) Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

**AFM®**
Member of the FM Global Group



d) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

e) Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

f) Risks of contraband, or illegal transportation or trade.

g) **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Items 2a or 2b of this Exclusions clause then Group I Items 2a or 2b applies in place of this Group I Item 2g exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2g exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2d of this Exclusions clause then Group I Item 2d applies in place of this Group I Item 2g exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2g exclusion applies in place of Group I Item 1 of this Exclusions clause.

3. Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

a) An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

b) Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2g of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

4. Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Data Service Provider and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

5. **Earth movement**, except as otherwise provided in this Policy.

6. **Flood**, except as otherwise provided in this Policy.

7. Seepage or influx of water from natural underground sources.

**GROUP II**: This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1. Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2. Faulty workmanship, material, construction or design.

3. Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.





Member of the FM Global Group

4.  Loss or damage caused by or resulting from:

    a)  Changes of temperature, except damage to machinery or equipment including fire protective equipment;

    b)  Changes in relative humidity,

    All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.

5.  Settling, cracking, shrinking, bulging or expansion of:

    a)  Foundations.

    b)  Walls.

    c)  Floors.

    d)  Pavements or roadways.

    e)  Roofs.

    f)  Ceilings.

6.  Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7.  Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8.  Insect, animal or vermin damage.

9.  Loss or damage to the interior portion of buildings under construction from rain, sleet or snow, whether or not driven by wind, when the installation of the roof, walls or windows of such buildings has not been completed.

**GROUP III**: This Policy excludes:

1.  Indirect or remote loss or damage.

2.  Interruption of business, except to the extent provided in this Policy.

3.  Loss of market or loss of use.

4.  Loss or damage or deterioration arising from any delay.

5.  Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6.  Loss from enforcement of any law or ordinance:

    a)  Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b)  Requiring the demolition of any property, including the cost in removing its debris;

        Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

7.  Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

8.  **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage


Member of the FM Global Group



caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

9. Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

10. Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.

## D. <u>ADDITIONAL COVERAGES</u>

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. Accounts Receivable

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

a) Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

b) Collection expenses in excess of normal collection costs.

c) Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

a) Bookkeeping, accounting, or billing error or omission.

b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

### 2. Arson or Theft Reward

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

a) Arson to; or

b) Theft of;

Insured property.

### 3. Brand Protection

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:





a) The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

b) The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

   Physically damaged property judged by the Insured to be:

   i) Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

   ii) Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

      (a) Stamp "salvage" on the property or its containers; or

      (b) Remove or obliterate the brands or labels,

      If doing so will not damage the property.

      The Insured must relabel the property or containers in compliance with the applicable requirements of law.

c) Any salvage proceeds received will go to the:

   i) Company at the time of loss settlement; or

   ii) Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## 4. Change of Temperature

This Policy covers spoilage of insured stock and supplies due to:

a) Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

## 5. Communicable Disease – Property Damage

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a) An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

b) A decision of an Officer of the Insured as a result of such presence of **communicable disease,**

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

a) Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

b) Actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.





Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

6. **Data Restoration**

This Policy covers insured **physical loss or damage to electronic data, programs or software** while anywhere within this Policy's Territory, including while in transit.

With respect to **physical loss or damage to electronic data, programs or software** caused by or resulting from a **cyber event**, this coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of the Qualifying Period shown in the Declarations section of this Policy.

This coverage includes:

a) The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

    i)   To temporarily protect and preserve insured electronic data, programs or software.

    ii)  For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

    iii) To expedite the permanent repair or replacement of such damaged property.

b) The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

a) Finished goods manufactured by the Insured; or

b) Other merchandise not manufactured by the Insured.

Data Restoration Exclusions: As respects Data Restoration, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

a) Errors or omissions in processing or copying.

b) Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

c) Deterioration, inherent vice, vermin or wear and tear.

Data Restoration Valuation: On property insured under this coverage, the loss amount will not exceed:

a) The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

b) The blank value of the media if not repaired, replaced or restored within two years from the date of loss.





7. **Data Service Provider - Property Damage**

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy. Such interruption is the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Conditions:

a) The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Data Service Provider - Property Damage Exclusions: As respects Data Service Provider - Property Damage, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

a) Terrorism.

b) Accidental event to a satellite.

8. **Debris Removal**

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

a) Contaminated uninsured property; or

b) The **contaminant** in or on uninsured property;

Whether or not the contamination results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the contaminant in or on insured property only if the contamination, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

9. **Decontamination Costs**

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating contamination due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:





a) Contaminated uninsured property; or

b) The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

### 10. Deferred Payment

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the Policy terminates or expires, whichever is first.

Deferred Payment Exclusions: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

a) Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

b) Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a) The total amount of unpaid installments less finance charges.

b) The **actual cash value** of the property on the date of loss or damage.

c) The cost to repair or replace with material of like size, kind and quality.

### 11. Demolition and Increased Cost of Construction

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

a) Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

b) Such law or ordinance is in force at the time of such loss or damage; and

c) Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

a) Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

b) Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.





The Company's maximum liability for this Coverage A at each **location** in any **occurrence** will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

a) The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

b) The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

a) The actual cash value; and

b) The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

a) Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

b) Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 12. Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 13. Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

a) In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

b) That fails to include any **location**:

   i) Owned; or

   ii) Occupied by the Insured; or

c) That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.



Member of the FM Global Group



14. **Expediting Expenses**

This Policy covers the reasonable and necessary costs incurred to:

a)   Temporarily repair or replace; and

b)   Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

15. **Fine Arts and Valuable Papers and Records**

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

a)   Loss or damage to any fine arts as a result of restoring, repairing or retouching processes.

b)   Errors or omissions in the processing or copying of valuable papers and records.

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

a)   The cost to repair or restore the article to the condition that existed immediately prior to the loss;

b)   The cost to replace the article; or

c)   The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

16. **Flood**

This Policy covers physical loss or damage caused by or resulting from **flood**.

17. **Green Coverage**

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

a)   To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green**.

b)   To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.

 

c) As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.

d) For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

e) For the process of certification or recertification of the repaired or replaced insured property as **Green.**

f) For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

a) Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the Insured is legally liable, personal property of directors, officers or employees of the Insured.

b) Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

c) Any loss recoverable elsewhere in this Policy.

## 18. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

a) At any **location** insured for Personal Property only.

b) When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

## 19. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

## 20. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

a) Fire, explosion or sprinkler leakage.

## 21. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

a) When the newly acquired property is bound by this Company; or



Member of the FM Global Group



b)   When agreement is reached that the property will not be insured under this Policy; or

c)   120 days after the date of acquisition of the property; or

d)   At the termination or expiration of this Policy;

Whichever occurs first.

## 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

a)   This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

a)   Auditors;

b)   Accountants;

c)   Architects;

d)   Engineers; or

e)   Other professionals; and

f)   The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

a)   Of 120 days from the date of removal; but





b) Not beyond the termination or expiration date of this Policy.

## 25. Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

a) Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

b) Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

c) Restoring and recharging fire protection systems following an insured loss.

d) The water used for fighting a fire in, on or exposing the insured property.

e) Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 26. Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

## 27. Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

a) The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

b) The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

c) The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

a) That part of any settlement by the Insured to which this Company has not given its prior written consent; or

b) Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.

 

Additional Provisions: This Company may:

a) Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

b) Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 28. Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Items 2a, 2b or 2d of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

a) That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

b) That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

c) In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

d) That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## 29. Transit

This Policy covers the following insured personal property:

a) Owned by the Insured;

b) Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

c) Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

d) Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

*© 2021 AFM. All rights reserved.*

23/24 Policy Bates no. 000033





i)   When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

ii)  When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

a)   From the time the property leaves the original point of shipment for transit; and

b)   Continuously in the due course of transit until delivered at the destination.

c)   Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

a)   Insures physical loss or damage caused by or resulting from:

i)   Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

ii)  Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

b)   Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

a)   Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

i)   Released and/or undervalued bills of lading; or

ii)  Shipping or messenger receipts.

b)   The Insured may waive subrogation against railroads under sidetrack agreements.

c)   The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

d)   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

a)   Property shipped by mail.

b)   Shipments by air unless made by regularly scheduled airlines.

c)   Waterborne shipments via the Panama Canal or waterborne shipments to and from:

i)   Alaska.

ii)  Hawaii.

iii) Commonwealth of Puerto Rico.





iv) Virgin Islands.

d) Any transporting vehicle.

e) Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

f) Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

a) For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

b) For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

c) For property not under invoice:

   i) For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

   ii) For other property, the actual cash value at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured.

*© 2021 AFM. All rights reserved.*



# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1.  To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2.  Used by the Insured;

3.  While at a **location** or while in transit as provided by this Policy; and

4.  During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1.  The use of any property or service owned or controlled by the Insured;

2.  The use of any property or service obtainable from other sources;

3.  Working extra time or overtime; or

4.  The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1.  Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2.  The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3.  The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. BUSINESS INTERRUPTION COVERAGE

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **gross earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.

 

**gross earnings** means:

The net sales value of production or business operations or services less the cost of:

a)   Raw stock;

b)   Materials and supplies; and

c)   Merchandise sold;

Used in production or business operations or services rendered by the Insured.

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

a)   Wholly or partially prevented from producing goods or continuing business operations or services;

b)   Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

c)   Unable to continue such operations or services during the Period of Liability; and

d)   Able to demonstrate a loss of sales for the production or business operations or services prevented.

2.   **Gross Profits**

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

a)   Reduction in sales; and the

b)   **Increased cost of doing business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**gross profits** means:

The sum produced by adding the **net profit** to the **insured fixed charges**. If there is no **net profit** the amount of all **insured fixed charges** less that proportion of any loss from business operations as the amount of the **insured fixed charges** bears to all fixed charges.

**increased cost of doing business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **rate of gross profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**insured fixed charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**net profit** means:

The net operating profit excluding:

a)   Capital receipts and accruals; and

b)   Outlay properly chargeable to capital;

PRO AR 4100 (01/23)
© 2021 AFM. All rights reserved.





Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**rate of gross profit** means:

The rate of Gross Profit earned on Sales during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**reduction in sales** means:

The amount produced by applying the **rate of gross profit** to the amount by which the **sales** during the Period of Liability fall short of the **standard sales**.

**sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

a)   Goods sold and delivered; and

b)   Services rendered;

In the conduct of the Insured's business.

**standard sales** means:

The **sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

3. **Rental Income**

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

a)   The fair rental value of any portion of the property occupied by the Insured;

b)   Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

c)   The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

a)   Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

4. **Extra Expense**

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

a)   Temporarily continue as close to normal the conduct of the Insured's business; and

b)   Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.

 

Member of the FM Global Group

If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

a)   Any loss of income.

b)   Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

c)   The cost of permanent repair or replacement of property that has been damaged or destroyed.

d)   Any expense recoverable elsewhere in this Policy.

5.   **BI Select™**

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

a)   Gross Earnings; or

b)   Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C. <u>PERIOD OF LIABILITY</u>

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

1.   The period starting from the time of physical loss or damage of the type insured; and

2.   Ending when, with due diligence and dispatch,

a)   The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

b)   The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

3.   For **raw materials** or supplies, the period of time:

a)   Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but

b)   For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.



4.  For property covered under Data Restoration:

   a)  The period of time starting from the time of insured physical loss or damage to electronic data, programs or software; and

   b)  Ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the physical loss or damage.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

1.  Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

   a)  Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

   b)  Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

# D. <u>BUSINESS INTERRUPTION EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1.  Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

   a)  Physical loss or damage not insured by this Policy.

   b)  Planned or rescheduled shutdown.

   c)  Strike or other work stoppage.

   d)  Any other reason other than physical loss or damage insured under this Policy.

2.  Any increase in loss due to:

   a)  The suspension, cancellation, or lapse of any lease, contract, license or order.

   b)  Damages for breach of contract, or for late or non-completion of orders.

   c)  Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

   d)  Any other consequential or remote loss.





Member of the FM Global Group

3. Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

# E. **BUSINESS INTERRUPTION COVERAGE EXTENSIONS**

## 1. **Attraction Property**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 2. **Civil or Military Authority**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 3. **Communicable Disease - Business Interruption**

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a) An order of an authorized governmental agency regulating such presence of **communicable disease**; or

b) A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease.**

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

a) The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease.**

b) Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

*© 2021 AFM. All rights reserved.*

23/24 Policy Bates no. 000041



a) Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b) Not to exceed the time limit shown in the Sub-Limits clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

## 4. Contractual Penalties

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured.

This extension of coverage applies provided that such contractual penalties:

a) Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

b) Will be limited to the contractual sales value of such late or non-completed orders.

## 5. Crisis Management

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

a) A violent crime, suicide, attempted suicide or armed robbery; or

b) A death or bodily injury caused by a workplace accident;

At that **described location**.

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 6. Data Service Provider - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy.

Additional General Conditions:

a) The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.


Member of the FM Global Group



b) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Owned Network Interruption coverage as provided in this section of this Policy.

Data Service Provider - Business Interruption Exclusions: As respects Data Service Provider - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

a) Terrorism.

b) Accidental event to a satellite.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b) Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c) Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

## 7. Extended Period of Liability

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

a) The interruption of business as covered by Gross Earnings or Rental Income;

b) For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c) Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Sub-Limits clause of the Declarations section of this Policy.





8. **Ingress/Egress**

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

9. **Leasehold Interest**

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease.

Leasehold Interest Exclusions: As respects Leasehold Interest, the following applies:

a) Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b) This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest**:

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

10. **Logistics Extra Cost**

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

a) Directly between **described locations**; or

b) Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;





Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

a) Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

a) Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

b) Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

c) Disruption caused by physical loss or damage to personal property of the Insured while in transit.

d) Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

e) Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

f) Loss of income.

g) Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a) Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b) Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

## 11. Off-Premises Service Interruption - Business Interruption

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:

**_AFM_**®

Member of the FM Global Group



This Policy excludes loss or damage directly or indirectly caused by or resulting from terrorism regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period starting with the time when an interruption of specified services happens; and

b) Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

### 12. Owned Network Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a) The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a **cyber event** directed at the Named Insured; or

b) The Insured's reasonable action to temporarily protect the Insured's electronic data processing equipment or media against an actual or immediately impending **cyber event** directed at the Named Insured, provided such action is necessary to prevent further failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

As respects item a) above, this coverage will apply when the Period of Liability below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

a) The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's electronic data processing equipment or media could be restored to the same or equivalent operating condition that existed prior to the failure; and

b) Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media.**

### 13. Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

### 14. Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:





The period of time:

a) Starting at the time of physical loss or damage of the type insured; and

b) Ending when the property could be repaired or replaced and made ready for operations.

## 15. Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

## 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

a) Direct suppliers, direct customers or direct contract service providers to the Insured;

b) Any company under any royalty, licensing fee or commission agreement with the Insured; or

c) Any company that is a direct or indirect supplier, customer or contract service provider of those described in a) above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

a) Civil or Military Authority

b) Extended Period of Liability

c) Ingress/Egress

d) Off-Premises Service Interruption - Business Interruption

e) Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.





# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

1.   The Insured has fully complied with all provisions of this Policy.

2.   This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

1.   Pay its chosen appraiser; and

2.   Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

## F. LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

**AFM**
Member of the FM Global Group



1.  The Insured has fully complied with all the provisions of this Policy; and

2.  Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## G. <u>LOSS ADJUSTMENT AND PAYABLE</u>

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## H. <u>OTHER INSURANCE</u>

1.  If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

2.  In no event will this Policy apply as contributing insurance.

3.  The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

4.  The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

5.  If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

## I. <u>REQUIREMENTS IN CASE OF LOSS</u>

The Insured will:

1.  Give immediate written notice to this Company of any loss.

2.  Protect the property from further loss or damage.

3.  Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4.  Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:



a)  The time and origin of the loss.

b)  The Insured's interest and that of all others in the property.

c)  The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

d)  Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

e)  By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5.  Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6.  Further, the Insured, will as often as may be reasonably required:

a)  Exhibit to any person designated by the Company all that remains of any property;

b)  Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

c)  Produce for examination at the request of the Company:

i)   All books of accounts, business records, bills, invoices and other vouchers; or

ii)  Certified copies if originals are lost,

At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J.  SETTLEMENT OF CLAIMS

The amount of loss for which this Company may be liable will be paid within 30 days after:

1.  Proof of loss as described in this Policy is received by this Company; and

2.  When a resolution of the amount of loss is made either by:

a)  Written agreement between the Insured and this Company; or

b)  The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

## K.  SUBROGATION

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.



Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1. Any applicable deductible; and/or

2. Any provable uninsured loss,

Bears to the entire provable loss amount.

## L. VALUATION

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1. Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

    a) The cost to repair.

    b) The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

    c) The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

    d) On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2. On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3. On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4. On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5. On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6. On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

7. On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

8. On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

9. On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

10. On property that is useless to the Insured, the **actual cash value**.

11. On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.





The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a described **location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.

 

# GENERAL CONDITIONS

## A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1. This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2. Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in 1. or 2. above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. CANCELLATION/NON-RENEWAL

This Policy may be:

1. Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2. Cancelled by this Company by giving the First Named Insured not less than:

    a) 60 days written notice of cancellation; or

    b) 10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3. Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. CONFORMITY TO STATUTE

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. FIRST NAMED INSURED

The First Named Insured shown in the Declarations section:

1. Is responsible for the payment of all premiums.





Member of the FM Global Group

2.  Will be the payee for any return premiums.

3.  May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. INCREASE IN HAZARD

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. INSPECTIONS

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1.  Right to make inspections; or

2.  Making of inspections; or

3.  Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. LIBERALIZATION CLAUSE

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. MISREPRESENTATION AND FRAUD

This entire Policy will be void if, whether before or after a loss, an Insured has:

1.  Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2.  Made any attempt to defraud this Company.

3.  Made any false swearing.

## I. MORTGAGEE/LENDERS LOSS PAYABLE

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

1.  Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.



2. Foreclosure, notice of sale or similar proceedings with respect to the property.

3. Change in the title or ownership of the property.

4. Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

1. Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

2. This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J. **POLICY MODIFICATION**

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1. Create a waiver, or change any part of this Policy; or

 

Member of the FM Global Group

2. Prevent the Company from asserting any rights under the provisions of this Policy.

## K. <u>REINSTATEMENT OF LIMITS AFTER A LOSS</u>

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. <u>REPRESENTATION OF RISK</u>

This Policy has been issued based on the statement of values declared by the Insured prior to inception of this Policy. The Insured will provide the Company 100% values by **location** annually no later than sixty (60) days prior to the Policy anniversary or renewal, unless otherwise agreed to. The Insured will also promptly report 100% of values for any **location(s)** purchased, leased or rented by the Insured after the inception, anniversary or renewal dates of this Policy.

<u>Types of Values</u>

1. Property values in accordance with the Valuation clause of the Loss Adjustment and Settlement section of this Policy.

2. Stock and Supplies values based on the average and maximum values for the previous 12-month period.

3. Business Interruption values projected for the 12 months following the inception date of this Policy and for every renewal thereof, and the actual Business Interruption values for the previous 12-month period.

If the Company determines that any of the above values reported by the Insured are not accurate, the Insured will cooperate with the Company to conduct an appraisal or analysis of such values.

## M. <u>SANCTIONS</u>

This Policy shall not provide coverage for any claim, under any provision, if coverage and payment of such claim would expose this Company to any sanctions, prohibitions or restrictions under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

## N. <u>SUSPENSION</u>

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## O. <u>TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY</u>

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.





# DEFINITIONS

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1.  Direct physical loss or damage originating within:

    a)  Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        i)    Waste disposal piping;

        ii)   Any piping forming part of a fire protective system;

        iii)  Furnaces; and

        iv)   Any water piping other than:

              (a)  Boiler feed water piping between the feed pump or injector and the boiler;

              (b)  Boiler condensate return piping; or

              (c)  Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

    b)  All mechanical, electrical, electronic or fiber optic equipment;

1.  And caused by, resulting from or consisting of:

    a)  Mechanical breakdown; or

    b)  Electrical or electronic breakdown; or

    c)  Extremes or changes of temperature; or

    d)  Rupture, bursting, bulging, implosion or steam explosion.

2.  **boiler and machinery** as used in this Policy does not mean:

    Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

    a)  Combustion explosions, except from within combustion gas turbines; or

    b)  Explosions from liquids coming in contact with molten materials; or

    c)  Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

    d)  Fire, or from the use of water or other means to extinguish a fire.





Member of the FM Global Group

**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination**.

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**cyber event** means any act involving the malicious or unauthorized access to, operation of, or use of **electronic data processing equipment or media,** regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **cyber event** will not be considered to be loss by **cyber event** within the terms and conditions of this Policy.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

 

**named perils** means fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1. **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2. **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1. Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2. Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1. Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2. Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3. Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4. Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.





Member of the FM Global Group

**terrorism** means:

1.  Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2.  When the effect or apparent purpose is:

    To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**water damage** means the accidental discharge, escape, leakage, backup or overflow of water from piping, plumbing systems or tanks. **Water damage** does not mean or include anything defined as **flood** in this Policy.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.





# Healthcare Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of this Policy remain unchanged.

## 1. Emergency Evacuation Expense

This Policy covers the reasonable and necessary costs incurred by the Insured for the emergency evacuation and subsequent return of patients, tenants or lawful occupants when the Insured's management, using reasonable discretion, or a civil authority orders the emergency evacuation of a **described location** as a direct result of immediately impending physical loss or damage of the type insured by this Policy.

Emergency Evacuation Expense Exclusions: As respects Emergency Evacuation Expense, the following additional exclusions apply:

This Policy excludes:

a) The cost to move personal property of patients, tenants or lawful occupants.

b) The cost of temporary or permanent housing or lodging.

c) Loss caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 2. Fund Raising Expense

This Policy covers the expenses incurred by the Insured for fund raising activities or events when such fund raising activities or events are postponed or cancelled as a direct result of insured physical loss or damage to insured property at a **location**.

## 3. Mobile Medical and Diagnostic Equipment

This Policy covers mobile medical and diagnostic equipment, their associated supplies, and licensed vehicles owned, leased or operated by the Insured, in which such property is contained, while located anywhere in this Policy's Territory, including while in transit.

Property covered under this coverage is excluded from coverage provided elsewhere in this Policy.

Mobile Medical and Diagnostic Equipment Exclusions: As respects Mobile Medical and Diagnostic Equipment, the following additional exclusions apply:

This Policy excludes:

a) Loss or damage to vehicles caused by or resulting from collision, upset or overturn while such vehicles are being operated or being towed whether or not in motion at the time of loss.

## 4. Patient and Tenant Relocation Expense

This Policy covers the reasonable and necessary **patients and tenants relocation expenses** incurred by the Insured to relocate and return patients, tenants or lawful occupants to other quarters within this Policy's Territory

**PRO HC 4100 (01/17)**
*© 2017 AFM. All rights reserved.*

**Page 1 of 4**




when patient rooms, rented space or living quarter(s) at a **described location** are made uninhabitable as a direct result of physical loss or damage insured by this Policy.

Patient and Tenant Relocation Expense Exclusions: As respects Patient and Tenant Relocation Expense, the following additional exclusions apply:

This Policy excludes:

**a)** Loss caused by the termination of a lease or other agreement.

**b)** Security deposits, rent or other payments made to the landlord or lessors of the new quarters.

**c)** Down payments, purchase price, legal fees and closing costs for the purchase of new quarters.

**d)** The cost of permanent housing or lodging.

**e)** Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

For purposes of this coverage, **patient and tenant relocation expenses** means the cost to:

**a)** Pack and transport personal property of the type insured of patients, tenants or lawful occupants.

**b)** Store such personal property while awaiting possession of other quarters or restoration of existing quarters.

**c)** Search for new quarters.

**d)** Disconnect and reconnect fixtures and equipment.

**e)** Re-establish new utility services less refunds from discontinued services.

## 5. Patients' Personal Property

This Policy covers personal property of the type insured of patients while at a described location, when such personal property is not in the Insured's custody.

## 6. Prizes and Giveaways

This Policy covers motor vehicles and watercraft that are prizes and giveaways in the Insured's fund raising activities or events, while anywhere within this Policy's Territory, including while in transit.

## 7. Professional Employee Replacement Expense

This Policy covers the reasonable and necessary additional expenses above those normally incurred by the Insured during the Period of Liability to replace professional employees consisting of:

**a)** Administrators;

**b)** Doctors;

**c)** Nurses; and

**d)** Research personnel,

Who have resigned as a direct result of insured physical loss or damage to insured property at a **location**.





Professional Employee Replacement Expense Exclusions: As respects Professional Employee Replacement Expense, the following additional exclusions apply:

This Policy does not insure:

**a)** The cost of replacing third party contract employees or rehiring former employees who were employed by the Insured at the time of loss.

## 8. Removal and Restocking Expenses

This Policy covers the reasonable and necessary expenses incurred by the Insured for the removal and restocking of pharmaceutical products or medical supplies resulting from the recall of such property by the product's manufacturer or by an order of a governmental authority.

Coverage is limited to such expenses incurred in the first 90 consecutive days following the recall.

Removal and Restocking Exclusions: With respect to Removal and Restocking Expenses, the following additional exclusions apply:

This Policy does not cover:

**a)** Expenses for the recall of such property manufactured by the Insured, including products that the Insured incorporates into other products.

**b)** Expenses for the recall of such property recalled prior to the inception date of this Policy.

**c)** The cost to recall such property.

**d)** The replacement cost of such property.

## 9. Research and Development Animals and Experiments

This Policy covers the following while at a **described location**:

**a)** Research animals that are used in the Insured's research and development projects when such animals are fatally injured or their destruction is made necessary due to injuries as a direct result of insured physical loss or damage.

**b)** Insured physical loss or damage to **research experiments**.

Research and Development Animal and Experiments Exclusions: As respects Research and Development Animals and Experiments, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following:

**a)** Sickness, disease, infection, infestation, death, destruction, injury, or any medical condition, all from natural causes; escape; failure to provide adequate care, nourishment, medicine or sanitary conditions; contamination of animals, food or medicine; errors in testing, experimenting or other work performed.

Research and Development Animals and Experiments Valuation: On property insured under this coverage, the loss amount will not exceed the following:





a) On research animals, the purchase price of commercially available laboratory animals plus **project restoration costs.** If the research animal is not replaced or the project not restored, the purchase price of the animal.

b) On **research experiments, the** cost to repair, replace or restore the **research experiments** with others of like kind and quality plus **project restoration costs.** If the **research experiment** is not replaced or the project not restored, the replacement cost of the stock and supplies.

c) **Project restoration** costs shall be limited to a 24 month period.

For purposes of this coverage:

**Project restoration costs** means the costs of researching, gathering and/or assembling information to restore the research animals or research experiments to the same degree of completion as existed prior to physical loss or damage insured by this Policy

**Research experiments** means supplies, materials or equipment that are used or consumed solely in the research and development project.

## 10. Spoilage

Change of Temperature under Additional Property Damage Coverages in the Property Damage section of this Policy is replaced with the following:

This Policy covers spoilage of insured stock and supplies due to:

a) Changes of temperature or changes in relative humidity,

Directly resulting from an accidental event at a **location**.

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all property in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for Certified Act of Terrorism Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of USD 0, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism**.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a **Certified Act of Terrorism** as defined herein. This amendment does not apply to any limit of liability for a **Certified Act of Terrorism**, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more **Certified Act(s) of Terrorism**, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed USD 100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed USD 100,000,000,000. If the aggregate insured losses for all insurers exceed USD 100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for a **Certified Act of Terrorism** will be partially reimbursed by the United States Government under a formula established by Federal Law. Under this formula, the United States pays 80% of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy. The premium charged for this coverage is provided above.

The terms and limitations of any **terrorism** exclusion, or the inapplicability or omission of **terrorism** exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a **Certified Act of Terrorism**.

For the purposes of this Endorsement, a **Certified Act of Terrorism** means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended. The criteria contained in that Act for a **Certified Act of Terrorism** include the following:

a. The act resulted in aggregate losses in excess of USD 5,000,000; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

AFM 7312 (06/21)                                                                                          Page 1 of 1





# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION** – The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE -** If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY -** A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD -** This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.